IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| IOWA PRIMATE LEARNING SANCTUARY d/b/a GREAT APE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ZOOLOGICAL FOUNDATION OF GEORGIA, INC. d/b/a ZOO ATLANTA, DEMOCRATIC REPUBLIC OF CONGO, JAPAN MONKEY CENTRE INSTITUTE AND MUSEUM OF PRIMATOLOGY, and SUE SAVAGE-RUMBAUGH, Ph. D.,<br><br>Defendants. | Case No. 10-52<br><br><br><br><br><br>**AFFIDAVIT OF CHARLES WIKENHAUSER, ZOO DIRECTOR MILWAUKEE COUNTY ZOO** |

STATE OF WISCONSIN      )
                        )ss:
COUNTY OF MILWAUKEE     )

1.  My name is Charles Wikenhauser and I am currently the Zoo Director at the Milwaukee County Zoo.  I have worked for the Milwaukee County Zoo since 1989.

2.  I am very familiar with the bonobos, Matata and Maisha, which are the subjects of the above-referenced Interpleader action in the United States District Court for the Southern District of Iowa.  It is my understanding and belief that Zoo Atlanta has been and is the rightful owner of Matata and Maisha.

3.  In the past, the Milwaukee County Zoo has been an option for the transfer of Matata and Maisha from their current placement at the Great Ape Trust in Des Moines, Iowa.


EXHIBIT A

1

4. The Milwaukee County Zoo is a perfect facility for the Bonobos due to our staff, facilities, and recognized certification within the AZA (Association of Zoos and Aquariums). We are also a successful and active participant in the Bonobo Species Survival Plan.

5. Starting in 1986, the Milwaukee County Zoo and the Zoological Society of Milwaukee began a partnership focused on the enhancement, management and conservation for the Bonobo. As a result, the Zoo currently maintains a multi-generational grouping of seventeen Bonobos in a secure social environment, ranging in age from birth to 60 years old. In accordance with SSP recommendations, the Milwaukee County Zoo has participated in Bonobo exchanges from partners across the world including, Antwerp (Belgium), Planckendael (Belgium), Frankfurt (Germany), Taxco (Mexico), Columbus, Yerkes National Primate Research Center and San Diego. The facility and atmosphere is similar to the Bonobo habitat in the wild. The all-weather exhibit is three stories high, completely sky lit, and allows Bonobo access to almost the entire volume of this space, while allowing for the social dynamics of the Bonobo troop.

6. The Milwaukee County Zoo through its work in the preservation and management of the Bonobo, has allowed the Zoo to accept animals with behavioral or medical problems into the collection and fully integrate them into the Bonobo troop. Additionally, positive staff and Bonobo interactions have facilitated veterinary preventative medicine and diagnosis and treatment of the animals. At the request of the specially trained keepers, the animals will display specified portions of their anatomy for visual examination or palpation. In many cases, the animals allow hand injected vaccines or medications, blood, urine and semen sampling, cardiac and obstetric ultrasonography without any restraints or sedation. This is especially relevant in the case of Matata, whose health and breeding capabilities are at issue in this case.

7. The Milwaukee County Zoo is ready, willing and able to provide staffing, resources, and our facilities for the care and maintenance of the above mentioned Bonobos. It is my belief that it is in the best interests of Matata and Maisha that they be immediately transferred from the Great Ape Trust to the Milwaukee County Zoo. It is my belief that it is in the best interests of the Bonobo species that Matata and Maisha be immediately transferred to the Milwaukee County Zoo.

Dated this _12_ day of May, 2010.

_____
**Charles Wikenhauser, Milwaukee County Zoo**
**Zoo Director**

Subscribed and sworn to before me this _12_ day of _May_, 2010.

_____
**NOTARY PUBLIC**