IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| IOWA PRIMATE LEARNING SANCTUARY d/b/a GREAT APE TRUST, | ) ) ) | Case No. 10-52 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **AFFIDAVIT OF** |
| ZOOLOGICAL FOUNDATION OF GEORGIA, INC. d/b/a ZOO ATLANTA, DEMOCRATIC REPUBLIC OF CONGO, JAPAN MONKEY CENTRE INSTITUTE AND MUSEUM OF PRIMATOLOGY, and SUE SAVAGE-RUMBAUGH, Ph. D., | ) ) ) ) ) ) ) | **Gay Edwards Reinartz, Ph.D.** |
| Defendants. | ) ) | |

STATE OF WISCONSIN    )
                     )ss:
COUNTY OF MILWAUKEE   )

1.      My name is Gay Edwards Reinartz.  I am currently the Director of the Bonobo and Congo Biodiversity Initiative and Conservation Coordinator for the Zoological Society of Milwaukee.  I also hold the position of Species Coordinator for the Bonobo Species Survival Plan (SSP) under the auspices of the Association of Zoos & Aquariums.  In these respective jobs, I have been involved in the preservation of the bonobo species for 26 years.  My primary duty as the coordinator of the Bonobo SSP is to coordinate a breeding and management program that aims to preserve the genetic diversity of the captive bonobo population and ensure long-term survival of the species in captivity in zoological facilities across North America and the world.  It is in the context of coordinating the Bonobo SSP that I have become acquainted with the bonobos Matata and her son Maisha and their value as founder lineages for genetic preservation.

EXHIBIT B

In addition to my work with zoos, I direct a conservation program in the Democratic Republic of Congo where bonobos are endemic and highly endangered. In the Congo, I work directly to conserve wild bonobo populations in the Salonga National Park. Hence, I am well-acquainted with the risks of extinction that face this species in captivity and in the wild.

2. As Species Coordinator of the Bonobo SSP, I am familiar with the bonobos, Matata and Maisha, which are the subjects of the above-referenced Interpleader action in the United States District Court for the Southern District of Iowa. Technically, the SSP does not concern itself with the ownership of individual bonobos in member institutions. The SSP makes recommendations for breeding specific individuals -- without regard to ownership -- and recommends transfers among zoos to accomplish such breedings. Member institutions usually then exchange bonobos on a loan basis. I am aware that Zoo Atlanta was granted ownership of Matata by the Yerkes Regional Primate Center. Therefore, it is my understanding and belief that Zoo Atlanta is the rightful custodian and hence the institution which should make decisions on behalf of Matata and Maisha to follow the SSP recommendations.

3. It is desirable that, whatever happens with regard to the above-referenced litigation, Matata and her son Maisha remain together. It is a general SSP guideline that sons remain with their mothers in order to facilitate the acceptance of young maturing males into social groups.

4. On behalf of the Bonobo SSP, I have recommended the transfer of the Bonobos from GAT to The Milwaukee County Zoo for the past three years. First, the bonobo transfer is essential for meeting the goals within the SSP. This transfer is necessary for the conservation of the captive bonobo population and for the genetic management of the species, while in captivity. Neither Matata nor Maisha have appropriate mates at GAT. Any breeding with Maisha would

result in a close inbreeding (mother-son; sister-brother; aunt-nephew). Second, it is my understanding from Zoo Atlanta that their loan agreement with GAT has expired. Third, GAT has voluntarily relinquished its AZA certification. AZA certification (or an equivalent) is a requirement for SSP participation. Accreditation and certification directly relates to the standard of care, assures institutional financial and managerial stability for the current and long term needs of the animals, directs standards and protocol for the welfare and well-being of the animals, and supports cooperative and scientific management of the captive population for long-term preservation of the species. Additionally, the lack of AZA accreditation indicates a lack of engagement by GAT with the current and developing science of small population management.

5. My recommendation is based on the urgency that due to Matata's age, she be given the greatest chance to produce offspring and that Matata be placed in a facility that has a proven history of being able to evaluate pregnancy risks, develop a corresponding health and birth plan, and monitor fetal development. In addition, Maisha should be placed within a normal group of bonobos as soon as possible where he can be mentored by older males and have access to unrelated females for future breeding. There are no unrelated females available to him for breeding at GAT, and meanwhile there is a shortage of breeding males in the SSP, especially those of his rare lineage.

6. In the past, the Milwaukee County Zoo has been an option for the transfer of Matata and Maisha from their current placement at the GAT in Des Moines, Iowa.

7. The Milwaukee County Zoo is ready, willing and able to provide staffing, resources, and facilities for the care and maintenance of the above mentioned bonobos. It is my belief that the transfer of Matata and Maisha is beneficial for their well being and essential to the maintenance and long-term survival of the captive bonobos.

Dated this \_\_\_3rd\_\_\_ day of June, 2010.

_____
**GAY EDWARDS REINARTZ, Ph.D.**

Subscribed and sworn to before me this 3rd day of June, 2010.

_____
**NOTARY PUBLIC**  State of Wisconsin