IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| IOWA PRIMATE LEARNING SANCTUARY d/b/a GREAT APE TRUST, | ) ) ) | Case No. 10-52 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **AFFIDAVIT OF** |
| ZOOLOGICAL FOUNDATION OF GEORGIA, INC. d/b/a ZOO ATLANTA, DEMOCRATIC REPUBLIC OF CONGO, JAPAN MONKEY CENTRE INSTITUTE AND MUSEUM OF PRIMATOLOGY, and SUE SAVAGE-RUMBAUGH, Ph. D., | ) ) ) ) ) ) ) ) | **LORRAINE PERKINS** |
| Defendants. | ) ) | |

STATE OF GEORGIA          )
                                        )ss:
COUNTY OF FULTON      )

1.      My name is Lorraine Perkins and I am currently the Director of Animal Programs at Zoo Atlanta and the Chair of the Orangutan SSP (Species Survival Plan).  I have worked for Zoo Atlanta since 1984, with the exception of 1987-1988, when I worked at the Bronx Zoo and 2002-2004 when I worked at Lincoln Park Zoo in Chicago.

2.      I am very familiar with the bonobos, Matata and Maisha, which are the subjects of the above-referenced Interpleader action in the United States District Court for the Southern District of Iowa.  Zoo Atlanta has been and is the rightful owner of Matata and Maisha.

3.      The loan agreement between Zoo Atlanta and GAT (Great Ape Trust) terminated in December of 2009.



1

4.      It is my belief and the recommendation of the Bonobo SSP that Matata and Maisha be transferred from their current placement at the GAT in Des Moines, Iowa to the Milwaukee County Zoo.  First, the original loan agreement between Zoo Atlanta and GAT has been terminated.  Second, GAT lacks certification within the AZA (Association of Zoos and Aquariums).  Zoo Atlanta's AZA accreditation and collection management policies require that all SSP animals remain in AZA accredited institutions.   AZA accreditation is vital for animals such as Matata and Maisha as it directly relates to the care and preservation of the species, assures institutional financial and managerial stability for the current and long term care of the animals, and directs overall standards and protocols for the welfare and well-being of the animals.  Furthermore, it is my belief that GAT does not have the necessary resources or facilities to abide by and adhere to the recommendations of the Bonobo SSP.

5.      As a result of the recommendations of the SSP, the transfer of these bonobos to the Milwaukee Zoo has been contemplated for years.  In March of 2010, I personally contacted Jan Rafert, Curator of Primates at the Milwaukee County Zoo, and he confirmed that the zoo remains ready, willing and able to accept Matata and Maisha, and confirmed that Milwaukee can properly care for these bonobos during the pendency of this litigation.

6.      The Milwaukee County Zoo is a proper facility for the bonobos.  It is accredited by the AZA and is an active and successful participant in the bonobo SSP.  It has the staffing, resources and facilities to provide such care.

7.      It is my belief that the bonobos need to be transferred as soon as possible. In addition to the facility concerns I've mentioned, currently there are no breeding opportunities for Matata, a founder female, at GAT.  Furthermore, her social environment at GAT is contrary to her needs and natural habitat.

2

This recommendation to transfer the bonobos is in line with the SSP plan and I believe it to be in the best interests of the bonobos.

Dated this _____10th_____ day of May, 2010.

LORRAINE PERKINS

Subscribed and sworn to before me this _10_ day of _May_____, 2010.

NOTARY PUBLIC, STATE OF GEORGIA