## Exhibits:

A.  Ndunda Declaration
B.  Fields Affidavit
C.  Aipperspach Affidavit
D.  Brown Affidavit
E.  Savage Rumbaugh Affidavit
F.  Beck Affidavit
G.  Coxe Affidavit

REPUBLIQUE DEMOCRATIQUE DU CONGO
**MINISTERE DE LA RECHERCHE SCIENTIFIQUE**



**CONSEIL SCIENTIFIQUE NATIONAL
SECRETARIAT PERMANENT**
C/° **Centre de Recherches Géologiques et Minières.
44, Avenue de la Démocratie
KINSHASA/GOMBE**

Kinshasa, July 19. 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| IOWA PRIMATE LEARNING SANCTUARY d/b/a GREAT APE TRUST | ) ) ) | Case No. 10-552 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ZOOLOGICAL FOUNDATION OF GEORGIA, INC. d/b/a ZOO ATLANTA, DEMOCRATIC REPUBLIC OF CONGO, JAPAN MONKEY CENTRE INSTITUTE AND MUSEUM OF PRIMATOLOGY, and SUE SAVAGE-RUMBAUGH, Ph.D., | ) ) ) ) ) ) ) | DECLARATION OF Nicolas MWANZA NDUNDA |
| Defendants. | ) | |

NICOLAS MWANZA NDUNDA, Ph.D, under penalty of perjury, attests as follows:

In the concern to both illuminate the authorities of our country and to protect the lives of bonobos, I find the primates found at the Iowa Primate Learning Sanctuary, d/b/a Great Ape Trust ("the Trust") in Des Moines, Iowa, USA which moreover until proven to the contrary are property of the DRC, I thus come to give you all, the few points which I still know regarding this history of the export of our heritage to the United States.

    1.    Since the beginning of this affair, I functioned as the Director General of the Center of Research in Ecology and Forestry ("CREF"), actually researcher in the domain of Great Apes. The Center is under the Ministry of Education and Scientific Research of the

Traduction Lettre Propriété MATATA corrigée.doc



Democratic Republic of the Congo ("DRC"), a sovereign nation that celebrated its 50th anniversary of independence on June 30, 2010. I have held this position since January 1994. I am also on the Advisory Council of the Bonobo Conservation Initiative based in Washington, D.C. As such I am fully familiar with the facts and circumstances giving rise to this action. The facts alleged herein are based on personal knowledge, except where they are alleged upon information and belief.

2. I am up to speed on the summons and original complaint regarding the judicial documents pertaining to the litigation between the Iowa Primate Learning Sanctuary, d/b/a Great Ape Trust ("the Trust") in Des Moines, Iowa, USA, which have been sent to the Foreign Ministry of the DRC, and I fully understand the necessity of the DRC to give a rapid response to these official documents. Nevertheless, I consider that the Minister who is properly indicated to receive these documents is the Minister of Scientific Research. Inasmuch as I am the Permanent Secretary of the National Scientific Council, appointed by the Minister. I respectively suggest that all acts, legal procedures, and documents relating to this affair be sent to his Excellency the Minister of Scientific Research, who depending upon need will coordinate with us regarding this dossier. 4. I understand that the original complaint seeks a determination as to the rightful owner of two bonobos, Matata and Maisha, now residing under the protection of the Iowa Primate Learning Sanctuary, d/b/a Great Ape Trust ("the Trust") in Des Moines, Iowa, USA, as among several claimants: Zoo Atlanta, Dr. Sue Savage-Rumbaugh, and the Japanese Monkey Centre, as well as plaintiff, the Trust. DRC intends to answer that interpleader complaint in due course. I further understand that Zoo Atlanta has filed an interim motion urging the appointment by this Honorable Court of a receiver purportedly for the purpose of safekeeping of the bonobos pending a final determination as to ownership, and that, curiously, it has nominated for this purpose the Milwaukee Zoo, which upon information and belief, in actuality has been the principal advocate since 2007 for the permanent relocation of Matata and Maisha from the Trust to that very same Zoo, principally for breeding purposes.

**On behalf of the DRC, I propose that DRC opposes the appointment of Milwaukee Zoo as receiver, for these reasons:**

- First, Matata remains the property of the DRC, not Zoo Atlanta, as has been falsely alleged by Zoo Atlanta;

- <u>Second</u>, Matata is the last survivor of five bonobos lent to the United States in 1975 for research purposes, and not for breeding, and certainly not for display at a public zoo such as the Milwaukee Zoo.  At least until this lawsuit is completed, DRC respectfully insists that Matata -- as well as her son, Maisha -- remains in the care of the Trust and the scientists there, including Dr. Savage-Rumbaugh, who has had custody of Matata almost continuously since 1975 and of Maisha since his birth in or about 2000, and who has been engaged in the non-invasive research with these and other bonobos that was intended by the original loan of Matata to the United States.

-<u>Third</u>, Matata is both elderly and precious.  The risks to her health associated with her physical transfer to the Milwaukee Zoo as temporary receiver; the risks to her well-being from being separated for the first time from virtually her entire family in captivity and placed on display, at a strange location, for the first time in her life; the risks to her well-being should Milwaukee Zoo be tempted to induce Matata to breed while in its charge; and the potential further risks to her safety and health were she to be returned to the custody of the Trust or shipped to yet another location once this Honorable Court resolves the issue of ownership, represents a needless and excessive physical risk to Matata and Maisha and thereby places the "property" here at issue in serious jeopardy.

- <u>Fourth</u>, the essential research on which DRC's agreement to loan Matata to the United States was premised, is continuing at the Trust:  in contrast there can be little if any risk to Matata by retaining her in that research environment pending the final outcome of this matter, and that is DRC's strong preference.

4.       There is one thing, however, I agree on with Atlanta Zoo: the assertion that Matata, and indeed Maisha too, are "priceless", especially Matata, because of her singular status as the sole survivor of five bonobos caught in the wild in what was then the country of Zaire and lent to the United States in 1974, and as the matriarch of what is now three generations of bonobos residing in the United States, at the Trust, a colony that has been the subject of the research upon which the DRC loan of Matata to the United States was originally premised. Were Matata for any reason to suffer injury or death as a consequence of her temporary transfer to Milwaukee Zoo, the loss would be irreparable and wholly unjustified.

**The Original Loan of Matata by DRC to the United States in 1974-75**

5.      There is no dispute that Matata was taken to the Yerkes Center for Primatological Research at Emory University in Georgia ("Yerkes") from Zaire in 1975, where she had been captured in the wild at five or six years of age, under a 1974 loan agreement with the government of Zaire. (See Exhibit A to Complaint)  The objective of the loan agreement was to determine whether or not *Pan paniscus* -- bonobos -- was a distinct species with a different hormonal profile than *Pan troglodytes* -- chimpanzees.  This initiative was undertaken by the U.S. National Academy of Sciences ("NAS").  Upon information and belief, special dispensation was received (by NAS) to remove an individual from a species endangered in its country of origin, and further this authorization was given with the understanding that, at a time to be determined, Matata would be returned to Zaire (today the DRC) and that any offspring would remain in the United States.  Thus Matata remained the exclusive property of the Congolese government.  A complete eyewitness account to this early history of Matata is provided in Chapter 14 of *"The Pill, Pygmy Chimps and Degas' Horse (Basic books, 1992),* by **Dr. Carl Djerassi, Stanford University**, an official with the National Academy of Sciences who was involved with this initiative.  Matata has been under the care and observation of Dr. Savage-Rumbaugh since 1975, and Maisha, one of Matata's offspring, has also been under Dr. Savage-Rumbaugh's care since his birth in 2000.

**Zoo Atlanta Has Not Offered Any Proof That Zaire or DRC Transferred or Donated Ownership of Matata To Zoo Atlanta, To Yerkes or To Any Other US-Based Institution**

6.      Neither the complaint nor Zoo Atlanta's Answer to the Complaint, nor its motion to appoint a receiver, presents any colorable evidence that Zaire or DRC ever transferred ownership or donated Matata, to Zoo Atlanta, to Yerkes or to any other entity or person in the United States.  Furthermore, I have caused a search of the records of the Ministry of Science in this connection and there is no such record or document of such transfer in existence.  It is my understanding that Zoo Atlanta is basing its claim to ownership of Matata (and Maisha) on an agreement with Yerkes dated April 25, 2000 (Exhibit C to Complaint) whereby Yerkes purported to "donate" Matata to Zoo Atlanta.  Of course this agreement presupposes that Yerkes had acquired a legally cognizable ownership interest in Matata from DRC or Zaire. I state

categorically, upon information and belief, that DRC never transferred its ownership interest in Matata to Yerkes, nor sanctioned the 2000 "donation" by Yerkes to Zoo Atlanta, nor otherwise renounced its ownership of Matata. DRC must reserve all rights against Yerkes in this regard; and we respectfully insist that Zoo Atlanta put forward proof that Yerkes in fact owned Matata at the time of the purported donation. Until it does so, the receivership motion should not be entertained.

In the hope that my statements will help to fix the views of each other, I beg you to accept, Mr. Ted Townsed, the expression of my patriotism.

Nicolas MWANZA NDUNDA
*Director of Research*

## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| IOWA PRIMATE LEARNING SANCTUARY d/b/a GREAT APE TRUST, | Case No. 4:10-cv-00052 |
| Plaintiff, | |
| v. | AFFIDAVIT OF WILLIAM FIELDS |
| ZOOLOGICAL FOUNDATION OF GEORGIA, INC. d/b/a ZOO ATLANTA, DEMOCRATIC REPUBLIC OF CONGO, JAPAN MONKEY CENTRE INSTITUTE AND MUSEUM OF PRIMATOLOGY, and SUE SAVAGE-RUMBAUGH, Ph. D., | |
| Defendants. | |

I, the undersigned, William Fields, do hereby depose and state as follows:

1. I am currently the Executive Director, Director of Scientific Research, and Program Director at the Iowa Primate Learning Sanctuary d/b/a Great Ape Trust ("Trust"). I have worked at the Trust since 2005 and have previously held the positions of Research Associate, Associate Program Director, and Director of Bonobo Research.

2. My responsibilities include among other things, overall oversight of the operation of the Trust facility in which seven bonobos, including Matata and Maisha, reside, and the research that is conducted there.

3. I have been involved in the care of and research with Matata since 1997 and Maisha since his birth in 2000.



EXHIBIT

B

4. The Trust is a scientific research facility for the study of cultural, cognitive and communicative characteristics and capabilities of apes. Matata has participated in research continuously since 1974 and Maisha has participated since 2000. The current research programs in which they participate are part of a multi-million dollar, multiple year research program. The current research has evolved from and builds upon the programs in which Matata and Maisha have participated throughout their lives. Funding for these programs has been provided by the National Institute of Child Health and Development ("NICHD"), which is part of the National Institute of Health, and various private foundations. A list of publications arising out of this ongoing research is attached as Ex. 1.

5. The bonobos moved to the Trust from the Language Research Center at Georgia State University in 2005.

6. At the Trust, the bonobos reside in a 13,000 square foot facility that was designed specifically to accommodate their lifestyle. There are areas where the bonobos can interact with one another in large or small groups, and areas where the bonobos can be alone if they choose to do so. The bonobo building is surrounded by 200 acres of water, trees and grass. The bonobos have a large, secure, area where they can spend time outdoors and can visually access the surrounding natural environment. Inside the building, there are complete air exchanges 7 times per day. The facility features natural light. The floors are heated.

7. The bonobo building has its own kitchen where the staff prepares fresh food for the bonobos on a daily basis. The bonobos' diets are designed by the Trust's veterinarians for each one of their individual needs.

8.  The veterinarian of record for the Trust's bonobos is Dr. Bobby Brown, who is the Director of the Laboratory Animal Health Division at Auburn University College of Veterinary Medicine.  Clinical veterinary care is provided by Dr. Robert King, Ph.D., DVM, who is a professor at the Iowa State University, School of Veterinary Medicine.  Dr. King makes clinical rounds at the facility two times per month.  The bonobos are in excellent health.  The bonobos, including Matata and Maisha, cooperate with their examinations when asked to present body parts for examination or to take medication.

9.  The Trust provides members of the public access to the bonobo building, on occasion, for educational purposes (for example, the Trust is involved in a program with Des Moines Public Schools that allows middle school students to visit the Trust and learn about the bonobos and the research that is being done at the Trust.)  The Trust does not, however, place the bonobos who reside there on display.  There are no open "visiting" hours.  Members of the public visit only in connection with scheduled educational or community events.  The bonobos are not required to be viewed by or to interact with visitors and may chose to remain in private areas of the facility if they choose to do so.

10. Because it receives research funding from the federal government, the Trust is subject to oversight by and the comprehensive regulations of the Office of Laboratory Animal Welfare ("OLAW"), a division of the National Institute of Health ("NIH").

11. OLAW requires that the Trust have a local Institutional Animal Care and Use Committee ("IACUC").  That committee is made up of veterinarians, university faculty members who specialize in fields related to the research work of the Trust, and members of the public.  It conducts inspections of the Trust facilitates every six months to ensure that the

Trust's facilities, standard operating procedures, operations, and ape welfare are compliant with OLAW requirements. The IACUC must also approve all research to be performed at the Trust, including all protocols for the research.

12. The USDA inspects the Trust yearly. The USDA inspections of the bonobo facility have been deficiency free throughout the life of the Trust.

13. OLAW also conducts periodic inspections. Following its October 6, 2009 inspection visit, OLAW complemented the Trust for the "...spirit and dedication of the staff,...well managed animal facilities,...effectiveness of the institutional practices,...program of veterinary care,...excellent behavior and scientific research program,...state of the art facility operations; [and] ... in depth involvement and excellent professional leadership." (See Exh. 5 to Aipperspach Affidavit, Exh.C).

14. Dr. Sue Savage Rumbaugh, a world renowned scientist, and expert in language development and culture, has worked at the Trust as a Scientist with Special Standing since 2008. She was employed by the Trust as lead Scientist prior to that time.

15. Dr. Savage Rumbaugh has been involved in the care of and has conducted research with, Matata continuously since 1978. She has been involved in the care of, and conducted research with, Maisha since his birth in 2000.

16. Liz Pugh, a current employee of the Trust, and Dr. Savage Rumbaugh's sister, has also been involved in the care of Matata since the late 1970's and Maisha since 2000.

17. Matata and Maisha have formed strong bonds with Dr. Savage Rumbaugh, Ms. Pugh, and myself, as we have been consistently involved in their lives as human friends for many

years.  Disruption of these relationships would be stressful to both of them and would adversely impact their ability to adjust to a new environment.

18. Bonobos, both in captivity and in the wild, reside in colonies led by a female matriarch. Matata has, since the time the bonobos resided at the Language Research Center, been the matriarch of a colony that consists of her daughters Panbanisha and Elikya, son Maisha, adopted son Kanzi, and grandchildren Nyota and Teco (born on June 3, 2010).

19. Matata's last successful pregnancy was in 2000, when she gave birth to Maisha. She has had 2 miscarriages since that time.

20. It is my opinion, and the opinion of others at the Trust, that Matata should not be bred at her age.  At the age of 40 years, she is an older bonobo.  A pregnancy would be a significant risk to her health.  There is a substantial likelihood of another miscarriage as well.

21. The Trust currently uses the "rhythm method" of birth control for the bonobos who reside there.  The use of exogenous hormones for birth control was halted after we observed unwanted side effects.  The safety of using such birth control for the bonobos, including not only the safety of females to whom the hormones are administered but also that of the other bonobos who come in contact with their urine, in which hormones are excreted, is unknown. Adverse impacts on the bonobos' health, including their long term reproductive health, can be successfully avoided by appropriate management practices.

22. One of Matata's pregnancies that resulted in a miscarriage resulted from an accidental breeding with a family member in 2006.  Since that time, the Trust has vigorously enforced its procedures that are designed to avoid accidental impregnation of Matata or any of the other female bonobos at the Trust. No further accidents have occurred.

23. It is my understanding that Matata's daughter, Neema, who resides at the Milwaukee Zoo, was accidentally impregnated by her half brother on at least one – and possibly two occasions.

24. Moving Matata and Maisha from their family members and established social order would be extremely stressful and detrimental to them.

25. Matata, who is accustomed to being the alpha female and matriarch of her colony, would struggle to establish an "alpha" position in the existing social order in Milwaukee. While female bonobos often achieve their positions by social negotiation, Matata's manner of cultural interactions and communication are unique due to the research in which she has participated and the environment in which she has lived for the past 35 years. Her cultural manner of communication may not be effective with the bonobos in Milwaukee who have lived in a zoo environment. If that is the case, she would likely resort to fighting for position. Since she is older, has few teeth, and would be an outsider, Matata would be at a significant disadvantage and risk in physical altercations with other females.

26. Male bonobos such as Maisha are strongly supportive of their mothers. It is virtually certain that if Matata and Maisha were placed in Milwaukee, Maisha would fight with other male bonobos whose mothers are rivals of Matata in the social order. As the outsider, Matata would also be at a disadvantage and at risk in physical altercations.

27. Both Matata and Maisha would have a difficult time and would be significantly stressed by adjusting to life in a zoo environment. Neither has ever lived in such an environment. Bonobos, react to humans by attempting to communicate with and make a social connection with them. Matata and Maisha would not naturally, and have never learned to, ignore humans

who are present in their environment.  Accordingly, they would experience unaccustomed

disruption to their daily lives and substantial stress on a regular and ongoing basis.

28. If, as Zoo Atlanta has asserted, preservation of Matata's bloodlines is an important,

urgent goal, there are many ways other than uprooting Matata and Maisha, to fulfill that goal.

The Trust has semen available from unrelated males with which Matata could be impregnated.

(Though the Trust has not done so due to its concerns for her health if she is impregnated.)

Maisha's semen could be collected and preserved for artificial insemination of bonobos at other

locations.  Male or female bonobos from other locations, could visit the Trust for breeding

purposes.  Furthermore, a new genetic descendant of Matata, Teco (who is <u>not</u> inbred) was

born on June 3, 2010, and can ultimately be bred to widen Matata's genetic lines.  Matata's

offspring, Neema, who already resides at the Milwaukee Zoo, can also be bred.

29. Based on my experience in the operation of bonobo research facilities and grant

funding, it is my estimate that since 1980, Georgia State University, the NICHD, and the

Great Ape Trust have expended in excess of $60 million dollars for the support of Matata and

her extended family group.  To the best of my knowledge and belief, Zoo Atlanta has made no

financial contribution whatsoever to the care of the bonobos.

Dated this 30th day of July, 2010.

William Fields

STATE OF IOWA                          §
                                       §
COUNTY OF POLK                         §


BEFORE ME, the undersigned authority, personally appeared William Fields, who acknowledged himself and that he being authorized, executed the foregoing instrument for the purposes therein contained, by signing the name of the State of Iowa by himself as William Fields.

_Julie R. McCain_

NOTARY PUBLIC
In and For the State of Iowa



JULIE R. McCAIN
Commission Number 743139
My Commission Expires
10-3-2012

**Publications in press**

Fields, W.M. (in preparation) "Is the Language Kanzi Learned the Language We Tested?" *In Gunter Tembrock (Ed). Proceedings of the Berlin Behavioral and Biology Symposium 2009, Humboldt University.*

Savage-Rumbaugh, E.S., & Fields, W.M. (in press) "Maternal care, self agency, moral agency, epigenetics and culture: Implications for the rise of language in *Homo symbolicus and Pan symbolicus.*" Volume from the Homo Symbolicus Conference: The Dawn of Language, Imagination and Spirituality. A symposium presented by the John Templeton Foundation.

Savage-Rumbaugh, E. S., D. M. Rumbaugh, J. E. King, J. Taglialatella (in press). Foundations of language in a Festschrift volume for Prof. Holloway, Stone Age Institute, Indiana University.

**Publications**

Pedersen, Janni, Segerdhal, P., & Fields, W.M. (**2010**) "Relevantly reared apes point: Indexical pointing in spontaneous conversation of language-competent Pan/Homo bonobos." *Primatology: Theories, Methods and Research.*

Yasuo, N., Brooks, D., Wasserman. E.A. (**2010**) "Amodal completion in bonobos." *Learning and Motivation 41*, pp. 174-186.

Savage-Rumbaugh, E.S., Rumbaugh, D.M., & Fields, W.M. (**2009**) "Empirical Kanzi: The ape language debate revisited." *The Skeptic.*

Pedersen, Janni, & Fields, William, M. (**2008**) "Aspects of Repetition in Bonobo–Human Conversation: Creating Cohesion in a Conversation Between Species." *Intergrative Psychological Behavioral Science:* online DOI 10.1007/s12124-008-9067-6.

Rumbaugh, D. M., Washburn, D. A., King, J. E., Beran, M. J. Gould, K., & Savage-Rumbaugh, E. S. (2008). Why some apes imitate and/or emulate observed behavior and others do not: Fact, theory, and implications for our kind. <u>Journal of Cognitive Education and Psychology</u>, 7, (1), 101 -110.

Fields, W.M. (**2007**) "Ethnographic Kanzi versus empirical Kanzi: on the distinction between "Home" and "Laboratory" in the lives of enculturated apes. *Rivista di Analisi del Testo,* May.

