# Great Ape
### T R U S T  O F  I O W A



1 July 2004

Dr. Tara Stoinski
Atlanta/Fulton County Zoo, INC
800 Cherokee Ave S.E.
Atlanta, GA 30315-1440

Dear Dr. Stoinski,

Thank you for your efforts on behalf of Great Ape Trust, we are very pleased to enter into the enclosed Loan Agreements with Zoo Atlanta.

We would like to clarify one point concerning ownership of offspring. The Loan Agreement states that the Loaning Institution (ZA) will own 50% of the offspring, and the Receiving Institution (GATI) will own 50% of the offspring. This is certainly agreeable to us. Given that ZA owns Maisha (#269), the most recent offspring of Matata (#62) born on 5/28/00, we are assuming that GATI will be the owner of her next offspring. Alternation of ownership would then continue as specified in the Loan Agreement.

Unless notified to the contrary, we will assume that this arrangement is also agreeable to ZA.

Again, thank you for your assistance. We look forward to working with ZA in the future.

Sincerely,

Kirk Brocker
Executive Director

EXHIBIT
"A"