IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| IOWA PRIMATE LEARNING SANCTUARY d/b/a GREAT APE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ZOOLOGICAL FOUNDATION OF GEORGIA, INC. d/b/a ZOO ATLANTA, DEMOCRATIC REPUBLIC OF CONGO, JAPAN MONKEY CENTRE INSTITUTE AND MUSEUM OF PRIMATOLOGY, and SUE SAVAGE-RUMBAUGH, Ph. D.,<br><br>Defendants. | Case No. 4:10-cv-00052<br><br>SUPPLEMENTAL EXHIBIT TO GREAT APE TRUST'S RESISTANCE TO ZOO ATLANTA'S MOTION TO APPOINT RECEIVER |

COMES NOW the Plaintiff, Iowa Primate Learning Sanctuary d/b/a Great Ape Trust ("Great Ape Trust"), and submits the attached Memorandum received from Defendant, Japanese Monkey Centre Institute and Museum of Primatology, as Supplemental Exhibit Letter H to its Resistance to Zoo Atlanta's Motion to Appoint Receiver.

                WHITFIELD & EDDY, P.L.C.
                317 Sixth Avenue, Suite 1200
                Des Moines, IA 50309-4195
                Phone: 515-288-6041
                Fax: 515-246-1474

                By:_____/s/_____
                     Jaki K. Samuelson      AT0006940
                     samuelson@whitfieldlaw.com

By    /s/
      B. MacPaul Stanfield   AT0007422
      stanfield@whitfieldlaw.com

ATTORNEYS FOR PLAINTIFFS, GREAT APE TRUST

Electronically filed.

Service List:

Gregory M. Lederer
Kimberly K. Hardeman
LEDERER WESTON CRAIG, PLC
118 Third Avenue SE, Suite 700
P.O. Box 1927
Cedar Rapids, IA 52406-1927

ATTORNEYS FOR ZOOLOGICAL FOUNDATION OF GEORGIA, INC., D/B/A ZOO ATLANTA

Sue Savage Rumbaugh
c/o William C. Zifchak
KAYE SCHOLER
425 Park Avenue
New York, NY 10022-3598

Democratic Republic of Congo
Ministry of Foreign Affairs
P.O. Box 7100
Foreign Minister for DRC, Kinshasa
Nicolas Mwanza Ndunda, Ph.D.
Secretary General, Centre de Recherché en Ecologie et Foresterie
DRC Ministry of Education and Scientific Research
Kinshasa, Democratic Republic of Congo

Japan Monkey Centre Institute and
Museum of Primatology
26 Kanrin, Inuyama, Aichi
484-0081, Japan

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause or to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on July 9, 2010.

By: ☐ U. S. Mail     ☐ FAX
    ☐ Hand Delivered   ☐ Overnight Courier
    ☐ Certified Mail    X Other: E-filing and
    International Mail

Signature: /s/ Julie R. McCain

**Japan Monkey Centre, 26 Kanrin, Inuyama, Aichi Prefecture, Japan**
**Memorandum**
**Re: The Bonobos of Japan Monkey Centre**

To Whom It May Concern,

Dear Madame/Sir/Dr.

Regarding the lawsuit mentioned below, we have prepared a memorandum that declares the legal ownership of bonobos by the Japan Monkey Centre, called JMC hereafter. We would highly appreciate if you understand why we are justified for our assertion.

1. A lawsuit for the ownership of two bonobos named *Matata* and *Maisha* was raised to the United States District Court for the Southern District of Iowa by the Great Ape Trust of Iowa (**Case 4:10-cv-00052**). JMC received the bill of complaint via the District Court of Nagoya on July 22, 2010.

2. We believe that JMC maintains the legal ownership of *Maisha* for the reasons mentioned below:

    2-1: JMC granted the ownership of two male bonobos, *P-Suke* and *Nyota*, to Dr. Sue Savage-Rumbaugh under the condition that the ownership of children of *P-Suke* (except offspring born with *Pambanisha*) or two bonobo individuals which Dr. Savage-Rumbaugh would select as appropriate will be granted to JMC (See **Exhibit E**).
    2-2: *Maisha* was born on May 28, 2000. This date is 221 days after the contract made in 1999.
    2-3: The agreement made in 1995 is applicable to bonobos which were born within a limited period defined by the gestation period of bonobos even after the agreement was dissolved (see **Exhibit D, B-2**).
    2-4: The gestation period of bonobos is considered as 7.5-8 months (see GRASP Fact Sheet: http://www.unep.org/grasp/docs/bonobo.pdf) which is longer than 221 days mentioned above.
    2-5: Thus, we can conclude that the ownership of *Maisha* is attributable to JMC on the basis of the agreement of 1995.


EXHIBIT H

3. Furthermore, we understand that JMC can also assert for the ownership of two other bonobos in addition to *Maisha* on the basis of the agreement of 1999.
4. We can make every effort to contribute to the wildlife conservation and to the welfare of captive animals. We have been a major party to the GRASP-Japan. However, unfortunately we have not enough resources to pay judicial costs in the United States. So, we here express our opinion in order to settle the matter by presenting factual evidence.

                                                      Toshisada Nishida, Ph.D.
                                          Executive Director, Japan Monkey Centre