# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHER DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **IOWA PRIMATE LEARNING SANCTUARY d/b/a GREAT APE TRUST,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**ZOOLOGICAL FOUNDATION OF GEORGIA, INC. d/b/a ZOO ATLANTA, DEMOCRATIC REPUBLIC OF CONGO, JAPAN MONKEY CENTRE INSTITUTE AND MUSEUM OF PRIMATOLOGY, and SUE SAVAGE-RUMBAUGH, Ph.D.,**<br><br>    **Defendants.** | No.:  4:10-cv-00052-JEG-RAW<br><br><br><br>**ANSWER OF DEFENDANT DEMOCRATIC REPUBLIC OF CONGO** |

Defendant Democratic Republic of Congo ("DRC") answers the Complaint for Interpleader as follows:

1. DRC admits the allegations of paragraph 1.

2. DRC admits the allegations of paragraph 2.

3. DRC admits the allegations of paragraph 3.

4. DRC admits the allegations of paragraph 4.

5. DRC admits the allegations of paragraph 5.

6. DRC admits the allegations of paragraph 6.

7. DRC admits the allegations of paragraph 7.

8. DRC admits the allegations of paragraph 8.

9. DRC denies the allegations of paragraph 9 for lack of information.

10. DRC admits the allegations of paragraph 10.

11. DRC admits the allegations of paragraph 11.

12. DRC admits the allegations of paragraph 12.

13. Answering the allegations of paragraph 13, DRC admits that Matata continued to reside with the Bonobo colony at Georgia State University, which included her offspring, Elikya, after February 2, 1996, and denies the remaining allegations of that paragraph for lack of information.

14. Answering the allegations of paragraph 14, DRC admits that the referenced agreement was made between Yerkes and Zoo Atlanta and that it contained the provisions described in paragraph 14; however, DRC denies that Yerkes owned Matata or had the legal authority to transfer ownership of Matata.

15. DRC admits the allegations of paragraph 15.

16. DRC admits the allegations of paragraph 16.

17. DRC admits the allegations of paragraph 17.

18. DRC admits the allegations of paragraph 18.

19. DRC admits the allegations of paragraph 19.

20. DRC admits the allegations of paragraph 20.

21. Answering the allegations of paragraph 21, DRC admits that the referenced agreement was made but denies that Dr. Savage-Rumbaugh transferred, or had the legal right to transfer, ownership of Matata.

22. Answering the allegations of paragraph 22, DRC admits that the referenced agreement was made but denies that Georgia State University transferred, or had the legal right to transfer, ownership of Matata.

23. DRC admits the allegations of paragraph 23.

24. DRC admits the allegations of paragraph 24.

25. DRC admits the allegations of paragraph 25.

26. DRC admits the allegations of paragraph 26.

27. DRC admits the allegations of paragraph 27.

28. DRC denies the allegations of paragraph 28 for lack of information.

29. DRC denies the allegations of paragraph 29 for lack of information.

30. Answering the allegations of paragraph 30, DRC admits that the welfare of the Bonobos is presently best served by maintenance of their current residence at the Great Ape Trust and continued participation in ongoing federally funded, internationally recognized research projects pending resolution of the competing ownership claims but, as owner of Matata, DRC reserves its right to make the sole determination regarding what will best serve the welfare of Matata in the future.

31. Answering paragraph 31, DRC re-alleges and incorporates herein by reference its answer to paragraphs 1 through 30 above.

32. Defendant admits the allegations of paragraph 32.

33. Answering paragraph 33, DRC re-alleges and incorporates herein by reference its answer to paragraphs 1 through 32 above.

34. Answering the allegations of paragraph 34, DRC states that it does not resist Plaintiff's request for the order described therein but otherwise denies the allegations of that paragraph.

WHEREFORE, Defendant Democratic Republic of Congo prays for entry of such orders and judgments as are appropriate including a judgment establishing its sole

ownership of the Bonobo known as Matata and for such further orders and relief as may be equitable in the circumstances.

                        /s/ William W. Graham
                        William W. Graham     AT0002953
                        GRAHAM, ERVANIAN & CACCIATORE, L.L.P.
                        317 – Sixth Avenue, Suite 900
                        Des Moines, IA  50309
                        Telephone:  (515) 244-9400
                        Facsimile:  (515) 282-4235
                        wwg@grahamlawiowa.com

                        ATTORNEYS FOR DEFENDANT
                        DEMOCRATIC REPUBLIC OF CONGO

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2010, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Jaki K. Samuelson
B. MacPaul Stanfield
Whitfield & Eddy, P.L.C.
317 6th Avenue, Ste. 1200
Des Moines, IA 50309
samuel@whitfieldlaw.com
stanfield@whitfieldlaw.com

Todd P. Langel
Andrew R. Anderson
Faegre & Benson, LLP
801 Grand Avenue, Ste 3100
Des Moines, IA 50309


Gregory Lederer
Kimberly Hardeman
118 Third Avenue SE, Ste. 700
P.O. Box 1927
Cedar Rapids, IA 52406
glederer@lwclawyers.com
khardeman@lwclawyers.com

William C. Zifchak
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

                                                /s/ William W. Graham
                                                William W. Graham