Fields, W.M., Segerdahl, P., & Savage-Rumbaugh, E.S. (**2007**) "The Material Practices of Ape Language." *In J. Valsiner & Alberto Rosa (Eds.) The Cambridge Handbook of Socio-Cultural Psychology,* Cambridge: Cambridge University Press.

Rumbaugh, D. M., E. S. Savage-Rumbaugh, & Taglialatela, J. (2007). (L. Squire, ed.) Language Nonhuman Animals. The New Encyclopedia of Neuroscience. New York: Elsevier.



EXHIBIT

Savage-Rumbaugh, S. & Fields, W.M. (**2007**) "Rules and Tools: Beyond Anthropomorphism: A qualitative report on the stone tool manufacture and use by captive bonobos Kanzi and Panbanisha." *In N. Toth's Craft Institute Oldowan Technologies 1(1).*

Rumbaugh, D. M., King, J. E., Beran, M. J., Washburn, D. A., & Gould, K. (2007). A salience theory of learning and behavior: with perspectives on neurobiology and cognition. International Journal of Primatology, 28, (5), 973-996.

Savage-Rumbaugh, S., Rumbaugh, D.M. & W.M. Fields. (**2006**) "Language as a Window on the Cultural Mind." In S. Hurley (Ed.) *Rational Animals*, Oxford: Oxford University Press.

Savage-Rumbaugh, S., Fields, W.M.,Segerdahl, P., & D.M. Rumbaugh. (**2005**) "Culture prefigures cognition in Pan/Homo Bonobos." *Theoria 20(3).*

Segerdahl, P., Fields ,W.M., & Savage-Rumbaugh,E.S. (**2005**) *Kanzi's Primal Language: The cultural initiation of apes into language.* London: Palgrave/Macmillan.

Rumbaugh, D.M., Fields, W.M. (**2005**) "Great Apes Living in Decatur, Georgia" *In J. Caldecott & L. Miles (Eds.) The Atlas of Great Apes and their Conservation."* WNEP-WCMC Press.

Savage-Rumbaugh, E.S., Segerdahl, P., Fields, W.M. (**2005**) "Individual differences in language competencies in apes resulting from unique rearing conditions imposed by different first epistemologies." *In L.L. Namy & S.R. Waxman (Eds.) Symbolic Use and Symbolic Representation.* NJ: Erlbaum.

Beran, M. J. (2005). Book Review: The evolution of thought: Evolutionary origins of great ape intelligence by A. E. Russon and David R. Begun and Apes, monkeys, children, and the growth of mind by J. C. Gómez. International Journal of Primatology, 26, 1203-1207.

Beran, M. J., Beran, M. M., & Menzel, C. R. (2005). Chimpanzees (*Pan troglodytes*) use markers to monitor the movement of a hidden food item. Primates, 46, 255-259.

Beran, M. J., Beran, M. M., Harris, E. H., & Washburn, D. A. (2005). Ordinal judgments and summation of nonvisible sets of food items by two chimpanzees (*Pan troglodytes*) and a rhesus macaque (*Macaca mulatta*). Journal of Experimental Psychology: Animal Behavior Processes, 31, 351-362.

Beran, M. J., Beran, M. M., & Menzel, C. R. (2005). Spatial memory and monitoring of hidden items through spatial displacements by chimpanzees (*Pan troglodytes*). Journal of Comparative Psychology, 119, 14-22.

Harris, E. H. & Washburn, D. A. (2005). Macaques' (*Macaca mulatta*) use of numerical cues in maze trials. Animal Cognition, 8, 190-199.

Hopkins, W. D., & Cantalupo, C. (2005). Individual and setting differences in the hand preference of chimpanzees (*Pan troglodytes*): A critical analysis and some alternative explanations. Laterality, 10, 65-80.

Smith, J. D., Redford, J., Gent, L., & Washburn, D. A. (2005). Visual search and the collapse of categorization. Journal of Experimental Psychology: General, 134, 443-460.

Smith, J. D., & Washburn, D. A. (2005). Uncertanty monitoring and metacognition by animals. Current Directions in Psychological Science, 14, 19-24.

Beran, M. J., & Rumbaugh, D. M. (2004). Working to understand whether memories ever leave – with a trace. Review of Memories are made of this: How memory works in humans and animals by Rusiko Bourtchouladze. Contemporary Psychology: APA Review of Books, 49, 433-434.

Beran, M. M., & Beran, M. J. (2004). The roots of human behavior are found in nonhuman primates. Review of Roots of Human Behavior by Barbara J. King. American Journal of Primatology, 63, 33-35.

Beran, M. J., & Beran, M. M. (2004). Chimpanzees remember the results of one-by-one addition of food items to sets. Psychological Science, 15, 94-99.

Beran, M. J. (2004). Long-term retention of the differential values of Arabic numerals by chimpanzees (Pan troglodytes). Animal Cognition, 7, 86-92.

Beran, M. J. (2004). Chimpanzees (Pan troglodytes) respond to non-visible sets after one-by-one additionand removal of items. Journal of Comparative Psychology, 118, 25-36.

Beran, M. J., Pate, J. L., Washburn, D. A., & Rumbaugh, D. M. (2004). Sequential responding and planning in chimpanzees (Pan troglodytes) and rhesus macaques (Macaca mulatta). Journal of Experimental Psychology: Animal Behavior Processes, 30, 203-212.

Fernandez-Carriba, S., Loeches, A., Morcillo, A., Washburn, D. A., & Hopkins, W. D. (2004). Human assessment of chimpanzee facial asymmetry. Laterality, 9, 1-17.

Savage-Rumbaugh, S., Fields, W.M., & T. Spircu. (**2004**). "The Emergence of Knapping and Vocal Expression Embedded in a Pan/Homo Culture." *J. of Biology and Philosophy (19)*.

Beran, M. J. (2003). Studying delay of gratification in animals. In S. P. Shohov (Ed.), Advances in Psychology Research, Vol 24 (161-179). New York: Nova Science Publishers.

Bovet, D. & Washburn, D. A. (2003). Social categorization by macaques. Journal of Comparative Psychology, 17, 400-405.

Cantalupo, C., Pilcher, D., & Hopkins, W. D. (In press). Are planum temporale and Sylvian fissure asymmertries directly related? A MRI study in great apes. Neuropsychologia, 41, 1975-1981.

Fields, W. M., & Savage-Rumbaugh, S. (2003). [Review of the book A Mind So Rare: The Evolution of Human Consciousness]. Contemporary Psychology, 48.

King, J. E., & Rumbaugh , D. M., (2003). [Review of Love at goon park: Harry Harlow and the science of affection] The New England Journal of Medicine, 348 670-671.

Hopkins, W. D., & Cantalupo, C. (2003). Does variation in sample size explain individual differences in hand preference of chimpanzees (Pan troglodytes)? An empirical study and reply to Palmer. American Journal of Physical Anthropology, 121, 378-381.

Hopkins, W. D., Pilcher, D. L., & Cantalupo, D. (2003). A comparative review of neuroanatomical asymmetries in nonhuman primates: Implications for the evolution of handedness and other functional asymmetries. In D. Maestripietri (Ed.), Primate Psychology. Cambridge, MA: Harvard University Press.

Lyn, H., & Rumbaugh, D.M. (2003). Cognitive and language skills: Early environmental influences on apes In J. R. Miller, R. M. Lerner, L. B. Schiamberg, & P. M. Anderson, (Eds.), Enclyclolpedia of Human ecology, Vol 1, (pp. 128-130). Santa Barbara, CA: ABCCLIO, Inc.

Rumbaugh, D. M. (2003). A perspective of Human and Chimpanzee Cognition. [Review of The cultural origins of human cognition: Comparative perspectives] Contemporary Psychology, 48, 5-8.

Rumbaugh, D. M. (2003). [Media review The disenchanted forest]. American Journal of primatology, 60, 119-120.

Rumbaugh, D. M. (2003). [Review of book A perspective of human and chimpanzee cognition]. Contemporary Psycholology: APA Review of Books, 48, 5-8.

Rumbaugh, D. M., & Beran, M. J. (2003). Animal language. In L. Nadel (Ed.), Encyclopedia of Cognitive Science (pp. 138-141). London: Macmillan.

Rumbaugh, D. M., & Beran, M. J. (2003). Language acquisition by animals. In L. Nadel (Ed.), Encyclopedia of Cognitive Science (pp. 700-707). London: Macmillan.

Rumbaugh, D. M., Beran, M. J., & Pate, J. L. (2003). Uncertainty monitoring may promote emergents. Behavioral and Brain Sciences, 26, 353.

Rumbaugh, D. M., Beran, M. J., & Savage-Rumbaugh, E. S. (In press). Language. In D. Maestripieri (Ed.), Primate psychology. Cambridge, MA: Harvard University Press.

Rumbaugh, D. M. & Hillix, W. A. (2003). Animal bodies, human minds. New York: Kluwer/Academic Press.

Rumbaugh, D. M. & Taglialatela, J. P. (2003). [Review of book The ape and the sushi master: Cultural reflections of a primatologist]. Contemporary Psychology: APA Review of Books, 48, 471-473.

Rumbaugh, D. M. & Washburn, D. A. (2003). Intelligence of apes and other rational beings. New Haven, CT: Yale University Press.

Smith, J. D., Shields, W. E., & Washburn, D. A. (2003). A comparative approach to metacognition and uncertainty monitoring. Behavioral and Brain Sciences, 26, 317-373.

Taglialatela, J. P. (2003). Looking forward to a neuroethology of primate vocal communication. American Journal of Primatology, 60, 175-176.

Taglilatela, J. P., Benson, J.D., Greaves, W.S., Rumbaugh, D., & Savage-Rumbaugh, S. (2003). Language, apes, and meaning-making. In Language Development: Functional Perspectives in Evolution and Ontogenesis, G. Williams and Annabelle Lukin (eds.). London: Continuum.

Taglialatela, J. P., Savage-Rumbaugh, E.S., & Baker, L. A. (2003). Vocal production by a language-competent bonobo, (Pan Paniscus). International Journal of Comparative Psychology, 24, 1-17.

Washburn, D. A. (2003). The games psychologists play (and the data they provide). Behavior Research Methods, Instruments, and Computers 35, 185-193.

Washburn, D. A., & Astur R. S. (2003). Exploration of virtual mazes by macaques. Animal Cognition, 6, 161-168.

Washburn, D. A., Gulledge, J. P., & Martin, B. (2003). A species difference in visuospatial memory: A failure of memory for what, where, or what is where? International Journal of Comparative Psychology, 16, 209-225.

Washburn, D. A. (2003). Overlapping territories: Understanding behavior across subdisciplines of psychology (Introduction to the special issue). International Journal of Comparative Psychology, 16, iv-v.

Benson, J., W. Greaves, W., O'Donnell, M., & Taglialatela, J.P. (2002). Evidence for symbolic language processing in a bonobo (Pan paniscus). Journal of Consciousness Studies, 9(12).

Beran, M. J., & Washburn, D. A. (2002). Chimpanzee responding during matching to sample: Control by exclusion. Journal of the Experimental Analysis of Behavior, 78, 497-508.□□Beran, M. J. (2002). Maintenance of self-imposed delay of gratification by four chimpanzees (Pan troglodytes) and an orangutan (Pongo pygmaeus). Journal of General Psychology, 129, 49-66.

Cantalupo, C., & Ward, J.P. (2002). Function of head-cocking in the small-eared bushbaby (*Otolemur garnettii*). *International Journal of Primatology*, 23, 203-221.

Cantalupo, C., Ward, J.P., & Franceschetti D.R. (2002). Lateralized Reaching as Dynamical Symmetry Breaking in the Bushbaby (*Otolemur garnettii*): Preliminary Evidence. *Brain & Cognition*, 48, 297-304.

Hopkins, W.D., Cantalupo, C., Wesley, M.J., Hostetter, A.B., Pilcher, D.L. (2002). Grip morphology and hand use in chimpanzees (*Pan troglodytes*): evidence of a left hemisphere specialization in motor skill. Journal of Experimental Psychology-General, 131, 412-423.□□

Hopkins, W. D., & Washburn, D. A., (2002) The Global-to-Local Precedence in Perception by Humans, Chimpanzees, and Macaques. *Animal Cognition*, 5, 27-31.

Rumbaugh, D. M. (2002). Emergents and rational behaviorism. *Eye on Psi Chi*, 6, 8-14.

Savage-Rumbaugh, S., Fields, W. (**2002**). "Hacias el control de nuevas realidades." *Quark (25)*, 20-26.

Washburn, D. A., (2002). These apes are great, too! A review of The mentalities of gorillas and orangutans: Comparative Perspectives (S. Taylor-Parker, R. Mitchell, & L. Miles, Eds.), *Contemporary Psychology*, 47, 39-42.

Beran, M. J. (2001). Summation and numerousness judgments of sequentially presented sets of items by chimpanzees (*Pan troglodytes*). *Journal of Comparative Psycholog*y, 115, 181-191.

Beran, M. J. (2001). Do chimpanzees have expectations about reward presentation following correct performance on computerized cognitive testing? *Psychological Record*, 51, 173-183.

Beran, M. J., Pate, J. L., Washburn, D. A., & Rumbaugh, D. M. (2001). Sequential responding and planning in chimpanzees (*Pan troglodytes*) and rhesus macaques (*Macaca mulatta*). *American Journal of Primatology*, 54, 100. [Abstract].

Beran, M. J., & Rumbaugh, D. M. (2001). "Constructive" enumeration by chimpanzees (*Pan troglodytes*) on a computerized task. Animal Cognition, 4, 81-89.□□Beran, M. J., & Rumbaugh, D. M. (2001). Comparative cognitive science and the Japanese influence in primatology. Book Review of *Primate origins of human cognition and behavior* by Tetsuro Matsuzawa. *American Journal of Primatology*, 55, 183-185.

Cantalupo, C., & Hopkins, W.D. (2001). Asymmetric Broca's area in great apes.

*Nature,* 414, 505.

Gibson, K. R., Rumbaugh, D. M., & Beran, M. J. (2001). Bigger is better: Primate brain size in relationship to cognition. In D. Falk & K. R. Gibson (Eds.), *Evolutionary anatomy of the primate cerebral cortex* (pp. 79-97). Cambridge: Cambridge University Press.

Hodgson, J. A., Wichayanuparp, S., Recktenwald, M. R., Roy, R. R., McCall, G., Day, M. K., Washburn, D., Fanton, J. W., Kozlovskaya, I., & Edgerton, V. R. (2001). Circadian force and EMG activity in hindlimb muscles of rhesus monkeys. *Journal of Neurophysiology,* 86, 1430-1444.□□

Rumbaugh, D. M., Beran, M. J., & Elder, C. M. (2001) Infancy and the birth of competence: Bruner and comparative-developmental research. In D. Bakhurst & S. G. Shanker (Eds.), Jerome Bruner: *Language, culture, self.* (pp. 136-149). London: Sage. □□

Rumbaugh, D. M., Savage-Rumbaugh, E. S., & Beran, M. J. (2001). The grand apes. In B. B. Beck, T. S. Stoinski, M. Hutchins, T. L. Maple, A. Rowan, B. F. Stevens, & A. Arluke, (Eds.), *Great apes & humans: The ethics of coexistence* (pp. 245-260). Washington: Smithsonian Institution Press.

Savage-Rumbaugh, E. S., Fields, W. M. & Taglialatela, J. P. (2001). Language, speech, tools, and writing: A cultural imperative. *Journal of Consciousness Studies,* 8(5-7), 273-292.

Washburn, D. A., & Putney, R. T. (2001). Attention and task difficulty: When is performance facilitated? *Learning and Motivation,* 32, 36-47.

Beran, M. J. (2000). Two chimpanzees (*Pan troglodytes*) compare non-visible sums of candy pieces. *American Journal of Primatology,* 51 (S1), 43-44. [Abstract].

Beran, M. J., Pate, J. L., Richardson, W. K., & Rumbaugh, D. M. (2000). A chimpanzee's (*Pan troglodytes*) long-term retention of lexigrams. *Animal Learning and Behavior,* 28, 201-207.

Bisazza, A., Cantalupo, C., Capocchiano, M., & Vallortigara, G. (2000). Population lateralization and social behavior: a study with sixteen species of fish. *Laterality,* 5, 269-284.

Cantalupo, C., & Ward, J.P. (2000). Interaction between lateralized systems: exploring the complexity of laterality. *Brain & Cognition,* 43, 73-78.

Hodgson, J. A., Wichayanuparp, S., Recktenwald, M. r., Roy, R. R., McCall, G., Washburn, D. A., Fanton, J. W., Riazansky, S. N., Kozlovskaya, I. B., & Edgerton, V. R. (2000) Daily activation levels in rhesus lower limb muscles. *Journal of Gravitational Physiology,* 7(1) S-73.

Lyn, H. & Savage-Rumbaugh, E. S. (2000). Observational word learning in two

bonobos (*Pan paniscus*): Ostensive and non-ostensive contexts. *Language & Communication* 20, 255-273

Minahan, M. F., Beran, M. J., & Savage-Rumbaugh, E. S. (2000). Object permanence in bonobos (*Pan paniscus*) and chimpanzees (*Pan troglodytes*). *American Journal of Primatology*, 51 (S1), 75. [Abstract].

Menzel, C. R. & Beck, B. B. ( 2000). Homing and detour behavior in golden lion tamarin social groups. In S. Boinski & P. A. Garber (Eds.), *On the move: How and why animals travel in groups.* (pp. 299-326). Chicago: Chicago University Press.

Recktenwald, M. R., Hodgson, J. A., Roy, R. R., Riazansky, S. N., McCall, G., Kozlovskaya, I. B., Washburn, D. A., Fanton, J. W., & Edgerton, V. R. (2000). Quadrupedal locomotion in rhesus monkeys after 14 days of spaceflight. *Journal of Gravitational Physiology*, 7(1) S

Recktenwald, M. R., Hodgson, J. A., Roy, R. R., Riazansky, S, N., McCall, G., Kozlovskaya, I. B., Washburn, D. A., Fanton, J. W., & Edgerton, V. R. (2000). Effects of spaceflight on rhesus quadrupedal locomotion after return to 1G. *Journal of Neurophysiology*, 81, 2451-2463.

Rilling, J., Kilts, C., Williams, S., Beran, M., Giroux, M., Hoffman, J. M., Rapoport, S., Savage-Rumbaugh, E.S., & Rumbaugh, D.M. (2000). A comparative PET study of linguistic processing in humans and language-competent chimpanzees. *American Journal of Physical Anthropology*, 111 (S), 263. [Abstract].

Rumbaugh, D. M. (2000) The apes and us: Brain and emergent processes. *American Society of Primatologists*. [Abstract].

Rumbaugh, D.M. (2000) The mentalities of gorillas and orangutans (book review). *International Journal of Primatology*, 21, (4), pp. 769-771.

Rumbaugh, D. M., Beran, M. J., & Hillix, W. A. (2000). Cause-effect reasoning in humans and animals. In C. Heyes & L. Huber (Eds.), *The evolution of cognition.* (pp. 221-238). Cambridge, MA.: MIT Press.

Savage-Rumbaugh, S., Fields, W. M., & Taglialatela, J. P. (2000). Ape consciousness-human consciousness: A perspective infomed by language and culture. *American Zoologist*, 40 (6): 910-921.

Taglialatela, J. P., & Savage-Rumbaugh, E. S.(2000). "Vocalization production and usage in language-competent, captive bonobos (Pan paniscus). American *Journal of Primatology*, 51 (Supplement 1): 95 [Abstract].

Washburn, D. A., Rumbaugh, D. M., Richardson, W. K., Gulledge, J. P., Shlyk, G. G., & Vasilieva, O. N. (2000). PTS performance by flight- and control-group macaques. *Journal of Gravitational Physiology*, 7, S89-S94.

Beran, M. J., Gibson, K. R. , & Rumbaugh, D. M. (1999). Predicting hominid intelligence from brain size. In M. Corbalis & E. G. Lea (Eds.), *The descent of mind: Psychological perspectives on hominid evolution*. (pp. 88-97). New York: Oxford University Press.

Beran, M. J., Savage-Rumbaugh, E. S., Pate, J. L., & Rumbaugh, D. M. (1999). Delay of gratification in chimpanzees (*Pan troglodytes*). *Developmental Psychobiology*, 34, 119-127.

Gulledge, J. P., Washburn, D. A., & Rumbaugh, D. M. (1999). Judgments of numeric symbols and quantities by macaques. *Abstracts of the Psychonomic Society*, 4, 49.

Johnson-Pynn, J., Fragaszy, D. M., Hirsh, E. M., & Brakke, K. E., & Greenfield, P. M. (1999). Strategies used to combine seriated cups by chimpanzees (*Pan troglodytes*), bonobos (*Pan paniscus*), and capuchins (*Cebus apella*). *Journal of Comparative Psychology*, 113, 137-148.

King, J. E., Rumbaugh, D. M., & Savage-Rumbaugh, E. S. (1999). Perception of personality traits and semantic learning in evolving hominids. In M. Corbalis & E. G. Lea (Eds.), The descent of mind: Psychological perspectives on hominid evolution. (pp. 98-115). New York: Oxford University Press.

Menzel, C. R., Savage-Rumbaugh, S. E. & Menzel, E. W. Jr. (1999). Organization of movement by rhesus monkeys, apes and humans in computer presented maze tasks. American Journal of Primatology, 49, 80. [Abstract].

Poti, P., Langer, J., Savage-Rumbaugh, E.S., & Brakke, K. E. (1999). Spontaneous logicomathematical constructions by chimpanzees (Pan troglodytes, Pan paniscus). Animal Cognition, 2,147-156.

Rilling, J., Kilts, C., Williams, S., Kelley, J., Beran, M., Giroux, M., Hoffman, J. M., Savage-Rumbaugh, S., & Rumbaugh, D. (1999). Functional neuroimaging of linguistic processing in chimpanzees. Society for Neuroscience, 25 (2), 2170 [Abstracts].

Romski, M. A., Sevcik, R. A., & Adamson, L. B. (1999). Communications of youth with mental retardation with and without their speech-output communication devices. American Journal on Mental Retardation, 104, 249-259.

Rumbaugh, D. M. (1999). Primate language and cognition: Common ground. In A. Mack (Eds.), Humans and other animals. Columbus: Ohio State University Press.

Rumbaugh, D. M. & Savage-Rumbaugh, E. S. (1999). Primate language. In R. A. Wilson & F. C. Keil (Eds.) The MIT Encyclopedia of the Cognitive Sciences. Cambridge: The MIT Press.

Rumbaugh, D. M. & Savage-Rumbaugh, E. S. (1999). Language, nonhuman. In G. Adelman & B. H. Smith (Eds.), Encyclopedia of neuroscience. (pp. 1013-1015). Elsevier Science B.V.

Savage-Rumbaugh, E. S. (1999). Ape communication: Between a rock and a hard place. In

B. King (Ed), Origins of language: What nonhuman primates can tell us. (pp 115-189) Santa Fe: SAR Press.

Schick, K. D., Toth, N., Garufi, G., Savage-Rumbaugh, E. S., Rumbaugh, D. M., & Sevcik, R. A. (1999). Continuing investigations into the stone tool-making and tool-using capabilities of a Bonobo (Pan paniscus). Journal of Archaeological Science, 26, 821-832.

Sevcik, R. A., Romski, M. A., & Adamson, L. B. (1999). Measuring AAC interventions for individuals with severe developmental disabilities. Augmentative and Alternative Communication, 15, 38-44.

Sevcik, R. A., & Romski, M. A. (1999). Issues in augmentative and alternative communication in child psychiatry. In R. Paul (Ed.), Child and Adolescent Psychiatric Clinics of North America (pp. 77-87). Philadelphia: W. B. Saunders.

Spinozzi, G., & Langer, J. (1999). Spontaneous classification in action by a human-enculturated and language-reared bonobo (Pan paniscus) and common chimpanzees (Pan troglodytes). Journal of Comparative Psychology, 113, 286-296.

Washburn, D. A. (1999). Distinguishing interpretation from fact (DIFF): A computerized drill for methodology courses. Behavior Research Methods, Instruments, & Computers, 31, 3-6.

Washburn, D. A. (1999). Where's that other shoe? A comparative study of visuospatial memory. Abstracts of the Psychonomic Society, 4, 22.

Williams, S. L., Beran, M. J., & Rumbaugh, D. M. (1999). Self-judgment of performance by chimpanzees (Pan troglodytes). American Journal of Primatology, 49, 114. [Abstract].

Williams, S. L. & Rumbaugh, D. M. (1999). Tympanic membrane temperatures reflect lateralization in a language-trained ape (Pan troglodytes). American Journal of Primatology, 49.

Beran, M. J. & Rumbaugh, D. M. (1998). Delay of gratification in chimpanzees (Pan troglodytes). American Journal of Primatology, 45, 169-170 [Abstract].

Beran, M. J., Rumbaugh, D. M., & Savage-Rumbaugh, E. S. (1998). Chimpanzee (Pan troglodytes) counting in a computerized testing paradigm. The Psychological Record 48, 3-20.

Beran, M. J., Savage-Rumbaugh, E. S., Brakke, K. E., Kelley, J. W., & Rumbaugh, D. M. (1998). Symbol comprehension and learning: A "vocabulary" test of three chimpanzees (Pan troglodytes). Evolution of Communication 2, 171-188.

Grossblatt, N. (Eds.) (1998). The psychological well-being of nonhuman primates. A Report of the Committee on the Well-Being of Nonhuman Primates, Institute for Laboratory Animal Research, National Research Council. Rumbaugh, D. M. (Committee Member) Washington, DC: National Academy Press.

Hillix, W. A. & Rumbaugh, D. M. (1998). Language in animals. In G. Greenberg & M. M. Haraway (Eds.) Comparative psychology: A handbook (pp. 837-848). New York: Garland Publishing.

King, J. E., Rumbaugh, D. M. & Savage-Rumbaugh, E. S. (1998). Evolution of intelligence, language, and other emergent processes for consciousness: A comparative perspective. In S. J. Hameroff, A. W. Kaszniak, & A. C. Scott (Eds.) Toward a science of consciousness II: The second Tucson discussions and debates (pp. 383-395). Cambridge: MIT Press.

Lyn, H., Savage-Rumbaugh, E. S., & Rumbaugh, D. (1998). Observational word learning in bonobos (Pan paniscus). American Journal of Primatology 45, 193. [Abstract].

Menzel, C. R. (1998). Memory and communication of object types and object locations by a language-trained chimpanzee (Pan troglodytes). American Journal of Primatology 45, 195-96. [Abstract].☐Rumbaugh, D. M. (1998). Austin H. Riesen (1913-1996). American Psychologist 53(1), 60-61.

Rumbaugh, D. M., Washburn, D. A., & Pate, J. L. (1998). Discrimination learning set and transfer. In G. Greenberg & M. M. Haraway (Eds.) Comparative psychology: A handbook (pp. 562-565). New York: Garland Publishing.

Savage-Rumbaugh, E. S. (1998). Scientific schizophrenia with regard to the language act. In J. Langer and M. Killen (Eds.) Piaget, evolution and development (pp. 145-169). Hillsdale, N.J.: Lawrence Earlbaum and Associates.

Savage-Rumbaugh, E. S. & Fields, W. M. (1998). Language and culture: A trans-generation interweaving. Language Origins Society, 27, 19-41.

Savage-Rumbaugh, E. S. & Rumbaugh, D. M. (1998). Perspectives on consciousness, language, and other emergent processes in apes and humans. In S. J. Hameroff, A. W. Kaszniak, & A. C. Scott (Eds.) Toward a science of consciousness II: The second Tucson discussions and debates (pp. 533-549). Cambridge: MIT Press.

Smith, J. D., Shields, W. E., Allendoerfer, K. A., & Washburn, D. A. (1998). Memory monitoring by animals and humans. Journal of Experimental Psychology: General 127, 227-250.

Tomasello, M. (1998). Social cognition and the evolution of culture. In J. Langer & M. Killen (Eds.), Piaget, evolution and development. Mahwah, NJ: Lawrence Erlbaum Associates.

Washburn, D. A. (1998). Teaching on the web: Copyright law and multimedia-or internet-based educational applications. Behavior Research Methods, Instruments, & Computers 30 (2), 199-204.

Washburn, D. A. & Astur, R. S. (1998). Nonverbal working memory of humans and monkeys: Rehearsal in the sketchpad? Memory and Cognition 26 (2), 277-286.

Washburn, D. A. & Putney, R. T. (1998). Stimulus movement and the intensity of attention. The Psychological Record, 48, 555-570.

Washburn, D. A., Rumbaugh, D. M., & Richardson, W. K. (1998). Apparatus in comparative psychology. In G. Greenberg & M. M. Haraway (Eds.) Comparative psychology: A handbook (pp. 221-225). New York: Garland Publishing.

Whiten, A. (1998). Imitation of the sequential structure of actions by chimpanzees (Pan troglodytes). Journal of Comparative Psychology 112(3), 270-281.

Whiten, A. (1998). Evolutionary and developmental origins of the mindreading system. In J. Langer & M. Killen (Eds.). Piaget, evolution and development. Mahwah, N.J.: Lawrence Erlbaum.

Williams, S. L., & Kelley, J. W. (1998). Mobility as enrichment for captive apes. Laboratory Primate Newsletter 37(2), 3, 5.

Adamson, L. B. (1997). Order and disorder: Classical developmental theory and atypical communication development. In L. B. Adamson & M. A. Romski (Eds.), Communication and Language Acquisition: Discoveries from Atypical Language Development. Baltimore: Paul H. Brookes Publishing.

Byrne, R. W. & Whiten, A. (1997). Machiavellian intelligence. In A. Whiten & R. W. Byrne (Eds.) Machiavellian intelligence II: Evaluation and extensions. (pp.1-23). Cambridge University Press.□□Fragaszy, D. M. & Adams-Curtis, L. E. (1997). Developmental changes in manipulation in tufted capuchins (Cebus apella) from birth through 2 years and their relation to foraging and weaning. Journal of Comparative Psychology, 111(2), 201-211.

Lacreuse, A., and Fragaszy, D. M. (1997). Manual exploratory procedures and asymmetries for a haptic search task: A comparison between capuchins (Cebus apella) and humans. Laterality (2), 247-266.

Menzel, C. R. (1997). Primates' knowledge of their natural habitat: As indicated in foraging. In A. Whiten & R. W. Byrne (Eds.) Machiavellian intelligence II: Evaluation and extensions. (pp.207-239). Cambridge University Press.

Menzel, C.R. (1997). Primates' knowledge of their natural habitat, as indicated in foraging. American Journal of Primatology, 42, 133-134. (Abstract).

Menzel, C. R., Savage-Rumbaugh, E. S., and Menzel, E. W. (1997). Chimpanzee (Pan paniscus) spatial memory and communication in a 20 hectare forest. American Journal of Primatology, 41, 134. (Abstract).

Morris, R. D., Hopkins, W. D., & Rumbaugh, D. M. (1997). Cerebral specialization. In Encyclopedia of human biology (Vol. 2, pp. 629-633). Academic Press.

Romski, M. A., Sevcik, R. A., & Adamson, L. B. (1997). A framework for studying language development through augmented means by children with developmental disabilities.

Augmentative and Alternative Communications, 13, 172-178.

Romski, M. A., Sevcik, R.A., & Sundgren, W. L. (1997). Augmentative and alternative
    communication in the schools. In P. O'Connell (Ed.), Speech, language, and hearing
    programs in schools: A manual for students and practitioners (p. 289-304).
    Gaithersburg, MD: Aspen.

Rumbaugh, D. M. (1997). Competence, cortex, and primate models--A comparative primate
    perspective. In N. A. Krasnegor, G. R. Lyon, P. S. Goldman-Rakic (Eds.),
    Development of the prefrontal cortex: Evolution, neurobiology, and behavior (pp.
    117-139). Baltimore, MD: Paul H. Brookes Publishing Co., Inc.

Rumbaugh, D. M. (1997). The psychology of Harry F. Harlow: a bridge from radical to
    rational behaviorism. Philosophical Psychology, 10 (2), 197-210.

Rumbaugh, D. M., & Savage-Rumbaugh, E. S. (1997). A comparative perspective on the
    etiology of meaning and assaying behaviors for meaning. In C. Mandell & A. McCabe
    (Eds.), The problem of meaning: Behavioral and cognitive perspectives. (pp. 147-
    179). Amsterdam, The Netherlands: Elsevier Science B.V.

Rumbaugh, D. M. & Savage-Rumbaugh, E. S. (1997-98). Language, nonhuman. In G.
    Adelman & B. Smith (Eds.), Encyclopedia of neuroscience. Amsterdam, The
    Netherlands: Elsevier Science.

Savage-Rumbaugh, S. (1997). P-Suke has become a father. Monkey, 41(4), 14-17.

Savage-Rumbaugh, S. (1997). Why are we afraid of apes with language? In A. B. Scheibel
    & J. W. Schopf (Eds.) The origin and evolution of intelligence (pp. 43-69). Sudbury,
    MA: Jones and Bartlett.

Savage-Rumbaugh, E. S. (1997). [Review of the book Mutualities in Dialogue]. International
    Journal of Primatology, 18(5), 847-853.

Shields, W. E., Smith, J. D. & Washburn, D. A. (1997). Uncertain responses by humans and
    rhesus monkeys in a psychophysical Same-Different task. Journal of Experimental
    Psychology: General 126, 147-164.□Smith, J. D., Shields, W. E., Schull, J., &
    Washburn, D. A. (1997). The uncertain response in humans and animals. Cognition,
    62, 75-97.

Tomasello, M. & Call, J. (1997). Primate cognition. New York: Oxford University Press.

Washburn, D. A. (1997). Review of [Animals cognition: An introduction to modern
    comparative psychology.] Trends in Cognitive Sciences, 1, 154.

Washburn, D. A. (1997). What monkeys can do. Teaching of Psychology, 24, 61-65.

Washburn, D. A. (1997). The MacKay-Skinner debate: a case for "nothing buttery".
    Philosophical Psychology 10 (4), 473-479.

Washburn, D. A., Gulledge, J. P., & Rumbaugh, D. M. (1997). The Heuristic and motivational

value of video reinforcement. Learning and Motivation, 28, 510-520.

Washburn, D. A. & Rumbaugh, D. M. (1997). If faster is smarter, why are we slower: A comparative perspective on intelligence and processing speed. American Psychologist, 52(10), 1147-1148.

Washburn, D. A., Rumbaugh, D. M., & Richardson, W. K. (1997). Apparatus in comparative psychology. In G. Greenberg & M. Haraway (Eds.), The Encyclopedia of Comparative Psychology (pp. 231-235). New York: Garland Publishers, Inc.

Whiten, A. (1997). The Machiavellian mindreader. In A. Whiten & R. W. Byrne (Eds.) Machiavellian intelligence II: Evaluation and extensions. (pp. 144-173). Cambridge University Press.

Williams, S. L. , Brakke, K. E., & Savage-Rumbaugh E. S. (1997). Comprehension skills of language-competent and non-language-competent apes. Language and Communication, 17(4), 301-317.

Williams, S. L., Savage-Rumbaugh, E. S., & Rumbaugh, D. M. (1997). Apes and language. Concise encyclopedia of philosophy of language. Oxford, England: Elsevier Science LTD.

Beran, M. J., Rumbaugh, D. M., & Savage-Rumbaugh, E. S. (1996) Performance of a chimpanzee (Pan troglodytes) on a computerized counting task. XVIth Congress of the International Primatological Society and XIXth Conference of the American Society of Primatologists, No. 315. [Abstract].

Brakke, K. E. & Savage-Rumbaugh, E. S. (1996). The development of language skills in Pan: II. Production. Language and Communication, 16(4), 361-380.

Filion, C. M, Washburn, A. D. & Gulledge, P. J. (1996). Can monkeys (Macaca mulatta) represent invisible displacement? Journal of Comparative Psychology, 110, 386-395.

Hopkins, W. D., Washburn, D. A., & Hyatt, C. W. (1996). Video-task acquisition by rhesus monkeys (Macaca mulatta) and chimpanzees (Pan troglodytes): A comparative analysis. Primates, 37, 197-206.

Langes, R., Badalamenti, A., Savage-Rumbaugh, E. S. (1996). Two mathematically defined language structures in humans and chimpanzees. Behavioral Science Journal of the International Society for the Systems Science, 41(2), 124-135.

Lacreuse, A., and Fragaszy, D. M. (1996). Hand preferences for a haptic searching task by tufted capuchins (Cebus apella). International Journal of Primatology, 17(4), 613-632.

Menzel, C. R. (1996). Spontaneous use of matching visual cues during foraging by long-tailed macaques (Macaca fascicularis). Journal of Comparative Psychology, 110(4), 370-376.

Romski, M. A., Sevcik, R. A., Robinson, B. F., Mervis, C. B. & Bertrand, J. (1996). Mapping the meanings of novel visual symbols by youth with moderate or severe mental retardation. American Journal on Mental Retardation, 100(4), 391-402.

Rumbaugh, D. M. (1996). Beast machines of the monkey wars. [Review of The Monkey Wars]. Contemporary Psychology, 41(4), 316-318.

Rumbaugh, D. M. (1996). In search of the red oktober's psychology. [Review of V. M. Bekhterev's Collective Reflex-ology, Part 1]. Contemporary Psychology, 41(7), 639-641.

Rumbaugh, D. M. & Savage-Rumbaugh, E. S. (1996) Biobehavioral roots of language: Words, apes, and a child. In B. M. Velichkovsky & D. M. Rumbaugh (Eds.), Communicating meaning: The evolution and development of language (pp. 257-274). Mahwah, NJ: Lawrence Erlbaum Associates.

Rumbaugh, D. M., Savage-Rumbaugh, E. S., & Washburn, D. A. (1996). Toward a new outlook on primate learning and behavior: Complex learning and emergent processes in comparative perspective. Japanese Psychological Research, 38(3), 113-125.

Rumbaugh, D. M. & Washburn, D. A. (1996). Progeny of WGTA and learning set: The Language Research Center's computerized test system and transfer index phenomena. XVIth Congress of the International Primatological Society and XIXth Conference of the American Society of Primatologists, No. 248. [Abstract].

. Rumbaugh, D. M. & Washburn, D. A. (1996). Learning in relation to primate brain evolution. International Journal of Psychology 31(3-4). 38. [Abstract].

Rumbaugh, D. M., Washburn, D. A., & Hillix, W. A. (1996). Respondents, operants, and emergents: Toward an integrated perspective on behavior. In K. Pribram & J. King (Eds.), Learning as a self-organizing process (pp. 57-73). Hillsdale, NJ: Lawrence Erlbaum Associates.

- Savage-Rumbaugh, E. S. & Rumbaugh, D. M. (1996). Primate intelligence and language: Brain and environment. XVIth Congress of the International Primatological Society and XIXth Conference of the American Society of Primatologists, No. 740. [Abstract].

Savage-Rumbaugh, E. S., Shanker, S., Taylor, T. J. (1996). Apes with language. Critical Quarterly, 38(3), 45-57.

Savage-Rumbaugh, E. S., Williams, S. L., Furuichi, T., Kano, T. (1996). Language perceived: Paniscus branches out. In W. C. McGrew, L. F. Marchant & T. Nishida (Eds), Great Ape Societies (pp. 173-184). Cambridge University Press.

Sevcik, R.A., Romski, M. A., & Robinson, B. W. (1996). Longitudinal research: Considerations for augmentative and alternative communication. Augmentative and Alternative Communication, 12, 272-276.

Washburn, D. A. & Rumbaugh, D. M. (1996) Training rhesus monkeys (Macaca mulatta)

using the computerized test system. Proceedings of the International Primatological Society. [Abstract].

Washburn, D. A., Sevcik, R. A., Rumbaugh, D. M., & Romski, M. A. (1996). Educational applications of the Psychomotor Test System. Proceedings of the AIAA Life Sciences and Space medicine Conference and Exhibit (pg. 72-73), American Institute of Aeronautics and Astronautics. [Abstract].

Whiten, A. & Custance, D. (1996). Studies of imitation in chimpanzees and children. In (Ed.) Social learning in animals: The roots of culture. (pp. ). Academic Press.

Brakke, K., & Rumbaugh, D. M. (1995). Much ado about marking. [Review of Self-awareness in animals and humans: Developmental perspectives]. American Journal of Primatology, 36, 79-81.

Brakke, K. E., & Savage-Rumbaugh, E. S. (1995). The development of language skills in bonobo and chimpanzees: I. Comprehension. Language and Communication, 15(2), 121-148.

Carpenter, M., Tomasello, M. & Savage-Rumbaugh, E. S. (1995). Joint attention and imitative learning in children, chimpanzees and enculturated chimpanzees. Social Development, 4, 217-237.

Heller, K. W., Alberto, P. A., & Romski, M. A. (1995). Effect of object and movement cues on receptive communication by preschool children with mental retardation. American Journal on Mental Retardation, 99(5), 510-521.

Romski, M. A., & Sevcik, R. A. (1995). Communicative development of children with severe disabilities. In M. D. Smith and J. S. Damico (Eds.), Childhood Language Disorders (pp. 218-234). New York: Thieme Medical Publishers, Inc.

Romski, M. A., & Sevcik, R. A. (1995). [Review of Communicative alternatives to challenging behavior: Integrating functional assessment and intervention strategies. American Journal on Mental Retardation, 100(2), 221-223.

Rumbaugh, D. M. (1995). Primate intelligence and language: Brain and environment. Unity in Diversity, Annual meeting of the American Association for the Advancement of Science, Pg. 13 [Abstract].

Rumbaugh, D. M. (1995). On Books. [Emergence of relations and the essence of learning: A review of Sidman's equivalence relations and behavior: A research story]. Behavior Analyst, 18(2), 367-375.

Rumbaugh, D. M. (1995). Primate language and cognition: Common ground. Social Research, 62(3), 711-730.

Rumbaugh, D. M., & Washburn, D. A. (1995). Attention and memory in relation to learning: A comparative adaptation perspective. In G. R. Lyon & N. A. Krasnegor (Eds.), Attention, memory and executive function (pp. 199-219). Baltimore, MD: Paul H.

Brookes.

Savage-Rumbaugh, S., & Lewin, R. (1995). Kanzi: der sprechende Schimpanse: Was den tierischen vom menschlichen Verstand unterscheidet. [Kanzi: The Ape at the Brink of the Human Mind]. Munchen: Droemer Knaur.

Sevcik, R. A. (1995). Is it live or is it Memorex? Consciousness and Cognition, 4, 251-253. [Commentary on K. Marten and S. Psarako (1995), Using self-view television to distinguish between self-examination and social behavior in the bottlenose dolphin (Tursiops truncatus). Consciousness and Cognition, 4, 205-224].

Sevcik, R. A., & Romski, M. A. (1995). Additional support for the role of animal research in the study of human mental retardation. American Journal on Mental Retardation, 100(1), 95-104.☐☐Sevcik, R. A., Romski, M. A., & Adamson, L. B. (1995). A comparison of the everyday communications of symbol-competent, speaking, and nonspeaking youth with mental retardation. Partnerships: Crossing the Bridge to the Future, 119TH Annual Meeting of the American Association on Mental Retardation, Pg. 165. [Abstract].

Sevcik, R. A., Romski, M. A., Rayfield, C., Nelson, B., Walton-Bowe, Jordan, D., Howell, M., & Ross, J. (1995). Project FACTT: Meeting the needs of children with severe developmental disabilities. Technology & Disability, 4, 233-241.

Sevcik, R. A., Romski, M. A., Watkins, R., & Deffebach, K. (1995). Adult partner-augmented communication input to youth with mental retardation using the system for augmenting language (SAL). Journal of Speech and Hearing Research, 38, 902-912.

Visalberghi, E., Fragaszy, D. M., & Savage-Rumbaugh, E. S. (1995). Performance in a tool-using task by common chimpanzees (Pan troglodytes), Bonobos (Pan paniscus), an Orangutan (Pongo pygmaeus), and Capuchin Monkeys (Cebus apella). Journal of Comparative Psychology, 109(1), 52-60.

Washburn, D. A., & Gulledge, J. P. (1995). Game-like tasks for comparative research: Leveling the playing field. Behavior Research Methods, Instruments, & Computers, 27(2), 235-238.

Washburn, D. A., Sevcik, R. A., Rumbaugh, D. M., & Romski, M. A. (1995). The Psychomotor test system for research and education. Life Sciences and Space Medicine Conference '95, Book of Abstracts (pp. 135-136). [Abstract].

Wilkinson, K. M., & Romski, M. A. (1995). Responsiveness of male adolescents with mental retardation to input from nondisabled peers: The summoning power of comments, questions, and directive prompts. Journal of Speech and Hearing

Hopkins, W. D., & Washburn, D. A. (1994). Do right- and left-handed monkeys differ on cognitive measures? Behavioral Neuroscience, Vol 108(6), 1207-1212.

Romski, M. A., Sevcik, R. A., & Wilkinson, K. M. (1994). Peer-directed communicative interactions of augmented language learners with mental retardation. American

Journal on Mental Retardation, 98(4), 527-538.

Romski, M. A., & Sevcik, R. A. (1994, March). Vocabulary acquisition patterns of youth mental retardation using the system for augmenting language. In Proceedings of the 27th Annual Gatlinburg Conference on Research and Theory in Mental Retardation and Developmental Disabilities (pp. 109). Gatlinburg, TN. [Abstract].

Romski, M. A., Sevcik, R. A., Robinson, B. F., & Bakeman, R. (1994). Adult-directed communications of youth with mental retardation using the system for augmenting language. Journal of Speech and Hearing Research, 47, 617-628.

Rumbaugh, D. M. (1994). Anthropomorphism revisited. [Review of The New Anthropomorphism.] The Quarterly Review of Biology, 6, 248-251.

Rumbaugh, D. M., & Savage-Rumbaugh, E. S. (1994). Language in comparative perspective. In N. J. Mackintosh (Ed.), Animal Learning and Cognition (pp. 307-333). New York: Academic Press.

Rumbaugh, D. M., & Savage-Rumbaugh, E. S. (1994). Language and apes. The Psychology Teacher Network, 4(1), 2-9.

Rumbaugh, D. M., Savage-Rumbaugh, E. S., & Sevcik, R. A. (1994). Biobehavioral roots of language: A comparative perspective of chimpanzee, child and culture. In R. W. Wrangham, W. C. McGrew, F. B.M. deWaal, & P. G. Heltne (Eds), Chimpanzee Cultures (pp 319-334). Harvard University Press in cooperation with The Chicago Academy of Sciences: MA.

Rumbaugh, D. M., Savage-Rumbaugh, E. S., & Washburn, D. A. (1994). Learning, prediction and control: With an eye to the future. In M. M. Haith, J. B. Benson, R. J. Roberts, Jr., & B. F. Pennington (Eds.), The Development of Future-Oriented Processes. (pp. 119-138). Chicago, IL: University of Chicago Press.

Rumbaugh, D. M., & Washburn, D. A. (1994). Animal intelligence: Primate. In R. J. Sternberg (Chief Editor), Encyclopedia of human intelligence, (Vol. 1, pp. 96-102). New York: MacMillan Publishing Company.

Savage-Rumbaugh, S., & Lewin, R. (1994). Kanzi: The Ape at the Brink of the Human Mind. New York: John Wiley Publishers.

Savage-Rumbaugh, E. S. (1994). Hominid evolution: Looking to modern apes for clues. In D. Quiatt and J. Itani (Eds), Hominid Culture in Primate Perspective (pg 7-49). Niwot, CO: University Press of Colorado.

Sevcik, R. A., & Romski, M. A. (1994). Language development. Encyclopedia of Human Behavior, 3, 39-44.

Sevcik, R. A., & Romski, M. A. (1994). [Review of Communicative alternatives to challenging behavior: Integrating functional assessment and intervention strategies.] Topics in Language Disorders, Vol. 15(1), 85-87.

Sevcik, R. A., & Savage-Rumbaugh, E. S. (1994). Language comprehension and use by great apes. Language & Communication, Vol. 14(1), pp. 37-58.

Sevcik, R. A., Romski, M. A., & Adamson, L. B. (1994). Communication interaction patterns of augmented communicators, speakers, and nonspeakers. ASHA Annual Convention Program, ABSTRACT LISTINGS, October 1994, pg. 202. New Orleans, LA.

Smith, J. D., Schuli, J., Washburn, D. A., & Shields, W. E. (1994). Uncertainty monitoring in the rhesus monkey (Macaca mulatta). Proceedings of the International Primatological Society, Strasbourg, FRANCE, 3, 101-109.

Washburn, D. A. (1994). Stroop-like effects for monkeys and humans: Processing speed or strenght of association? Psychological Science, Vol. 5(6), 375-379.

Washburn, D. A., & Hopkins, W. D. (1994). Videotape- versus pellet-reward preferences in joystick tasks by Macaques. Perceptual and Motor Skills, 78, 48-50.

Washburn, D. A., Harper, S., & Rumbaugh, D. M. (1994). Computer-task testing of rhesus monkeys (Macaca mulatta) in the social milieu. Primates, 35(3), 343-351.

Washburn, D. A., & Rumbaugh, D. M. (1994). Training rhesus monkeys (Macaca mulatta) using the computerized test system. Proceedings of the International Primatological Society, Strasbourg, FRANCE, 3, 77-83.

Washburn, D. A. (1994). Stroop-like effects for monkeys and humans: Processing speed or strenght of association? Psychological Science, Vol. 5(6), 375-379.
Washburn, D. A., & Hopkins, W. D. (1994). Videotape- versus pellet-reward preferences in joystick tasks by Macaques. Perceptual and Motor Skills, 78, 48-50.

Washburn, D. A., Harper, S., & Rumbaugh, D. M. (1994). Computer-task testing of rhesus monkeys (Macaca mulatta) in the social milieu. Primates, 35(3), 343-351.

Washburn, D. A., & Rumbaugh, D. M. (1994). Training rhesus monkeys (Macaca mulatta) using the computerized test system. Proceedings of the International Primatological Society, Strasbourg, France, 3, 77-83.

Washburn, D. A., Rumbaugh, D. M., & Putney, R. T. (1994). Apparatus as milestones in the history of comparative psychology. Behavior Research Methods, Instruments, and Computers, 26(2), 231-235.

Wilkinson, K. M., Romski, M. A., & Sevcik, R. A. (1994). Emergence of visual-graphic symbol combinations by youth with moderate or severe mental retardation. Journal of Speech and Hearing Research, 37, 883-895.

Williams, S. L., & Petto, A. J. (1994). Survey for the development of primatology ethics principles. Laboratory Primate Newsletter, 33, 1.

Bard, K., & Hopkins, W. D. (1993). The ontogeny of lateralized behavior in nonhuman

primates with special reference to chimpanzees (Pan troglodytes). In J. P. Ward & W. D. Hopkins (eds.), Primate Laterality: Current Behavioral Evidence of Primate Asymmetries (pp. 251-265). New York: Springer-Verlag.

Cerutti, D. (1993, March). Matching to sample in an adult Bonobo (Pan paniscus) effect of combining English speech with lexigram and picture samples. Proceedings of the 26th Annual Gatlinburg Conference on Research and Theory in Mental Retardation and Development Disabilities, Pg. 167 (ABSTRACT).

Cerutti, D., & Rumbaugh, D. M. (1993). Stimulus relations in comparative primate perspective. The Psychological Record, 43, 811-821.

Greenfield, P. M., & Savage-Rumbaugh, E. S. (1993). Comparing communicative competence in child and chimp: The pragmatics of repetition. Journal of Child Language, 20, 1-26.

Hopkins, W. D., & Morris, R. D. (1993). Handedness in great apes: A review of findings. International Journal of Primatology, 14(1), 1-25.

Hopkins, W. D., & Morris, R. D. (1993). Hemispheric priming as a technique in the study of lateralized cognitive processes in non-human primates: Some recent findings. In H. Roitblat, L. M. Herman, & P. E. Nachtigall (Eds.), Language and communication: Comparative perspectives (pp. 293-309). Hillsdale, NJ: Lawrence Erlbaum.

Middleton, H. K., Morris, R. D., & Sevcik, R. A. (1993, March). Short term memory in individuals with moderate or severe mental retardation. Proceedings of the 26th Annual Gatlinburg Conference on Research and Theory in Mental Retardation and Development Disabilities, Pg. 66 [Abstract].

Morris, R. D., Hopkins, W. D., Gilmore, L. Bolser, & Washburn, D. A. (1993). Behavioral lateralization in language trained chimpanzees. In J. P. Ward & W. D. Hopkins (Eds.), Primate Laterality: Current Behavioral Evidence of Primate Asymmetries (pp. 207-233). New York: Springer-Verlag.

Morris, R. D., & Hopkins, W. D. (1993). Perception of human chimeric faces by chimpanzees: Evidence for a right hemisphere advantage. Brain and Cognition, 21, 111-122.

Morris, R. D., & Romski, M. A. (1993). Handedness distribution in a non-speaking population with mental retardation. American Journal on Mental Retardation, 97□(4), 443-448.

Morris, R. D., Hopkins, W. D., & Bolser-Gilmore, L. (1993). Assessment of hand preference in two language-trained chimpanzees (Pan troglodytes): A multimethod analysis. Journal of Clinical and Experimental Neuropsychology, 15(4), 487-502.

Romski, M. A. (1993, March). Comprehension and language acquisition: Evidence from youth with severe cognitive disabilities. Proceedings of the 26th Annual Gatlinburg Conference on Research and Theory in Mental Retardation and Development Disabilities, Pg. 133 [Abstract].

Romski, M. A. (1993, March). Symbol acquisition by non-speaking youth with mental retardation: Daily use and communicative outcomes. Proceedings of the 26th Annual Gatlinburg Conference on Research and Theory in Mental Retardation and Development Disabilities, Pg. 163 [Abstract].

Romski, M. A., & Sevcik, R. A. (1993). Language comprehension: Considerations for augmentative and alternative communication. Augmentative & Alternative Communication, 9(4), 281-285.

Romski, M. A., & Sevcik, R. A. (1993). Language learning through augmented means: The process and its products. In A. P. Kaiser & D. Gray (Eds.), Enhancing children's communication: Research foundations for intervention (pp. 85-104). Baltimore, MD: Paul Brookes.

Rubert, R., Sheldon, R., & Kanagawa, P. (1993, March). A visual-graphic system for the development of communicative and cognitive skills. Proceedings of the 26th Annual Gatlinburg Conference on Research and Theory in Mental Retardation and Development Disabilities, Pg. 165 [Abstract].

Rumbaugh, D. M. (1993). Treason! Revolution!-- And it's about time. [Review of Cognitive Aspects of Stimulus Control]. Contemporary Psychology, 38(7), 686-687.

Rumbaugh, D. M. (1993, March). The Language Research Center: Concept and Mission. Proceedings of the 26th Annual Gatlinburg Conference on Research and Theory in Mental Retardation and Development Disabilities, Pg. 162 [Abstract].

Rumbaugh, D. M., & Washburn, D. A. (1993). Counting by chimpanzees and ordinality judgements by Macaques in video-formatted tasks. In S. T. Boysen & E. J. Capaldi (Eds.), The Development of Numerical Competence: Animal and Human Models (pp 87-106). Lawrence Erlbaum: Hillsdale, New Jersey.

Rumbaugh, D. M., Hopkins, W. D., Washburn, D. A. & Savage-Rumbaugh, E. S. (1993). Chimpanzee competence for counting in a video-formatted task situation. In H. Roitblat, L. M. Herman, & P. E. Nacthigall (Eds.), Language and communication: Comparative perspectives (pp. 329-346). Hillsdale, NJ: Lawrence Erlbaum.

Savage-Rumbaugh, E. S. (1993). Language learnability in man, ape and dolphin. In H. Roitblat, L. M. Herman, & P. E. Nachtigall (Eds.), Language and communication: Comparative perspectives (pp. 457-484). Hillsdale, NJ: Lawrence Erlbaum.

Savage-Rumbaugh, E. S. (1993). How does evolution design a brain capable of learning language?: A Reply. Monographs of the Society for Research in Child Development, Serial No. 233, Vol. 58, 3-4, pgs. 243-252.

Savage-Rumbaugh, E. S., & Rumbaugh, D. M. (1993). The emergence of language. In K. R. Gibson & T. Ingold (Eds.), Tools, language and cognition in human evolution (pp. 86-108). Cambridge University Press.

Savage-Rumbaugh, S. (1993, March). The critical components of language acquisition in apes and humans. Proceedings of the 26th Annual Gatlinburg Conference on

Research and Theory in Mental Retardation and Development Disabilities, Pg. 164 [Abstract].

Savage-Rumbaugh, E. S., Murphy, J., Sevcik, R. A., Brakke, K., Williams, S., & Rumbaugh, D. M. (1993). Language comprehension in ape and child. Monographs of the Society for Research in Child Development, Serial No. 233, Vol. 58, Nos. 3-4.

Sevcik, R. A. (1993, March). Symbolic communication by humans and apes. Proceedings of the 26th Annual Gatlinburg Conference on Research and Theory in Mental Retardation and Development Disabilities, Pg. 168 [Abstract].

Tomasello, M., Savage-Rumbaugh, E. S., Kruger, A. C. (1993). Imitative learning of action on objects by children, chimpanzees, and educated chimpanzees. Child Development, 1688-1705.

Toth, N., Schick, K. D., Savage-Rumbaugh, E. S., Sevcik, R. A. & Rumbaugh, D. M. (1993). Pan the tool-maker: Investigations into the stone tool-making and tool-using capabilities of a bonobo (Pan paniscus). Journal of Archaeological Science, 20, 81-91.

Washburn, D. A. (1993). The stimulus movement effect: Allocation of attention or artifact? Journal of Experimental Psychology: Animal Behavior Processes, 19, No. 4, 380-390.

Williams, S., Rumbaugh, D. M., & Savage-Rumbaugh, E. S. (1993). Apes and Language. In R. E. Asher & J. M. Y. Simpson (Eds.), Encyclopedia of language and linguistics, Vol. 1, (pp. 139-146). New York: Pergamon Press.

Williams, S. L. (1993, March). A comparative study of short-term memory in apes and children. Proceedings of the 26th Annual Gatlinburg Conference on Research and Theory in Mental Retardation and Development Disabilities, Pg. 166 [Abstract].

Adamson, L. B., Romski, M. A., Deffebach, K. P., & Sevcik, R. A. (1992). Symbol vocabulary and the focus of conversation: Augmenting language development for youth with mental retardation. Journal of Speech and Hearing Research, 35, 1333-1344.

Greenfield, P., & Savage-Rumbaugh, E. S. (1992). Comparing the ontogeny of symbol use in Pan paniscus and Homo sapiens. Bulletin of the Chicago academic science, 15(1): 26. (Abstract).

Hopkins, W. D. (1992). Laterality in chimpanzees (Pan): Fifty-one years since Finch (1941). XIVTH CONGRESS OF THE INTERNATIONAL PRIMATOLOGICAL SOCIETY, Strasbourg, IPS, Pg. 99. (Abstract)

Hopkins, W. D., Morris, R. D., Savage-Rumbaugh, E. S., & Rumbaugh, D. M. (1992). Hemispheric priming by meaningful and nonmeaningful symbols in language-trained chimpanzees (Pan troglodytes): Further evidence of a left hemisphere advantage. Behavioral Neuroscience, 106(3): 575-582.

Hopkins, W. D., Washburn, D. A., Berke, L., & Williams, M. (1992). Behavioral asymmetries of psychomotor performance in rhesus monkeys (Macaca mulatta): A dissociation between hand preference and skill. Journal of Comparative Psychology, 106, #4,

392-397.

Romski, M. A., & Sevcik, R. A. (1992). Language comprehension and augmentative communication. Invited background paper for the National Institute on Disability and Rehabilitation Research's (NIDRR) Consensus Validation Conference on Augmentative Communication, 49-55.

Romski, M. A., & Sevcik, R. A. (1992). Developing augmented language in children with severe mental retardation. In S. Warren & J. Reichle (Eds.), Causes and Effects in Communication and Language Intervention, Vol. 1 (pp. 113-130). Baltimore, MD: Paul Brookes.

Romski, M. A., Sevcik, R. A., & Robinson, B. (1992). Social communication patterns of augmented language learners with mental retardation and autism. Proceedings of the 25th annual Gatlinburg conference on research and theory in mental retardation and developmental disabilities, Gatlinburg, TN. Pg. 147 (Abstract).

Rumbaugh, D. M. (1992). Learning about primates' learning, language, and cognition. In G. G. Brannigan & M. R. Merrens (Eds.), The Undaunted Psychologist: Adventures in Research (pp. 90-109). Philadelphia, PA: Temple University Press.

Rumbaugh, D. M., & Savage-Rumbaugh, E. S. (1992). Cognitive competencies: Products of genes, experience, and technology. In T. Nishida, W. C. McGrew, P. Marler, M. Pickford, & Frans B. M. de Waal (Eds.), Topics in Primatology, Vol. 1, Human Origins (pp. 293-304). Tokyo, JAPAN:University of Tokyo Press.

Rumbaugh, D. M., & Williams, S. L. (1992). Human factors, psychological factors, and affirmation of continuity. International Journal of Comparative Psychology, 5(4), 205-209.

Savage-Rumbaugh, E. S. (1992). Language training of apes. In S. Jones, R. Martin, & D. Pilbeam (eds), The Cambridge Encyclopedia of Human Evolution (pp. 138-141).

Savage-Rumbaugh, E. S. (1992). Language from pan to man. Bulletin of the Chicago academic science 15(1): 23 [Abstract].

Savage-Rumbaugh, E. S., & Rubert, E. (1992). Language comprehension in ape and child: Evolutionary implications. In Y. Christen & P. S. Churchland (Eds.), Neurophilosophy and Alzheimer's Disease (pp. 30-48). Foundation Ipsen Pour la Recherce Scientifique, Springer-Verlag, Berlin.

Savage-Rumbaugh, E. S., Brakke, K. E., & Hutchins, S. S. (1992). Linguistic development: Contrasts between co-reared Pan troglodytes and Pan paniscus. In T. Nishida, W. C. McGrew, P. Marler, M. Pickford, & F. B. M. deWaal (Eds.), Topics in Primatology: Vol 1, Human Origins (pp. 51-66). Tokyo, Japan: University of Tokyo Press.

Sevcik, R. A., Romski, M. A., & Adamson, L. B. (1992). Augmentative communication development by a preschool child with severe disabilities. ASHA convention program annual meeting of the American Speech Language-Hearing Association, San Antonio, TX, Pg. 204 [Abstract].

Washburn, D. A. (1992). Human factors with nonhumans: Factors that affect computer-task performance. International Journal of Comparative Psychology, 5(4), 191-204.

Washburn, D. A. (1992). External audio for IBM-compatible computers. Behavior Research Methods, Instruments, & Computers, 24(1), 80-81.

Washburn, D. A. (1992). Analyzing the path of responding in maze-solving and other tasks. Behavior Research Methods, Instruments, & Computers, 24(2), 248-252.

Washburn, D. A., & Rumbaugh, D. M. (1992). Testing primates with joystick-based automated apparatus: Lessons from the Language Research Center's Computerized Test System. Behavior Research Methods, Instruments, & Comptuers, 23(2), 157-164.

Washburn, D. A., & Rumbaugh, D. M. (1992). Training rhesus monkeys using the computerized test system. XIVTH CONGRESS OF THE INTERNATIONAL PRIMATOLOGICAL SOCIETY. Strasbourg, IPS., Pg. 40-41 (abstract).

Washburn, D. A., & Rumbaugh, D. M. (1992). Comparative assessment of psychomotor performance: Target prediction by humans and macaques (Macaca mulatta). Journal of Experimental Psychology: General, Vol. 121 (3), 305-312.

Washburn, D. A. & Rumbaugh, D. M. (1992). Investigations of rhesus monkey video-task performance: Evidence for enrichment. Contemporary Topics, Vol. 31 (5), pg. 6-10.

Washburn, D. A., & Rumbaugh, D. M. (1992). The Language Research Center's Computerized Test System for environmental enrichment and psychological assessment. Contemporary Topics, 31(6), 11-16.

Williams, S. L., & Savage-Rumbaugh, E. S. (1992). Differential rearing and effects on acquisition of language and other cognitive abilities. XIVTH CONGRESS OF THE INTERNATIONAL PRIMATOLOGICAL SOCIETY, Strasbourg, IPS, Pg. 120 (abstract).

Brakke, K. E., & Savage-Rumbaugh, E. S. (1991). Early postural behavior in Pan: Influences on development. Infant Behavior and Development, 14, 265-288.

Greenfield, P. M. (1991). Language, tools and brain: The ontogeny and phylogeny of hierarchically organized sequential behavior. Behavioral and Brain Sciences, 14, 531-595.

Greenfield, P. M., & Savage-Rumbaugh, E. S. (1991). Imitation, grammatical development, and the invention of protogrammar by an ape. In N. Krasnegor, D. M. Rumbaugh, R. L. Schiefelbusch, & M. Studdert-Kennedy (Eds.), Biological and Behavioral Determinants of Language Development (pp. 235-258). Hillsdale, NJ: Lawrence Erlbaum.

Hopkins, W. D. (1991). Handedness and laterality in apes and monkeys. Elsevier Science Publishers, 271-274.

Hopkins, W. D., Morris, R. D., & Savage-Rumbaugh, E. S. (1991). Evidence for asymmetrical hemispheric priming using known and unknown warning stimuli in two language-trained chimpanzees (Pan troglodytes). Journal of Experimental Psychology: General, 120(1), 46-56.

Hopkins, W. D., & Savage-Rumbaugh, E. S. (1991). Vocal communication as a function of differential rearing experiences in Pan paniscus: A preliminary report. International Journal of Primatology, Vol.12(6), 559-584.

Krasnegor, N., Rumbaugh, D. M., Schiefelbusch, R. L., & Studdert-Kennedy, M. (Eds.), Biological and Behavioral Determinants of Language Development. Hillsdale, NJ: Lawrence Erlbaum.

Menzel, E. W. (1991). Chimpanzees (Pan troglodytes): Problem seeking versus the bird-in-hand, least-effort strategy. Primates, 32(4), 497-508.

Morris, R. D., Hopkins, W. D., & Rumbaugh, D. M. (1991). Cerebral Specialization. Encyclopedia of Human Biology, Volume 2, (pp. 351-355). New York: Academic Press, Inc.

Romski, M. A., Sevcik, R. A., & Rumbaugh, D. M. (1991). Language. Encyclopedia of Human Biology, Vol. 4 (pp. 633-639). New York: Academic Press, Inc.

Romski, M. A., & Sevcik, R. A. (1991). Letter to the Editor: Reply to McNaughton. Augmentative and Alternative Communication, 7(2), 136-137.

Romski, M. A., & Sevcik, R. A. (1991). Patterns of language learning by instruction: Evidence from nonspeaking persons with mental retardation. In N. Krasnegor, D. M. Rumbaugh, R. L. Schiefelbusch, & M. Studdert-Kennedy (Eds.), Biological and Behavioral Determinants of Language Development (pp. 429-445). Hillsdale, NJ: Lawrence Erlbaum.

Rumbaugh, D. M. (1991). [Review of How Monkeys See the World: Inside the Mind of Another Species]. The Quarterly Review of Biology, Vol. 66, 228-229.

Rumbaugh, D. M. (1991). [Review of Cognitive structure and development in nonhuman primates]. The Psychological Record, Vol. 41(3), 445-446.

Rumbaugh, D. M., Hopkins, W. D., Washburn, D. A., & Savage-Rumbaugh, E. S. (1991). Comparative perspectives of brain, cognition, and language. In N. A. Krasnegor, D. M. Rumbaugh, R. L. Schiefelbusch, & M. Studdert-Kennedy (Eds.), Biological and Behavioral Determinants of Language Development, (pp. 145-164). Hillsdale, NJ: Lawrence Erlbaum.

Rumbaugh, D. M., Washburn, D. A., Savage-Rumbaugh, E. S., Hopkins, W. D., & Richardson, W. K. (1991). Language Research Center's Computerized Test System (LRC-CTS): Video-formatted tasks for comparative primate research. Primatology Today, 325-328. Elsevier Science Publishers.

Rumbaugh, D. M., Washburn, D. A., Hopkins, W. D., & Savage-Rumbaugh, E. S. (1991).

Chimpanzee counting and rhesus monkey ordinality judgements. Primatology Today, 701-702. Elsevier Science Publishers.

Savage-Rumbaugh, E. S. (1991). Language learning in the bonobo: How and why they learn. In N. Krasnegor, D. M. Rumbaugh, R. L. Schiefelbusch, & M. Studdert-Kennedy (Eds.), Biological and Behavioral Determinants of Language Development (pp. 209-233). Hillsdale, NJ: Lawrence Erlbaum.

Savage-Rumbaugh, E. S. (1991). Multi-tasking: the Pan-human rubicon. The Neurosciences, 3, pp. 417-422.

Savage-Rumbaugh, E. S., Sevcik, R. A., & Hopkins, W. (1991). Symbolic cross-modal transfer in two species of chimpanzees (Pan paniscus and P. troglodytes). Child Development, 59, 617-625.

Sevcik, R. A., Romski, M. A., & Wilkinson, K. (1991). Roles of graphic symbols in the language acquisition process for persons with severe cognitive disabilities. Augmentative and Alternative Communication, 7, 161-170.

Washburn, D. A., Hopkins, W. & Rumbaugh, D. M. (1991). Perceived control in rhesus monkeys (Macaca mulatta): Enhanced video-task performance. Journal of Experimental Psychology: Animal Behavior Processes, 17, 123-127.

Washburn, D. A., & Rumbaugh, D. M. (1991). Ordinal judgements of numerical symbols by macaques (Macaca mulatta). Psychological Science, 2(3), 190-193.

Washburn, D. A., & Rumbaugh, D. M. (1991). Impaired performance from brief social isolation of rhesus monkeys (Macaca mulatta): A multiple video-task assessment. Journal of Comparative Psychology, 105(2), 145-151.

Washburn, D. A., & Rumbaugh, D. M. (1991). Rhesus monkey (Macaca mulatta) complex learning skills reassessed. International Journal of Primatology, 12(4), 377-388.

Bard, K. A., Hopkins, W. D., & Fort, C. (1990). Lateral bias in infant chimpanzees (Pan troglodytes). Journal of Comparative Psychology, 104(4), 309-321.

Gilmore, L. Bolser (1990). Update from the Language Research Center. The Primate Foundation of Arizona, The Newsletter, 1(4), p.3.

Greenfield, P. M., & Savage-Rumbaugh, E. S. (1990). Grammatical combination in Pan paniscus: Processes of learning and invention in the evolution and development of language. In S. T. Parker & K. Gibson (Eds.), "Language" and intelligence in monkeys and apes: Comparative developmental perspectives (pp. 540-579). New York: Cambridge University Press.

Hopkins, W. D., Washburn, D. A., & Rumbaugh, D. M. (1990). Processing of form stimuli presented unilaterally in humans, chimpanzees, (Pan troglodytes), and monkeys (Macaca mulatta). Behavioral Neuroscience, 104, 577-584.

Molfese, D., Morris, R., & Romski, M. A. (1990). Semantic discrimination in nonspeaking youngsters with moderate or severe retardation: Electrophysiological correlates. Brain and Language, 38, 61-74.

Perusse, R., & Rumbaugh, D. M. (1990). Summation in chimpanzees (Pan troglodytes): Effects of amounts, number of wells, and finer ratios. International Journal of Primatology, 11(5), 425-437.

Richardson, W. K., Washburn, D. A., Hopkins, W. D., Savage-Rumbaugh, E. S., & Rumbaugh, D. M. (1990). The NASA/LRC computerized test system. Behavior Research Methods, Instruments, & Computers, 22(2), 127-131.

Romski, M. A. (1990). [Review of Communication Assessment &Intervention for Adults with Mental Retardation]. ASHA, 32, 70-71.

Romski, M. A. (1990). Visions: Augmentative communication and persons with mental retardation. In B. Mineo (Ed.), Proceedings of the Rehabilitation Engineering Conference on Augmentative Communication, University of Delaware/A. I. Dupont Institute, Wilmington, DE.

Rumbaugh, D. M. (1990). Comparative psychology and the great apes: Their competence in learning, language & numbers. The Psychological Record, 40, 15-39.

Rumbaugh, D. M. (1990). [Review of Animal Consciousness]. The Psychological Record, 40(3), 460-462.

Rumbaugh, D. M. (1990). [Review of Peacemaking Among Primates]. International Journal of Primatology, 11(1), 85-87.

Rumbaugh, D. M., & Savage-Rumbaugh, E. S. (1990). Chimpanzees: Competencies for language and numbers. In W. Stebbins & M. Berkley (Eds.), Comparative Perception, Volume II: Complex Signals (pp. 409-441). John Wiley & Sons.

Savage-Rumbaugh, E. S. (1990). Language as a cause-effect communication system. Philosophical Psychology, 3, 55-76.

Savage-Rumbaugh, E. S. (1990). Language acquisition in a nonhuman species: Implications for the innateness debate. Developmental Psychobiology, 23(7), 599-620.

Savage-Rumbaugh, E. S., & Brakke, K. E. (1990). Animal language: Methodological and interpretive issues. In M. Bekoff & D. Jamieson (Eds.), Interpretation and Explanation in the Study of Animal Behavior, Volume I: Interpretation, Intentionality and Communication (pp. 313-343). Boulder, CO: Westview Press.

Savage-Rumbaugh, E. S., Sevcik, R. A., Brakke, K. E., Rumbaugh, D. M., & Greenfield, P. M. (1990). Symbols: Their communicative use, comprehension, and combination by bonobos (Pan paniscus). In C. Rovee-Collier & L. P. Lipsitt (Eds.), Advances in infancy research, Vol 6 (pp. 221-278). Norwood, NJ: Ablex Publishing Corp.

Washburn, D. A. (1990). PC-compatible computer-generated stimuli for video-task testing. Behavior Research Methods, Instruments, & Computers, 22(2), 132-135.

Washburn, D. A., Hopkins, W. D., & Rumbaugh, D. M. (1990). Effects of competition upon video-task performance in monkeys (Macaca mulatta). Journal of Comparative Psychology, 104(2), 115-121.

Washburn, D. A., & Putney, R. T. (1990). Voice reaction times with recognition for Commodore computers. SESSION XII SPEECH PROCESSING. Behavior Research Methods, Instruments, & Computers, 22(2), 253-255.

Abrahamsen, A. A., Romski, M. A., & Sevcik, R. A. (1989).Concomitants of success in acquiring an augmentative communication system: Changes in attention, communication, and sociability. American Journal of Mental Retardation, 93(5), 475-496.

Abrahamsen, A. A., Romski, M. A., & Sevcik, R. A. (1989). Change and the causes of change. American Journal of Mental Retardation, 93(5), 506-520.

Bolser, L., & Savage-Rumbaugh, E. S. (1989). Periparturitional behavior of a bonobo. American Journal of Primatology, 17, 93-103.

Brooks, M. A., & Morris, R. D. (1989). Developmental trends in hemispheric activation. Journal of Clinical & Experimental Neuropsychology, 11(1), 69.

Hopkins, W. D., & Morris, R. (1989). Laterality for visual-spatial processing in two language trained chimpanzee (Pan troglodytes. Behavioral Neuroscience, 103(2), 227-239.

Hopkins, W. D., Washburn, D. A., & Rumbaugh, D. M. (1989). A note on hand use in the manipulation of joysticks by rhesus monkeys (Macaca Mulatta) and chimpanzees (Pan troglodytes). Journal of Comparative Psychology, 103(1), 91-94.

Romski, M. A. (1989). Two decades of language research with great apes. American Speech-Language-Hearing Association, 31, 81-83.

Romski, M. A., & Sevcik, R. A. (1989). An analysis of visual-graphic symbol meanings for two nonspeaking adults with severe mental retardation. Augmentative & Alternative Communication, 5(2), 109-114.

Romski, M. A., Sevcik, R. A., Reumann, R., & Pate, J. L. (1989). Youngsters with moderate or severe retardation and severe spoken language impairments I: Extant communicative patterns. Journal of Speech and Hearing Disorders, 54, 366-373.

Rumbaugh, D. M. (1989). Current & future research on chimpanzee intellect. In P. Heltne & L. Marquardt (Eds.), Understanding Chimpanzee, (pp. 296-310). Cambridge, MA: Harvard University Press.

Rumbaugh, D. M., Hopkins, W. D., Washburn, D. A., & Savage-Rumbaugh, E. S. (1989). Lana chimpanzee learns to count by "Numath": A summary of a video-taped

experimental report. Psychological Record, 39(4), 459-470.

Rumbaugh, D. M., Hopkins, W. D., Washburn, D. A., Savage-Rumbaugh, E. S., & Runfeldt, S. (1989). Lana chimpanzee learns to count by "Numath". Psychological Cinema Register. Pennsylvania State University, University Park, Pennsylvania.

Rumbaugh, D. M., Riesen, A. H., & Lee, R. E. (1989, revised). Survey of the primates. Psychological Cinema Register. The Pennsylvania State University, University Park, Pennsylvania.

Rumbaugh, D. M., Richardson, W. K., Washburn D. A., Savage-Rumbaugh, E. S., & Hopkins, W. D. (1989). Rhesus monkeys (Macaca mulatta), video tasks, and implications for stimulus-response spatial contiguity. Journal of Comparative Psychology, 103, 32-38.

Rumbaugh, D. M., Washburn, D. A., & Savage-Rumbaugh, E. S. (1989). On the care of captive chimpanzees: Methods of animal enrichment. In E. Segal (Ed.), Housing, Care and Psychological Well-being of Captive and Laboratory Primates, (pp. 357-375). Hillsdale, NJ: Lawrence Erlbaum.

Savage-Rumbaugh, E. S. (1989). [Review of East of the Mountains of the Moon], by Michael P. Ghiglieri. New York: The Free Press, 1988. Contemporary Psychology, 34(7), 666-667.

Savage-Rumbaugh, E. S. (1989). Mother-infant conflict: Distal or proximate causes. Comments on Plooij & Hedwig van de Rijt-Plooij's paper." European Journal of Psychology of Education, 4, 193-194. (Invited Commentary).

Savage-Rumbaugh, E. S., Brakke, K. E., and Wilkinson, K. M. (1989). Tool use in monkeys: Commentary on Chevalier-Skolnikoff. Behavioral and Brain Sciences, 12, 605.

Savage-Rumbaugh, E. S., Romski, M. A., Hopkins, W. D., & Sevcik, R. A. (1989). Symbol acquisition and use by Pan troglodytes, Pan paniscus, and Homo sapiens. In P. Heltne & L. Marquardt (Eds.), Understanding Chimpanzees, (pp. 266-295). Cambridge, MA: Harvard University Press.

Washburn, D. A., Hopkins, W. D., & Rumbaugh, D. M. (1989). Automation of learning-set testing: The video-task paradigm. Behavior Research Methods, Instruments & Computers, 21(2), 281-284.

Washburn, D. A., Hopkins, W. D., & Rumbaugh, D. M. (1989). Video-task assessment of learning and memory in Macaques (Macaca mulatta): Effects of stimulus movement on performance. Journal of Experimental Psychology: Animal Behavior Processes, 15(4), 393-400.

Bechtel, W., & Abrahamsen, A. (1988). Learning, reward, and cognitive differences. Behavioral and Brain Sciences, 237-241.

Bolser, L. A., Runfeldt, S., & Morris, R. (1988). Handedness in language-trained chimpanzees (Pan troglodytes) in daily activities and assessment tasks. Journal of Clinical and Experimental Neuropsychology, 10(1), 40-41.

Hopkins, W. D., Morris, R., & Washburn, D. A. (1988). Lateralized function for visual-spatial processing using a visual-half field paradigm in the chimpanzee (Pan troglodytes). Journal of Clinical & Experimental Neuropsychology), 10(1), 69.

Plenge, T., Romski, M. A., & Wacker, J. (1988). A cooperative assessment strategy for evaluating language-impaired school-aged children. Journal of Learning Disabilities, 21, 551-555.

Romski, M. A., & Sevcik, R. A. (1988). Augmentative communication system acquisition and use: A model for teaching and assessing progress. NSSLHA Journal, □16, 61-75.

Romski, M. A., Lloyd, L. L., & Sevcik, R. A. (1988). Augmentative and alternative communication issues. In R. L. Schiefelbusch & L. L. Lloyd (Eds.), Language perspectives: Acquisition, retardation and intervention, Vol. II (2nd Ed.) (pp. 343-366). Austin, TX: Pro-Ed.

Romski, M. A., & Sevcik, R. A. (1988). Augmentative and alternative communication systems: Considerations for individuals with severe intellectual disabilities. Augmentative & Alternative Communication, 4, 83-93.

Romski, M. A., Sevcik, R. A., & Pate, J. L. (1988). The establishment of symbolic communication in persons with severe retardation. Journal of Speech and Hearing Disorders, 53, 94-107.

Rumbaugh, D. M. (1988). Cage design attenuates display patterns of male chimpanzees. Zoo Biology, 7(2), 177-180.

Rumbaugh, D. M., Savage-Rumbaugh, E. S., & Pate, J. L. (1988). Addendum to "Summation in the Chimpanzee (Pan troglodytes)," Journal of Experimental Psychology: Animal Behavior Processes, 14(1), 118-120.

Savage-Rumbaugh, E. S. (1988). A review of [Apes of the world: Their social behavior, communication, mentality, and ecology]. American Anthropologist, 90, 479.

Savage-Rumbaugh, E. S. (1988). Deception and social manipulation in symbol using apes. In R. W. Byrne & A. Whiten (Eds.), Machiavellian Intelligence: Social Expertise and the Evolution of Intellect in Monkeys, Apes, and Humans, (pp. 224-237). London: Oxford University Press.

Savage-Rumbaugh, E. S. (1988). A new look at ape language: Comprehension of vocal speech and syntax. In D. Leger (Ed.), The Nebraska Symposium on Motivation, 35 (pp. 201-255). Lincoln, NE: The University of Nebraska Press.

Savage-Rumbaugh, E. S., Sevcik, R. A. & Hopkins, W. D. (1988). Symbolic cross-modal transfer in two species of chimpanzees. (Pan troglodytes and Pan paniscus. Child Development, 59, 617-625.

Abrahamsen, A. A. (1987). Bridging boundaries versus breaking boundaries: Psycholinguistics in perspective. Synthese, 72, 355-388.

Hopkins, W. D., Morris, R., & Washburn, D. A. (1987). Laterality in the chimpanzee using a
visual-spatial task: The effect of learning & hand use. American Journal of
Primatology, 12 348-349.

Meador, D. M., Rumbaugh, D. M., Pate, J. L., & Bard, K. A. (1987). Learning, problem
solving, cognition, and intelligence. In G. Mitchell & J. Erwin (Eds.), Comparative
Primate Biology, Vol. 2, Part B: Behavior, Cognition, and Motivation (pp. 17-83).
New York: Alan R. Liss.

Romski, M. A., Ellis Joyner, S., & Sevcik, R. A. (1987). Vocal communications of a
developmentally delayed child: A diary analysis. Language, Speech, and Hearing
Services in Schools, 18, 112-130.

Rumbaugh, D. M., Savage-Rumbaugh, E. S., & Hegel, M. (1987). Summation in the
chimpanzee (Pan troglodytes). Journal of Experimental Psychology: Animal Behavior
Processes, 13(2), 107-115.

Savage-Rumbaugh, E. S. (1987). Communication, symbolic communication, and language:
A reply to Seidenberg and Pettito. Journal of Experimental Psychology: General, 116,
288-292.

Stoneman, Z., & Brody, G. H. (1987). Observational research on children, their parents, and
their siblings. In S. Landeman & P. Vietze (Eds.), Living environment & mental
retardation (pp. 423-448). American Association on Mental Retardation.

Abrahamsen, A. A. (1986). Introduction to section on extending cognitive science. In W.
Bechtel (Ed.), Integrating Scientific Disciplines, (pp. 237-241). Dordrecht, The
Netherlands: Martinus Nijhoff.

Ellen, P., & Pate, J.L. (1986). Is insight merely chaining?: A reply to Epstein. The
Psychological Record, 36, 155-160.

Romski, M. A. (1986). [Review of Teaching Functional Language]. Topics in Language
Disorders, 6, 81-84.

Romski, M. A., & Savage-Rumbaugh, E. S. (1986). A nonhuman primate model:
Implications for language intervention research. In E. S. Savage-Rumbaugh, Ed.)
Ape Language: From conditioned response to symbol. (pp. 355-374). New York:
Columbia University Press.

Rumbaugh, D. M., & Savage-Rumbaugh, E. S. (1986). Reasoning and language in monkeys
and apes. In R. J. Hoage & L. Goldman Animal Intelligence: Insights into the animal
mind (pp. 57-76). Washington, DC: Smithsonian Institute Press.

Savage-Rumbaugh, E. S. (1986). Ape language: From conditioned response to symbol. New
York: Columbia University Press.

Savage-Rumbaugh, E. S., & Hopkins, William D. (1986). Awareness, □intentionality and
acquired communicative behaviors: Dimensions of intelligence. In R. J. Schusterman,

J. A. Thomas, & F. G. Wood (Eds.), Dolphin cognition and behavior: A comparative approach (pp. 303-313). Hillsdale, NJ: Lawrence Erlbaum.

Savage-Rumbaugh, E. S., & Hopkins, W. D. (1986). The evolution of communicative capacities. In W. Bechtel (Ed.), Science and Philosophy: Integrating Scientific Disciplines (pp. 243-262). Dordrecht, The Netherlands: Martinus Nijhoff.

Savage-Rumbaugh, E. S., McDonald, K., Sevcik, R. A., Hopkins, W. D., & Rubert, E. (1986). Spontaneous symbol acquisition and communicative use by pygmy chimpanzees (Pan paniscus). Journal of Experimental Psychology: General, 115, 211-235.

Sevcik, R. A., & Romski, M. A. (1986). Representational matching skills in persons with severe retardation. Augmentative and Alternative Communication, 2, 160-164.

Stahlke, H. F. W. (1986) On asking the question: Can apes learn language? In K. Nelson (Ed.), Children's language, Vol.II, (pp. 309-329). New York: Gardner Press.

Menzel, E. W., Savage-Rumbaugh, E. S. & Lawson, J. (1985). Chimpanzee (Pan troglodytes) spatial problem solving with the use of mirrors and televised equivalents of mirrors. Journal of Comparative Psychology, 99, 211-217.

Putney, R. T. (1985). Do willful apes know what they are aiming at? The Psychological Record, 35, 49-62.

Romski, M.A., Sevcik, R. A., Pate, J. L., & Rumbaugh, D. M. (1985). Discrimination of lexigrams and traditional orthography by nonspeaking severely mentally retarded persons. American Journal of Mental Deficiency, 90, 185-189.

Romski, M. A., Sevcik, R. A., & Rumbaugh, D. M. (1985). Retention of symbolic communication skills by severely mentally retarded persons. American Journal of Mental Deficiency, 89, 313-316.

Rumbaugh, D. M. (1985). Comparative psychology: Patterns in adaption. In A. M. Rogers & C. J. Scheirer (Eds.), The G. Stanley Hall Lecture Series, Vol. 5 (pp. 7-53). Washington, DC: American Psychological Association.

Rumbaugh, D. M. (1985). Of language and apes. High School Psychology Teacher News,16, 2-3.

Savage-Rumbaugh, E. S., Rumbaugh, D. M., & McDonald, K. (1985). Language learning in two species of apes. Neurosciences and Biobehavioral Reviews, 9, 653-665.

Savage-Rumbaugh, E S., Sevcik, R. A., Rumbaugh, D. M., & Rubert, E. (1985). The capacity of animals to acquire language: Do species differences have anything to say to us? Philosophical Transactions of the Royal Society of London, B308, 177-185.

Greenfield, P. M., & Savage-Rumbaugh, E. S. (1984). Perceived variability and symbol use: A common language-cognition interface in children and chimpanzees (Pan troglodytes). Journal of Comparative Psychology, 98, 201-218.

Meador, D. M. (1984). Effects of color on visual discrimination of geometric symbols by severely and profoundly mentally retarded individuals. American Journal of Mental Deficiency, 89, 275-286.

Meador, D. M., Rumbaugh, D. M., Tribble, M., & Thompson, S.(1984) Facilitating visual discrimination learning of moderately and severely mentally retarded children through illumination of stimuli. American Journal of Mental Deficiency, 89, 313-316.

Romski, M. A. (1984). [Review of Speech Disorders in Children]. Mental Retardation, 23, 97-98.

Romski, M. A., & Ruder, K. F. (1984). The effects of speech and sign on the oral language learning of Down's Syndrome children. Journal of Speech and Hearing Disorders, 49, 293-302.

Romski, M. A., Sevcik, R. A., & Ellis Joyner, S. (1984). Nonspeech communication systems: Implications for language intervention with mentally retarded children. Topics in Language Disorders, 5, 66-81.

Romski, M. A., White, R. A., Millen, C. E., & Rumbaugh, D. M. (1984). Effects of computer-keyboard teaching on the symbolic communication of severely retarded persons: Five case studies. The Psychological Record, 34, 39-54.

Rumbaugh, D. M. (1984). Perspectives by consequence. Behavioral and Brain Sciences, 77, 496-497.

Rumbaugh, D. M. (1984). [Review of D. W. Rajecki (Ed.), Comparing Behavior: Studying Man Studying Animals]. American Journal of Psychology, 97, 615-618.

Rumbaugh, D. M., & Pate, J. L. (1984). The evolution of primate cognition: A comparative perspective. In H. L. Roitblat, T. G. Bever, & H. S. Terrace (Eds.), Animal Cognition (pp. 569-587). Hillsdale, NJ: Lawrence Erlbaum Associates.□□Rumbaugh, D. M., & Pate, J. L. (1984). Primate learning by levels. In G. Greenberg & E. Tobach (Eds.), Behavioral Evolution and Integrative Levels (pp. 221-240). Hillsdale, NJ: Lawrence Erlbaum Associates.

Savage-Rumbaugh, E. S. (1984). Verbal behavior at a procedural level in the chimpanzee. Journal of the Experimental Analysis of Behavior, 41, 223-250.

Savage-Rumbaugh, E. S. (1984). Acquisition of functional symbol usage in apes and children. In H. L. Roitblat, T. G. Bever, & H. S. Terrace (Eds.), Animal Cognition (pp. 291-310). Hillsdale, NJ: Lawrence Erlbaum Associates.

Savage-Rumbaugh, E. S. (1984). Pan paniscus and Pan troglodytes: Contrasts in preverbal communicative competence. In R. L. Susman (Ed.), The pygmy chimpanzee, (pp. 395-413). New York: Plenum

Savage-Rumbaugh, E. S. (1984). [Review of Primate Intelligence]. In C. T. Snowdon, C. H. Brown, & M. R. Peterson (Eds.), American Scientist, 72, 286-288. Cambridge

University Press.

Savage-Rumbaugh, E. S., & Sevcik, R. A. (1984). Levels of communicative competency in
    the chimpanzee: Pre-representational and representational. In G. Greenberg and E.
    Tobach (Eds.), Behavioral evolution and integrative levels (pp. 197-219). Hillsdale,
    NJ: Lawrence Erlbaum Associates.

Greenfield, P. M. & Savage-Rumbaugh, E. S. (1983). Perceived variability and symbol use:
    A common language-cognition interface in children and chimpanzees. Journal of
    Comparative Psychology, 98, 201-218.

Pate, J. L. (1983). Implications of non-human primate language research for cognition.
    Academic Psychology Bulletin, 5(3), 465-472.

Pate, J. L., & Rumbaugh, D. M. (1983). The language-like behavior of Lana chimpanzee: Is
    it merely discrimination and paired-associate learning? Animal Learning & Behavior,
    11(1), 134-138.

Rumbaugh, D. M., & Massel, H. K. (1983). Learning and language acquisition in primates. In
    W. R. Dukelow (Ed.), Non-human primate models for human diseases (pp. 151-189).
    Boca Raton, FL: CRC Press.

Rumbaugh, D. M., & Savage-Rumbaugh, E. S. (1983). Ape language. McGraw-Hill Yearbook
    of Science and Technology - 1982-1983, 113-116.

Rumbaugh, D. M., & Savage-Rumbaugh, E. S. (1983). Apes and language research. In H.
    Miller & W. Williams (Eds.), Ethics and animals. Clifton, New Jersey: Humana Press,
    Inc.

Savage-Rumbaugh, E. S., Pate, J. L., Lawson, J., Smith, S. T., & Rosenbaum, S. (1983).
    Can a chimpanzee make a statement? Journal of Experimental Psychology: General,
    112, 457-492.

Savage-Rumbaugh, E. S., Romski, M. A., Sevcik, R. A., & Pate, J. L. (1983). Assessing
    symbol usage versus symbol competency. Journal of Experimental Psychology:
    General, 112, 508-512.

Rumbaugh, D. M., Savage-Rumbaugh, E. S., & Scanlon, J. L. (1982). The relationship
    between language in apes and human beings. In J. Forbes & J. King (Eds.)., Primate
    Behavior (pp. 361-385). New York: Academic Press, Inc.

Savage-Rumbaugh, E. S. (1982). A pragmatic approach to chimpanzee language studies. In
    H. E. Fitzgerald, J. A. Mullins, & P. Gage (Eds.), Child Nurturance (Vol. III, pp. 137-
    157). New York: Plenum Publishing.

Savage-Rumbaugh, E. S., & Rumbaugh, D. M. (1982). Ape language research is alive and
    well: A reply. Anthropos, 77, 568-573.

Scanlon, J., Savage-Rumbaugh, E. S., & Rumbaugh, D. M. (1982). Apes and language: An
    emerging perspective. In S. Kuczaj (Ed.), Language development: Language,

cognition and culture (pp. 461-485). Hillsdale, NJ: Lawrence Erlbaum Associates.

Seyfarth, R. M., Beer, C. G., Dennett, D. C., Gould, J. L., Lindauer, M., Marler, P. R., Ristau, C. A., Savage-Rumbaugh, E. S., Solomon, R. C., Terrace, H. S. (1982). Communication as evidence of thinking. State of the art report. In D. R. Griffin (Ed.), Animal mind-Human mind. Life Sciences Research Report 21, Dahlem Konferenzen (pp. 391-406). Berlin: Springer-Verlag. (Note: Much of our research was highlighted to this paper. Portions of our research served to provide data for important points of summation and recommendations for future research).

Buchanan, J. P., Gill, T. V., & Braggio, J. T. (1981). Serial position and clustering effects in a chimpanzee's "free recall," Memory and Cognition, 9, 651-660.

Massel, H. K., Macias, S., Meador, D. M., & Rumbaugh, D. M. (1981). The learning skills of primates: The Rhesus macaque in comparative perspective. International Journal of Primatology, 2(1), 9-17.

Meador, D. M., & Rumbaugh, D. M. (1981). Quality of learning of severely retarded adolescents. American Journal of Mental Deficiency, 85, 404-409.

Rumbaugh, D. M. (1981). Who feeds clever Hans? In T. A. Sebeok & R. Rosenthal (Eds.), The clever Hans phenomenon: Communication with horses, whales, apes, and people (Vol. 364, pp. 26-34). New York: New York Academy of Sciences.

Savage-Rumbaugh, E. S. (1981). Can apes use symbols to represent their world? In T. A. Sebeok & R. Rosenthal (Eds.), The clever Hans phenomenon: Communication with horses, whales, apes, and people, (Vol. 364, pp. 35-39). New York: New York Academy of Sciences.

Rumbaugh, D. M. (1980). To arms! It's the apes! [Review of The ape's reflexion by A. J. Desmond]. Contemporary Psychology, 25(11), 872-874.

Rumbaugh, D. M., & Savage-Rumbaugh, E. S. (1980). A response to Herbert Terrace's article "Linguistic apes: What are they saying?" New York University Education Quarterly, Winter, p. 33.

Rumbaugh, D. M., & Savage-Rumbaugh, E. S. (1980). A response to Herbert Terrace's paper, Linguistic apes. Psychological Record, 30, 315-318.

Savage-Rumbaugh, E. S., & Rumbaugh, D. M. (1980). Language analogue project, phase II: Theory and tactics. In K. E. Nelson (Ed.), Children's language (Vol. III, pp. 267-307). New York: Gardner Press.

Savage-Rumbaugh, E. S., & Rumbaugh, D. M. (1980). Requisites of symbolic communication - or are words for birds? Psychological Record, 30, 305-315.

Savage-Rumbaugh, E. S., & Rumbaugh, D. M. (1980). Primate intelligence. Encyclopedia Britannica Yearbook, 64-75.

Savage-Rumbaugh, E. S., Rumbaugh, D. M., & Boysen, S. (1980). Do apes use language? American Scientist, 68, 49-61.

Savage-Rumbaugh, E. S., Rumbaugh, D. M., Smith, S. T., & Lawson, J. (1980). Reference: The linguistic essential. Science, 210, 922-925.

Savage-Rumbaugh, E. S., Scanlon, J., & Rumbaugh, D. M. (1980). Communicative intentionality in the chimpanzee. The Behavioral and Brain Sciences, 3, 620-623.

Stahlke, H. F. W. (1980). On asking the question: Can apes learn language? In K. Nelson (Ed.), Children's language, Vol. II (pp. 309-329). New York: Gardner Press.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| IOWA PRIMATE LEARNING SANCTUARY d/b/a GREAT APE TRUST,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ZOOLOGICAL FOUNDATION OF GEORGIA, INC. d/b/a ZOO ATLANTA, DEMOCRATIC REPUBLIC OF CONGO, JAPAN MONKEY CENTRE INSTITUTE AND MUSEUM OF PRIMATOLOGY, and SUE SAVAGE-RUMBAUGH, Ph. D.,<br><br>　　　　Defendants. | Case No. 4:10-cv-00052<br><br><br>AFFIDAVIT OF<br>JAMES D. AIPPERSPACH |

I, the undersigned, James D. Aipperspach, do hereby depose and state as follows:

1.　　I am currently a Member of the Board of Directors of the Iowa Primate Learning Sanctuary d/b/a Great Ape Trust ("Trust"). I was the Director of Operations for the Trust from October 2005 through June, 2010.

2.　　I am familiar with the Trust's relationship with the American Zoo and Aquarium Association ("AZA"), the circumstances related to the termination of the Trusts relationship with the AZA, and the governmental oversight of ape welfare and the facilities at the Trust.

3.　　The Trust became a member of AZA shortly after it was established in 2005.

4.　　In 2007, philosophical differences arose between the research mission of the Trust and the philosophies of certain members of the AZA who sought to impose breeding and management requirements on apes residing at the Trust, including particularly Matata and


EXHIBIT
C

Maisha. The AZA proposed at that time, that Matata and Maisha be moved to the Milwaukee County Zoo.

5.      Over a period of many months, the Trust and AZA attempted to come to a mutually satisfactory resolution of their philosophical differences. Attached as Exhibit 1 is a copy of a communication from Trust founder, Ted Townsend, which provides pertinent background concerning the Trust, its research, and its efforts to work collaboratively with the AZA while still pursuing its scientific mission. The letter was read at a meeting involving Trust and AZA representatives in November of 2007.

6.      The AZA and the Trust were unable to resolve their philosophical differences. Accordingly, on February 18, 2009, I advised the AZA that the Trust did not intend to apply for recertification as an AZA member in 2009. (Exhibit 2).

7.      In August 2009, on the Trust's own initiate and without having received any request, demand, or threat from the AZA regarding its membership, Ted Townsend advised James Maddy of the AZA that the Trust had decided to withdraw from the AZA. Mr. Townsend's letter explaining the Trust's decision to let its AZA membership expire in September 2009 is attached as Exhibit 3. A copy of that letter was sent to the then Director of the Zoological Foundation of Georgia d/b/a Zoo Atlanta.

8.      Zoo Atlanta's allegation, in paragraph 16 of its Application for Appointment of Receiver, that the Trust "lost its accreditation with the Association of Zoos and Aquariums," is simply not accurate. The Trust voluntarily relinquished its membership.

9.      As a federally funded research facility, The Trust is subject to federal statutory and regulatory requirements promulgated by the National Institute of Health's Office of

Laboratory Animal Welfare ("OLAW"), addressing the welfare of apes who reside at the Trust. Pursuant to OLAW requirements, the Trust has an Institutional Animal Care and Use Committee ("IACUC"), made up of veterinarians, academic professionals with an interest in the research being done at the Trust, and community members, that must approve facility and research protocols for the Trust and that monitors the condition of the Trust facilities and the welfare of the apes who reside there.

10.     The Trust is inspected every six months by the IACUC, yearly by the United States Department of Agriculture ("USDA"), and periodically by OLAW.

11.     Inspection reports by all inspecting entities have consistently recognized the quality of the environment at the Trust.  Any deficiencies noted have been minor and immediately addressed.  The last USDA inspection report identified no deficiencies (Exhibit 4).  The OLAW inspection report dated October 14, 2009, complimented, among other things, the "...spirit and dedication of the staff;...well managed animal facilities;...effectiveness of institutional practices;...program of veterinary care;...excellent behavior and scientific research program;...state of the art facility operations; [and}...in depth involvement and excellent professional leadership..." at the Trust.  (Exhibit 5).

Dated this _____23ʳᵈ_____ day of July, 2010.


_____
James D. Aipperspach

STATE OF IOWA                    §
                                 §
COUNTY OF POLK                   §

BEFORE ME, the undersigned authority, personally appeared James D. Aipperspach, who acknowledged himself and that he being authorized, executed the foregoing instrument for the purposes therein contained, by signing the name of the State of Iowa by himself as James D. Aipperspach.

NOTARY PUBLIC
In and For the State of Iowa



JULIE R. McCAIN
Commission Number 743139
My Commission Expires
10-3-2012

Greetings to everyone interested in discussing the work of Great Ape Trust.
Having fully intended to be with you in person today, I apologize for my unexpected
absence, as unforeseen obligations in Washington, D.C. have commandeered my
schedule. Please know I have complete confidence in Ben, Rob and Bert to represent our
thinking in detail.

Thank you for allowing Rob to share this description of my perceptions regarding the
history that has led to this meeting. It is my hope and expectation that together, you can
reach clarity and agreement on a mutually comfortable path forward. A bit of history
might be helpful.

Great Ape Trust was founded as a result of my first visit to the Language Research
Center in Atlanta, now several years ago. Never before having heard the word Bonobo, I
was astonished when Kanzi used his lexigram board to request grape juice, and then
thank me for it! Since humans were supposed to be the only life form with language
capability, his expression of an abstract concept, in the right way, at the right time, came
as a life-altering revelation. Right then and there, I committed my life's time, energy, and
resources to up scaling and empowering the inquiry into ape cognition.

Recognizing that I am not an expert in any associated field of primatology, we identified
top professionals from many respected institutions to lead the creation of methods,
protocols, and facilities necessary to deserve receiving the apes on which this research so
totally depends. We also introduced our mission and intentions to every organization with
any hint of oversight responsibility involving apes. And gee, there sure are many. (smile)

Even before any apes arrived on campus, we approached the AZA seeking membership.
Our sincere desire was to work within all existing structures and expectations to allay any
fears or suspicions generated by our sudden, surprise arrival on the "ape scene". Every
required process and committee was put in place. When the inspection team arrived, they
offered many compliments, and our membership was immediately granted. Included in
our application was a full explanation of the type of research to be conducted and the
methods to be employed.

Since then, our scientific purpose has been formalized.
Science at Great Ape Trust seeks to understand the origins and future of culture,
language, tools, and intelligence. Extending the concept a bit, Trust research is
contributing to learning how a brain creates a mind. The potential in this remarkable goal
has inspired scientists and academicians around the world. Today we have collaborative
agreements with the Stone Age Institute, Krasnow Institute at George Mason University,
the Universities of Jakarta and Okayama, Great Ape Research Institute in Japan, and just
last month signed a major agreement with Iowa State University "to create the world's
pre-eminent collaboration for primate studies". Drake University, Central College, and
Simpson College are also participating. The Trust now has research programs underway
with scientists at the University of Iowa, Grinnell, Harvard, North Carolina, UCLA, Troy
College, Buena Vista, and many others. We also have initiated Great Ape Academy for


EXHIBIT
1

all middle school students in Des Moines, as a first step in bringing awareness and motivation to potential future primatologists.

Needless to say, the media interest is all but overwhelming. The Trust has been or will soon be featured by many of the most respected global outlets, and last month an editorial in The New York Times declared this research "more valuable than the manned space program". Clearly, the confidence expressed by the AZA in granting membership has been rewarded. Moreover, a recent unannounced inspection by the USDA found *no* discrepancies whatsoever.

So, I hope you can understand that for us to find ourselves in a "conflict resolution" process comes as a real surprise. The additional fact that the issues in question center around "contact and bi-cultural rearing" is even more puzzling. The amazing breakthroughs emerging from research at The Trust have been generated as a direct result of trusting, personal relationships developed over long periods of time, in loving, professional, carefully designed, human/ape interactions. All research is totally voluntary and non-invasive. Such an environment is requisite to the development of language capability. Most of The Trust scientists have used some form of contact, in some way, with some apes. They all have accomplished major insights through these close, mutually enjoyable, collaborations. This is the same methodology described in our AZA membership application. Exactly why it is being challenged now is unclear.

Rob and Ben can explain the range of methods and research underway or planned at The Trust, plus our contribution to in situ conservation efforts. While contact in some form is common throughout the world, including many American institutions, not all Trust apes have human contact, and much fine science can be accomplished without it. But for Great Ape Trust to deliver on its profound promise, under professionally appropriate and IACUC approved conditions, direct contact with *some* bi-culturally raised apes is required and extraordinarily valuable. This leading edge research is the scientific point of our institution, and the unique distinction we respectfully ask the AZA to again acknowledge.

Friends, please know that all of us want Great Ape Trust to become known as a valuable and respected partner within AZA, SSP, TAG, et al. We offer collaboration, cooperation, and collegiality, while looking forward to growing our professional and personal relationships on behalf of apes everywhere. I reiterate my confidence that an amicable resolution will be found, putting these questions to rest forever.

Very much obliged,
Ted Townsend

February 18, 2009


Mr. Denny Lewis
Manager of Accreditation Programs
Association of Zoos & Aquariums
8403 Colesville Road, Suite 710
Silver Spring, MD 20910-3314


Dear Mr. Lewis,

For the past five years, Great Ape Trust of Iowa (or Iowa Primate Learning Sanctuary) has been a certified member of the Association of Zoos & Aquariums. This partnership and active involvement with AZA has been a most beneficial and rewarding experience for our organization, staff members and great apes. We hope that AZA and you feel our membership has been productive and worthwhile as well.

As we approach the certification cycle deadline for 2009, we've taken time to reflect on our past association with AZA and speculate on our future. While there's been spirited debate on issues, there has always been respectful discussion. This process didn't always lead to agreement or resolution; however, it did result, we believe, in an understanding and respect for each other's positions.

That being said, we acknowledge there is a philosophical difference between AZA and Great Ape Trust on the issue of bicultural rearing. Even agreeing on a definition of the phrase has proven difficult. It hasn't been resolved in recent correspondence and likely won't be in the near future – certainly not in time for the March 1 filing deadline for our application.

That issue, over recent weeks and months, has renewed fundamental discussions among the senior management team at Great Ape Trust. More important, it has resulted in an objective, internal assessment of our organization, core values, and recommitment to our internationally recognized and applauded scientific mission.

As with many AZA members, Great Ape Trust is faced with the ongoing issues of resource development, strategic planning, scientific trajectory and campus expansion during a period of economic uncertainty. Compounding our situation is a successful but prolonged recovery from the Floods of 2008.


EXHIBIT
2

With these formidable but certainly manageable challenges before us, we believe the best course for Great Ape Trust is to defer our AZA application for one year with the intent to apply for certification in March 2010.   We're confident this additional year will provide Great Ape Trust the necessary time to address these significant issues confronting our organization. As always, we will continue to meet the professional standards so clearly and admirably articulated by AZA.

Thanks for your time. I'm more than happy to discuss our decision further as well as our potential future relationship with AZA.

Sincerely,


James Aipperspach
Director



Cc:  Dr. Paul Boyle, Senior Vice President, AZA
      Ted Townsend, Chairman, Great Ape Trust

Dear Mr. Maddy;
Hello Jim!

Greetings from Great Ape Trust.

After much deliberation among our scientists and leadership team, we have come to the conclusion that our institution and the AZA should respectfully disengage. This decision is based primarily on the enduring challenges of reconciling our fundamental and accelerating research mission with the AZA's more customary focus on typical zoo operations.

As you know, The Trust has become a world leader in investigating the intellectual capabilities of Great Apes. This is the reason for its existence. We have an obligation to the broader scientific community, funding agencies, and our resident apes to ensure lasting continuity of methodology and the unique welfare environment enjoyed by our research partners. While this approach was delineated openly and completely when originally applying for membership, perhaps it was inevitable that eventually some would find it at odds with their long established views on procedures for managing captive populations not involved in such profound inquiries.

We will continue to operate Great Ape Trust with the highest standards of ape welfare, professional scientific protocols, academic rigor, transparent methodology, and peer review. We will comply fully with all requirements of OLAW, IRB, IACUC, plus state and federal laws. We remain eager to cooperate with AZA institutions in every way that our research requirements to not preclude. Indeed, generally, we will act as though our membership continues, because our admiration and respect for the AZA most certainly endures.

As you know, for the reasons outlined here and the devastating, long term impact we suffered from the Iowa floods of 2008, earlier this year we informed AZA of our intention to let our membership naturally expire next month, while a new master plan is developed.  In my opinion, it is clearly in the best interests of both AZA and The Trust to affect this relatively modest shift professionally, amicably, and without unpredictable fanfare. Now or September, what's the difference? If you agree, Director of Communications Al Setka is ready to work with your PR department to craft and distribute appropriately a message reflecting a mutually respectful understanding.

Best personal regards,
Ted Townsend – Chairman

Cc Dennis Kelly, Zoo Atlanta

EXHIBIT
3



United States Department of Agriculture
Animal and Plant Health Inspection Service

DKAMINSKY
41101304260748   Insp_id

## Inspection Report

GREAT APE TRUST OF IOWA

Customer ID: **25761**

Certificate: **42-C-0183**

Site: **001**

GREAT APE TRUST OF IOWA

4200 E. Evergreen Avenue

Type: ROUTINE INSPECTION

Date: Feb-10-2010

DES MOINES, IA 50320

No non-compliances seen on this inspection.

Inspection conducted with the Animal Caretakers, and the Exit Interview conducted with the Director of Finance.

---

| | | |
|---|---|---|
| Prepared By: | DAVID KAMINSKY, V.M.O        USDA, APHIS, Animal Care | Date: |
| Title: | VETERINARY MEDICAL OFFICER Inspector  5040 | Feb-10-2010 |
| Received By: | SUSAN MCKEE | Date: |
| Title: | DIRECTOR OF FINANCE | Feb-10-2010 |

Page 1 of 1



EXHIBIT

07-21-2001 09:30   W1LL1AM                                                                              PAGE5

 **USDA**

United States Department of Agriculture
Animal and Plant Health Inspection Service

OKABINSKY
41101320070117   Insp_id

## Inspection Report

GREAT APE TRUST OF IOWA

Customer ID: **25761**

Certificate: **42-R-0038**

Site: **002**

GREAT APE TRUST OF IOWA

4200 E. Evergreen Avenue

Type: ROUTINE INSPECTION

Date: Feb-10-2010

DES MOINES, IA 50320

No non-compliances seen on this inspection.

Inspection conducted with the Animal Caretakers, and the Exit Interview conducted with the Director of Finance.

| | | |
|---|---|---|
| Prepared By: | DAVID KAMINSKY, V.M.O     USDA, APHIS, Animal Care | Date: Feb-10-2010 |
| Title: | VETERINARY MEDICAL OFFICER Inspector  5040 | |
| Received By: | SUSAN MCKEE | Date: Feb-10-2010 |
| Title: | DIRECTOR OF FINANCE | |

Page 1 of 1



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

PUBLIC HEALTH SERVICE
NATIONAL INSTITUTES OF HEALTH

FOR US POSTAL SERVICE DELIVERY:
Office of Laboratory Animal Welfare
Division of Assurances
6705 Rockledge Drive
RKL 1, Suite 360, MSC 7982
Bethesda, Maryland 20892-7982
Home Page: http://grants.nih.gov/grants/olaw/olaw.htm

FOR EXPRESS MAIL:
Office of Laboratory Animal Welfare
Division of Assurances
6705 Rockledge Drive, Suite 360
Bethesda, Maryland 20817
Telephone: (301) 496-7163
Facsimile: (301) 402-7065

October 14, 2009

Reference Assurance: A4468-01

Mr. James Aipperspach
Director of Operations
Great Ape Trust of Iowa
4200 S.E. 44th Avenue
Des Moines, IA 50320

Dear Mr. Aipperspach:

On behalf of the Office of Laboratory Animal Welfare (OLAW), Dr. Wolff and I would like to thank you and your staff for the hospitality extended to us during the OLAW Division of Assurances site visit on October 6, 2009, of the Great Ape Trust of Iowa's (GATI) animal care and use program. This visit was part of OLAW's ongoing program to review the adequacy and accuracy of institutional compliance with the Public Health Service (PHS) Policy on Humane Care and Use of Laboratory Animals (Policy) as described in the Animal Welfare Assurances of PHS-supported institutions.

It was a pleasure meeting Edward P. Finnerty, William Fields, Susan McKee, and yourself. We appreciate you providing the logistical arrangements and all requested documents. We would like to thank you, as well as the other members of your staff (Tyler Romine, Rhonda Pietsch, Peter Clay, Susanne Maisel, Heather Taylor, Dr. Carol Schwartz, and Casey Pitman) for escorting us during our visit and for sharing their knowledge regarding the details of your animal care and use program. We were particularly impressed with the spirit and dedication of the staff that we met during the visit. You have built a cohesive team of specialists with expert knowledge and insight which was evident in communications throughout the day. In particular we were impressed with:

- The compliant Institutional Animal Care and Use Committee (IACUC) practices described by chair Dr. Edward Finnerty and the comprehensive, well maintained records prepared by Susan McKee.

- The well managed animal facilities overseen by Tyler Romine (Bonobo Laboratory) and Rhonda Pietsch and Peter Clay (Orangutan Laboratory); including an effective managerial chain of command, appropriate planning of staff coverage, comprehensive documentation, and husbandry practices compliant with the provisions of the *Guide for the Care and Use of Laboratory Animals*.

**EXHIBIT**

5

o   The effectiveness of the institutional practices, including communication systems and comprehensive plans for emergency management demonstrating institutional commitment to the Animal Welfare Assurance and compliance with the PHS Policy.

o   The program of veterinary care under the direction of Dr. Bobby Brown and implemented by Dr. Robert King and the clinical veterinarians.

o   The excellent behavior and scientific research program under the direction of Bill Fields leading to successful social housing within the Orangutan and Bonobo laboratories and a knowledgeable animal care staff skilled in training/working with the apes which has resulted in the animals willingly performing desired behaviors.

o   The state of the art facility operations which were especially remarkable in that most of the structures within the animal enclosures were designed and constructed by the facilities personnel in-house. The application of ongoing preventive maintenance is also key in keeping the physical plant functioning at an optimal level.

o   The in depth involvement and excellent professional leadership provided by yourself as Institutional Official. The smooth functioning of the operations at GATI and the superb level of care given to this group of special animals is in great part due to your stewardship of the program.

In our exit briefing we discussed a few items that we felt would enhance your animal care and use program. This included 1) posting of clear, updated veterinary contact information for Dr. Robert King, for clinical and after hours emergencies, and contact information for back-up veterinarians from ISU, in both the Bonobo and Orangutan facilities, 2) ensuring that all facility personnel are informed about the new contact information for the veterinarian(s), 3) noting recent changes in veterinary personnel in the IACUC meeting minutes, and in the 2009 Annual Report to OLAW due in January 2010, and 4) having facility personnel initial and note times when making entries in the Daily Observation Logbook.

We also strongly recommend the maintenance of an on site "crash cart" or equivalent storage area to ensure that necessary emergency drugs and supplies are readily available for use by veterinary personnel. Also, please remember to promptly report any adverse animal events as well as incidents of noncompliance to this Office.

Thank you once again for hosting the OLAW site visit. We wish you continued success with your program and invite you to contact us at any time if you have questions.

Sincerely,

Venita B. Thornton, DVM, MPH
Senior Assurance Officer, Division of Assurances
Office of Laboratory Animal Welfare, NIH

Axel Wolff, DVM, MS
Director, Division of Compliance & Oversight
Office of Laboratory Animal Welfare, NIH

Cc:
Edward P. Finnerty, IACUC Chairperson
Robert King, DVM
William Fields, Science Director
Susan McKee, IACUC Secretary

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| IOWA PRIMATE LEARNING SANCTUARY d/b/a GREAT APE TRUST, | Case No. 4:10-cv-00052 |
| Plaintiff, | |
| v. | AFFIDAVIT OF BOBBY BROWN |
| ZOOLOGICAL FOUNDATION OF GEORGIA, INC. d/b/a ZOO ATLANTA, DEMOCRATIC REPUBLIC OF CONGO, JAPAN MONKEY CENTRE INSTITUTE AND MUSEUM OF PRIMATOLOGY, and SUE SAVAGE-RUMBAUGH, Ph. D., | |
| Defendants. | |

I, the undersigned, Bobby Brown, DVM, do hereby depose and state as follows:

1.      I am a doctor of veterinary medicine with a Masters degree in Surgery and Board Certification as a specialist by the American College of Laboratory Animal Medicine (ACLAM).

2.      Since June 2006, I have served as the Director of the Laboratory Animal Health Division at the Auburn University College of Veterinary Medicine. As such, I am responsible, among other things, for the welfare of animals used in teaching and research and for compliance with all governmental and institutional requirements governing research programs involving animals at the Auburn University College of Veterinary Medicine.



EXHIBIT
D

3.      I have previously been employed in various positions with the National Center for Infectious Diseases at the Centers for Disease Control and Prevention, and the National Institute of Health including: Associate Director for Veterinary Public Health, Scientific Research Program (2001-2006); Deputy Director; Division of Assurances, Office of Laboratory Animal Welfare (2000-2001); Senior Assurance Officer, Division of Animal Welfare, Office for Protection from Research Risks (1997-2000); Chief, Animal Resources Branch, Scientific Resources Program (1987-1997); Chief, Research Animal Section; Scientific Resources Program (1986-1997). I have also served as Head of Laboratory Animal Medicine and Surgery at the Primate Research Institute, New Mexico State University; a professor of veterinary medicine at Auburn University and Ross University; and as a veterinarian, surgeon and Chief of Experimental Surgery with the United States Air Force.

4.      I serve as a member of the Institutional Animal Care and Use Committee for the Great Ape Trust of Iowa ("Trust") and am the Veterinarian of Record for the apes who reside there.

5.      I have been acquainted with and served as the veterinarian for Matata, Maisha, and the other bonobos who reside at the Trust since 2002, when they were living at the Language Research Center at Georgia State University. I assisted with moving Matata and Maisha and the rest of their family members to the Trust in 2005.

6.      Matata is approximately 40 years old.  Bonobos' life span in captivity is approximately 50 years.

7.      Removal of Matata and Maisha from the Trust would cause enormous stress and risk of harm to both of them.

8.     Matata is the matriarch and dominant member of the family group that lives at the Trust. The apes living at the Trust are all related to Matata and include her children; grandchildren; and adopted son, Kanzi, who was raised by Matata. These apes have been together throughout their lives (except for Matata's early years in the wild) and moved together from the Language Development Center at Georgia State University to the Trust in 2005.

9.     It is detrimental to remove apes from their established social groups. It should not be done unless absolutely necessary.

10.     Both Matata and Maisha have well established positions in the social structure of their colony. If they are moved to another colony that has its own social structure, they will experience stress, and abuse from other bonobos; while establishing themselves in the new structure.

11.     For Matata, who is accustomed to being the alpha female, conflict with other females would be inevitable. While female bonobos are less likely than males to assert themselves by physical fighting, it is possible that Matata would resort to fighting in an effort to achieve the dominant position to which she is accustomed. If she is involved in physical altercations with other apes, her age and relatively few teeth would put her at a disadvantage.

12.     Young male bonobos such as Maisha support their mothers in social situations. It is virtually certain that Maisha will have physical altercations with other male bonobos with whose mothers Matata is struggling for social position.

13.     It would take Matata and Maisha a considerable amount of time to adapt to their new environment.

14.    The stress caused to apes when they are moved can lead to physical health concerns such as heart and gastro intestinal problems.  It may also disrupt their eating and nutritional status.

15.    If Matata and Maisha move to a new environment, they will encounter micro flora that is different than that to which they have been exposed in their current environment. Even assuming that sanitary conditions at the Milwaukee Zoo are well maintained, the other bonobos who reside there may carry micro flora that could cause Matata and Maisha to become ill.  The stress of a move will reduce their immunity and exacerbate the risk.

16.    Matata will have to be sedated if she is moved.  As with humans, there are inherent risks in anesthetizing bonobos.  There is no predetermined dose of tranquilizer that is necessarily safe, as the risk may depend on underlying, and perhaps unknown, medical conditions.  Sedation should be avoided unless it is absolutely necessary. Many aged apes have been found to have underlying cardiac disease that was not detected prior to their death.

17.    The possibility that Matata may be bred while at the Milwaukee Zoo also presents a potential risk to her.  At age 40, it is questionable whether she is capable of a successful pregnancy.  It is my understanding that her last two pregnancies ended in miscarriages and that her last successful pregnancy was in 2000 (Maisha).  Apes do not go through menopause in the same manner as human females, so it is impossible to tell with certainty when their child bearing capacity has ended.  Nonetheless, pregnancy creates a health risk for a bonobo in the last one-fifth of her life span.

18.    Moving Matata and Maisha temporarily, pending a decision that could require a second move in the relatively near future, would cause them unwarranted harm and risk.

19.    I am familiar with the Great Ape Trust facilities and the standard of care provided to the bonobos that reside there. Matata and Maisha live in excellent conditions and are cared for by a knowledgeable and dedicated staff.  Continued residence at the Trust presents no danger to them and is, in fact, the best living arrangement for their long-term welfare.

Dated this ___27<u>th</u>___ day of July, 2010.


_Bobby Brown_

Bobby Brown


STATE OF ALABAMA        §
                        §
COUNTY OF LEE           §

BEFORE ME, the undersigned authority, personally appeared Bobby Brown, who acknowledged himself and that he being authorized, executed the foregoing instrument for the purposes therein contained, by signing the name of the State of Alabama by himself as Bobby Brown.

_Karla Meadows_

NOTARY PUBLIC
In and For the State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 28, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| IOWA PRIMATE LEARNING SANCTUARY d/b/a GREAT APE TRUST | ) ) ) | Case No. 10-552 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ZOOLOGICAL FOUNDATION OF GEORGIA, INC. d/b/a ZOO ATLANTA, DEMOCRATIC REPUBLIC OF CONGO, JAPAN MONKEY CENTRE INSTITUTE AND MUSEUM OF PRIMATOLOGY, and SUE SAVAGE-RUMBAUGH, Ph.D., | ) ) ) ) ) ) ) | AFFIDAVIT OF DR. SUE SAVAGE-RUMBAUGH IN OPPOSITION TO ZOO ATLANTA'S APPLICATION FOR APPOINTMENT OF RECEIVER |
| Defendants. | ) ) | |

STATE OF IOWA     )
                          )
COUNTY OF POLK  )

EMILY SUE SAVAGE-RUMBAUGH, Ph.D., under penalty of perjury, attests as follows:

1.      I am Scientist with Special Standing at the Iowa Primate Learning Sanctuary, d/b/a Great Ape Trust ("the Trust"), and I am a resident of the State of Iowa.  From 2004 to 2006, I was employed at the Trust as a Research Scientist continuing my lifelong study of the bonobos that reside there.  From 1998 to date, I have been collaborating with William Fields, the Trust's Director of Operations, on the study of bonobo language, culture and social habits.

2.      I have been studying ape and bonobo language and behavior since 1975, shortly after I received my Ph.D. from the University of Oklahoma.  From 1975 until 1980, I was a Research Scientist at the Yerkes Center for Primatological Research of Emory University.

EXHIBIT
E

("Yerkes").  Thereafter, from 1980 until 2004, I was a Professor of Biology at Georgia State
University's Language Research Center ("LRC").

3.     I have known, studied and cared for Matata, one of the two bonobos that is the
subject of the Action and of Zoo Atlanta's pending receivership motion, almost continuously
since I first encountered her in or about 1975 while working at Yerkes.  I became the lawful
owner of Maisha when he was born to Matata and his sire, P-suke, who I owned at that time, at
Georgia State University in May 2000.  Both Matata and Maisha continue to reside under the
protection of the Trust here in Des Moines, Iowa.  I thus am fully familiar with the facts and
circumstances giving rise to this Action.  The facts alleged herein are based on personal
knowledge, except in those few instances where they are alleged upon information and belief.[1]  I
submit this Affidavit in opposition to Zoo Atlanta's Application for Appointment of Zoo
Milwaukee, an interested party, as Receiver.

4.     I understand that on two or more occasions beginning in or about September
2008, Zoo Atlanta, on the pretext that it owns both Matata and Maisha and had merely loaned
them to the Trust, has requested that the Trust transfer custody of Matata and Maisha to the
Milwaukee Zoo, ostensibly for breeding purposes but also inevitably to display them to the
general public for an admission fee; and that the Trust has declined to do so.  I understand that,
because at least as of 2004, I remained the lawful owner of Maisha, I was named by the Trust as
a Co-Defendant/Co-Claimant in the Action.  Further, I understand that the Action seeks a
determination as to the current rightful owner or owners of Matata and Maisha, respectively, as
among several claimants:  Zoo Atlanta, the Democratic Republic of the Congo ("DRC"), the

[1]     Attached as Exhibit 1 and 2 are true likenesses of Matata and Maisha.

Japanese Monkey Centre ("JMC"), and your Affiant, as well as plaintiff, the Trust.[2]  I further

understand that Zoo Atlanta has filed an interim motion requesting the appointment by the Court

of a receiver, purportedly for the purpose of safekeeping of the two bonobos, pending a final

determination as to ownership, and that, curiously, it has nominated for this purpose the

Milwaukee Zoo, which upon information and belief, is not impartial and in actuality has been the

principal advocate since in or about 2007 for the permanent relocation of Matata and Maisha

from the Trust to that very same Zoo, for breeding and display purposes, or for export to Japan.

Zoo Atlanta's application, if granted, would require the temporary relocation of Matata and

Maisha from the Trust to the Milwaukee Zoo; however, as explained below, that would cause

permanent damage to the bonobos and to the Trust's bonobo research program, hereinafter

discussed.

5.     There is a 35-year history to the scientific study and nurturing here, in the United

States, of Matata.  Even a temporary transfer would interrupt and cause incalculable injury to our

ongoing ape-language and behavioral research program at the Trust.  Transfer of these bonobos

away from the non-invasive, nurturing research environment in which they have lived and

thrived all of their lives to a public zoo even temporarily, would, in my professional judgment,

cause them irreparable harm physically and emotionally.  Zoo Atlanta concedes in its Answer to

the Complaint that the bonobos are "priceless." Their death or ill-health resulting from premature

removal could well trigger major litigation over monetary damages, which is a needless risk.

---

[2]     I was served with the Complaint in this Action on May 27, 2010.  Because of the
demands placed on me by the birth in June 2010 of a new bonobo, Teco, Matata's
granddaughter, at the Trust, and because of the intervening necessity to respond to Zoo
Atlanta's instant motion to appoint Zoo Milwaukee as receiver, I have stipulated with
representatives of the Trust to have my counsel enter an appearance on my behalf and to
respond to the Interpleader Complaint on or about August 6, 2010.

Conversely, if they are bred by Milwaukee in the interim, as Zoo Atlanta's application suggests might occur, litigation over ownership of any of their issue would ensue if Zoo Atlanta's ownership claim is ultimately rejected by the Court.[3]

6.      Certain factual premises of Zoo Atlanta's motion are incorrect:  a. contrary to assertions in the motion papers, in fact, both your Affiant and DRC, since the filing of the receivership motion, have signified to the Court their keen interest in the bonobos and their opposition to the receivership motion; b. in fact, DRC disputes Zoo Atlanta's claim to ownership of Matata, and your Affiant and the Trust collectively contest Zoo Atlanta's claim to ownership of Maisha;  and c. Matata, an endangered species, from the Congo is lawfully in the country only so long as she is the subject of non-invasive scientific research; and it is my opinion and belief that sending her to Zoo Milwaukee and for Zoo Milwaukee to house her there and display her would be a violation of her importation status under the U.S. Endangered Species Act.

7.      I became the owner of Maisha when he was born to Matata in May 2000.  Maisha was sired by P-suke, a male bonobo that was gifted to me on October 20, 1999 by the Japanese Monkey Centre.  According to the "Agreement on Transfer of Ownership of P-Suke and Nyota (Complaint, Exhibit D), ownership of P-suke (and his son, Nyota) was being transferred to me, for ape-language research purposes, by JMC:

---

[3]      Moreover, even the scientists at Zoo Atlanta and Zoo Milwaukee who are advocating for removal must concede that Matata and Maisha must be moved in tandem (as the Application requires) so that Matata, the mother and matriarch of her family, would have the protection of her own son among unfamiliar bonobos at Milwaukee Zoo; therefore, particularly since the ownership history of Matata and Maisha is very different, certainty regarding the ownership of both, rather than merely one or the other, of the bonobos should precede any transfer of them, if transfer is required. .

"in recognition of the profound significance of [Affiant's] ape-language research work to all humanity, her unwavering dedication to the welfare, care and protection of the bonobos in her charge, her deep understanding of the nature of the individual bonobos and how best to attend to their needs, desires and fears, and her commitment to the preservation of the precious species" [i.e., bonobos] (emphasis added).

8.      Because Maisha was the offspring of Matata and P-suke, as the owner of the sire he became my property at birth (DRC has never asserted ownership of Matata's offspring in the United States.)[4]

9.      Upon information and belief, Matata remains the property of the DRC, not Zoo Atlanta. There can be no doubt, and Zoo Atlanta has to the best of my knowledge nowhere questioned, that Matata was the property of Zaire, now DRC, in 1974-75 when she was captured in the wild at age 6 or 7 and sent to the United States by the Government of Zaire pursuant to a loan agreement with the U.S. National Academy of Sciences. The objective of the loan agreement was to determine whether or not *Pan paniscus* -- bonobos -- was a distinct species with a different hormonal profile than *Pan troglodytes* -- chimpanzees. This initiative was undertaken by NAS. Upon information and belief, special dispensation was received (by NAS) to remove an individual from a species population endangered in its country of origin, and, further, this authorization was given with the understanding that, at a time to be determined, Matata would be returned to Zaire (today, the DRC) and that any of her offspring would remain in the United States. Thus, Matata remained the exclusive property of the Congolese government. A complete eyewitness account to this early history of Matata is provided in Chapter 14 of *"The Pill, Pygmy Chimps and Degas' Horse" (Basic books, 1992),* by Dr. Carl

---

[4]      I subsequently donated ownership of Maisha to the Trust in 2004 (see Complaint, Exhibit G).

Djerassi, Stanford University, an official with the National Academy of Sciences who was involved with this initiative. Dr. Djerassi provided a letter to my counsel, William Zifchak, Esq., dated November 7, 2008, confirming his understanding that Matata remained the property of the DRC, and that letter is attached as Exhibit 3 hereto. Matata has been under the care and observation of your Affiant since in or about 1975, and, as noted, Maisha has also been under your Affiant's care and observation since his birth in 2000.

10.     I have had regular contact since 2004 with Dr. Mwanza Ndunda, the Secretary General of DRC's Center of Research in Ecology and Forestry, including in connection with Zoo Atlanta's effort initially in the Fall of 2008 to effect the transfer of Matata and Maisha to Zoo Milwaukee. Dr. Ndunda has represented uniformly to me that DRC has never abdicated its ownership rights in Matata. When I first started studying Matata at Yerkes it was my understanding that she was in the U.S. on loan from Zaire. I have been associated with Matata since Yerkes, and at no time has anyone asserted or claimed to my face, or to my knowledge, that DRC had transferred its ownership rights in Matata to any person or institution.

11.     I am not aware of any colorable evidence that Zaire or DRC ever transferred ownership or donated Matata, to Zoo Atlanta, to Yerkes or to any other entity or person in the United States. (The purported agreement whereby Zoo Atlanta acquired ownership of Matata and Maisha) from Yerkes on April 25, 2000 (Complaint, Exhibit C) presupposes that Yerkes had acquired a legally cognizable ownership interest in Matata from DRC or Zaire.) I also note from personal knowledge that Matata has never been housed at Zoo Atlanta or cared for by their staff, or indeed housed or cared for by any zoo in the United States.

12.     Zoo Milwaukee is not a disinterested party to this Action. Dr. Gay Reinartz, who heads up the Bonobo Species Survival Plan ("SSP") in the United States, is affiliated with Zoo

Milwaukee.  Dr. Reinartz is a geneticist whose principal interest in the bonobos is their breeding and survival, and not research on their language capabilities.  Dr. Reinartz has been advocating for the transfer of Matata and Maisha to Zoo Milwaukee for at least 2 years.

13.     Furthermore, Dr. Reinartz and I have different views regarding the display and breeding of captive bonobos.  Decisions regarding captive apes by the SSP have been without regard to their cultural and kinship needs and the significance of these variables in cross generational propogation.  I disagree with Zoo Atlanta's suggestion that there is an urgency to breed Matata.  To the contrary, relocating Matata is very risky at her age.  Pregnancy in a strange location with other bonobos she does not know, would be extremely difficult and risky.  Unless it is certain that Zoo Atlanta owns Matata, this would be an irresponsible action on the part of a purportedly impartial Receiver, because, among other things, of the ownership battle it would precipitate.

14.     Matata is the last survivor of five bonobos lent to the United States by Zaire in 1975 expressly for <u>research purposes</u>, and certainly not for display at a public zoo such as the Milwaukee Zoo.  I have been continuously engaged in the non-invasive research intended by the original loan of Matata to the United States with Matata since 1978, Maisha since his birth in 2000, and other bonobos.

15.     Specifically, beginning in 1980, I worked with Matata and especially her world-famous adopted son, Kanzi, at Yerkes, to study their compatibility to assimilate and even communicate in human language.  In 1996 I published <u>Kanzi: The Ape at the Brink of the Human Mind</u>, the first of many books on the bonobos, detailing my findings.  I have published dozens of scholarly articles on the subject of ape-language.

16.    I dispute categorically the assertion in Zoo Atlanta's motion papers that Matata and Maisha have received improper care at the Trust.  In fact their care has always exceeded the standard required by zoological gardens.  The Trust (and previously Georgia State University) is under the guidance and direction of a local Iowa Animal Care and Use Committee ("IACUC"), monitored by the federal government to insure the highest standard of care for all the apes.  The Trust is visited several times a year by this group of individuals - who closely oversee all animal care and use protocols and review them regularly.  The IACUC committee is staffed by scientists, by teachers, by laypersons, and by veterinarians.  The standards imposed by the IACUC are greatly in excess of those imposed by the USDA, which is the only federal agency to inspect zoological gardens. The USDA also inspects the Trust.  The IACUC and the USDA ratings received by the Trust are among the highest in the United States.  The Trust has a far higher animal care staff ratio to the size of its ape population that any extant zoological society. There are currently 4 fulltime staff, and 4 three quarter time staff, caring for the bonobos.

17.    In 2003, Mr. Ted Townsend, the moving force in the creation of the Great Ape Trust, offered me the opportunity to move the bonobos and relocate my research efforts, to Iowa. I readily did so, and we entered the Transfer Agreement (Complaint, Exhibit E).  It is my understanding that by that Agreement I transferred my lawful ownership in Maisha to the Trust.[5] That certainly was my intention at that time.

---

[5]    In the unlikely event that this Court were to determine that the Transfer Agreement was somehow invalid or did not affect a lawful transfer or Maisha, then of course Maisha would remain my property, not that of Zoo Atlanta, because she is the offspring P-suke, who I owned when Maisha was born.  If so, I would continue to oppose any transfer of Maisha away from the Trust, to a zoo.

18.    Matata is both elderly and precious.  Matata is the only female in captivity who was NOT brought in as a baby.  Thus she is the only standard-bearer of the wild culture, including, we scientists now suspect, a complex language and set of kinship rules, mating strictures and property assignment.  She has passed these on as best she can and lives now in a family created through her own reproductive efforts across nearly 42 years.  She is the aging matriarch -- highly regarded and deeply loved by all.  Matata's current family consists of 5 other bonobos who are directly related to her plus her adopted son Kanzi who she raised.  Moving her to a new facility, with unrelated bonobos, will place a great deal of stress on her.  If she must leave her family, at the age of 42, it will be emotionally difficult for her as well as for her family which remains behind.  Matata has never resided at the Atlanta Zoo, or been cared for by its staff, nor has the Atlanta Zoo ever cared for any bonobos, thus it has no knowledge or experience of the requirements of the species, or the specific individual bonobos whom it is seeking to house elsewhere.  Upon information and belief, neither caretakers nor officials from Atlanta Zoo have ever traveled to the Trust to see the bonobos housed there.  Thus their recommendations regarding "what is best for her" -- to be apart from the humans she has come to know and trust and to be apart from the family she has raised - are not based on any personal knowledge of her and are highly suspect.

19.    There are numerous risks associated with moving Matata to the Milwaukee Zoo as a temporary receiver including: risks to her health associated with her physical transfer; risks to her well-being from being separated for the first time from virtually her entire family in captivity and placed on display, at a strange location, for the first time in her life; risks to her well-being should Milwaukee Zoo be tempted to induce her to breed while in its charge; and the

potential further risks to her safety and health were she to be returned to the custody of the Trust or shipped to yet another location, once this Court resolves the issue of ownership

20.     Maisha, has never been apart from the family in which he was born and raised, and his father, P-suke, was owned by me and transferred to the Trust, on the promise that he and all of his offspring, including Maisha, would be allowed to remain at the Trust for life.  He faces similar risks associated with physical transfer, separation from family, being placed on display, and repetitive moves if he is moved temporarily to the Milwaukee Zoo.

21.     Should Matata and Maisha be transferred to Milwaukee and should they survive the anesthesia, the introduction to a new environment, a new diet and other, potentially hostile bonobos, as well as the psychological distress of the transfer; the current research program will have been disrupted.  In addition, they will have endured experiences that are commonly regarded as highly stressful and they will not be the same kind of research subjects when they return because of these experiences.

22.     The essential research on which the DRC's agreement to loan Matata to the United States was premised, is continuing full bore at the Trust.  There can be little if any risk to Matata by retaining her in that research environment pending the final outcome of this case. Conversely, any relocation will inflict harm upon the ongoing research program and any future planned research program, making it difficult to include them in research grants.  They have served, and continue to serves as the 'control population' for the experimental group of bonobos who are exposed to language.  For research purposes, it is essential that the control population live in a world that is similar except for the specific experimental variables under study.

23.     In summary, were Matata or Maisha for any reason to suffer injury or death as a consequence of their temporary transfer to Milwaukee Zoo, the loss would be irreparable and at this stage of the Action, where their ownership is hotly contested, is wholly unjustified.

Dated this 30th day of July, 2010.

/s/
_____
Sue Savage-Rumbaugh, Ph.D.

Dr. Savage Rumbaugh's signed, notarized affidavit will be substituted once it is available.

STATE OF IOWA            §
                         §
COUNTY OF POLK           §

BEFORE ME, the undersigned authority, personally appeared Sue Savage-Rumbaugh, Ph.D., who acknowledged herself and that she being authorized, executed the foregoing instrument for the purposes therein contained, by signing the name of the State of Iowa by herself as Sue Savage-Rumbaugh, Ph.D.

_____
NOTARY PUBLIC
In and For the State of Iowa

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| IOWA PRIMATE LEARNING SANCTUARY d/b/a GREAT APE TRUST,<br><br>      Plaintiff,<br><br>v.<br><br>ZOOLOGICAL FOUNDATION OF GEORGIA, INC. d/b/a ZOO ATLANTA, DEMOCRATIC REPUBLIC OF CONGO, JAPAN MONKEY CENTRE INSTITUTE AND MUSEUM OF PRIMATOLOGY, and SUE SAVAGE-RUMBAUGH, Ph. D.,<br><br>      Defendants. | Case No. 4:10-cv-00052<br><br><br>AFFIDAVIT OF<br>BENJAMIN BECK |

I, the undersigned, Benjamin Beck, do hereby depose and state as follows:

1.     I have, since receiving my Ph.D. from the University of Chicago in 1967 been involved in academic, research, professional, and policy related work involving great apes.

2.     I am a member of the American Zoo and Aquarium Association ("AZA") and worked at the National Zoological Park, Smithsonian Institution from 1983 through 2003 in various capacities, including: Research Primatologist; Curator; and Assistant and Associate Director for various programs.  Prior to that time, I worked as Research Curator and Curator of Primates at the Chicago Zoological Park from August 1970 – February 1982.

3.     As Chair of the American Association of Zoos and Aquariums, Great Ape Taxon Advisory Group from 1998 to 2001; as a member of the AZA's Orangutan Species Survival Plan from 1984 – 1998; and as a member of the Gorilla Species Survival Plan from 1988 to 1998, I



EXHIBIT
F

have been involved in recommending and planning literally hundreds of inter-institutional moves of great apes.

4.     As a curator in two major accredited zoos from 1971 to 1990, I personally scheduled, supervised and in some cases accompanied inter-institutional moves of dozens of great apes.

5.     I serve as the lead editor of the International Union for Conservation of Nature's ("IUCN's") *Best Practice Guidelines for the Re-Introduction of Great Apes,* which include detailed transport protocols.

6.     Transporting apes is stressful and dangerous for the apes, as well as expensive. Therefore, it is common knowledge that the number, length and duration of moves should be minimized.  For example, there have been cases where an ape has been scheduled to move from institution X to institution Y, but Y is not yet ready to receive the ape and X feels it must ship the ape.  The option of temporary shipment to institution Z becomes attractive in such cases, but is never recommended before pressuring X to hold the ape for a while longer and/or pressuring Y to accelerate its preparations to receive the ape.  Specifically, it is conventional practice to *make all efforts to avoid temporary housing and extra shipments.*

7.     It would run counter to best husbandry practice to move an ape from a good facility to another while awaiting a decision that might dictate a second move. In such a case, the ape should remain at the first facility until the decision has been made.

8.     Matata and Maisha are well cared for at the Great Ape Trust and are in no danger of any kind.  Causing them to move pending the determination of their ownership, with the inherent possibility that they will have to be moved again, would cause them unwarranted stress and would be harmful to them.

Dated this _____23_____ day of July, 2010.

_____
Benjamin Beck

STATE OF _____Iowa_____                §
                                        §
COUNTY OF _____Polk_____                §

    BEFORE ME, the undersigned authority, personally appeared Benjamin Beck, who acknowledged himself and that he being authorized, executed the foregoing instrument for the purposes therein contained, by signing the name of the State of _____Iowa_____ by himself as Benjamin Beck.

_____
NOTARY PUBLIC
In and For the State of _____I A_____



DEBRA L. SAFFORD
Commission Number 749830
My Commission Expires
11/09/10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| IOWA PRIMATE LEARNING SANCTUARY d/b/a GREAT APE TRUST,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ZOOLOGICAL FOUNDATION OF GEORGIA, INC. d/b/a ZOO ATLANTA, DEMOCRATIC REPUBLIC OF CONGO, JAPAN MONKEY CENTRE INSTITUTE AND MUSEUM OF PRIMATOLOGY, and SUE SAVAGE-RUMBAUGH, Ph. D.,<br><br>　　　　Defendants. | Case No. 4:10-cv-00052<br><br><br>AFFIDAVIT OF<br>SALLY COXE |

I, the undersigned, Sally Coxe, do hereby depose and state as follows:

1.　　I am the President of the Bonobo Conservation Initiative ("BCI"), an organization founded in 1997 and with headquarters in Washington D.C. and the Democratic Republic of the Congo, the mission of which is to promote conservation of the bonobo and its tropical forest habitat in the Congo Basin.  BCI works collaboratively with the Congolese government and Congolese citizens to further its mission.

2.　　I have been involved in research and conservation activities related to bonobos since 1992, in both the United States and the Democratic Republic of the Congo.

3.　　In connection with my work, I have had the opportunity to study, observe, and interact with bonobos, both in captivity and in the wild.



EXHIBIT

G

4.      Bonobos live in social groups led by matriarchs.  They form strong attachments to their group members.

5.      I first encountered Matata in approximately 1993 while working as a volunteer at the Georgia State University laboratory at which she resided.  I have followed the progress of Matata and her family members, and the research in which they are involved, since that time.

6.      Matata is the matriarch of the family group with which she resides at the Great Ape Trust ("Trust").

7.      In addition to having close attachments to her family members, including her adopted son, Kanzi, Matata has a close attachment to Dr. Sue Savage-Rumbaugh, with whom she has worked since she was very young.

8.      Removal of Matata and Maisha from the Trust would cause them substantial stress due to, among other things: the separation from their family and familiar human contacts; their need to adjust to a new social structure in which Matata would not be the established matriarch; and their placement in a zoo environment where they would be on display to members of the public.

9.      Although bonobos are relatively peaceful as compared to other apes, placement of Matata and Maisha into a new social structure would almost certainly result in Maisha engaging in fights with other male bonobos as he supports his mother, Matata's efforts to establish her position in the social order of the new group.

10.     Removal of Matata and Maisha from the Trust and placement of them at the

Milwaukee Zoo on a temporary basis would be detrimental to their well-being and should be

undertaken only if absolutely necessary and not on a temporary basis.

Dated this _____ day of _____, 2010.

/s/ _____
Sally Coxe

STATE OF _____        §
                             §
COUNTY OF_____        §

BEFORE ME, the undersigned authority, personally appeared Sally Coxe, who
acknowledged herself and that she being authorized, executed the foregoing instrument for the
purposes therein contained, by signing the name of the State of _____ by herself as Sally
Coxe.

_____
NOTARY PUBLIC
In and For the State of _____

Ms. Coxe is currently in the interior of the
Congo and does not have access to a
Notary. She will substitute a fully
executed copy of this affidavit when
she returns to the U.S.