IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| IOWA PRIMATE LEARNING SANCTUARY d/b/a GREAT APE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ZOOLOGICAL FOUNDATION OF GEORGIA, INC. d/b/a ZOO ATLANTA, DEMOCRATIC REPUBLIC OF CONGO, JAPAN MONKEY CENTRE INSTITUTE AND MUSEUM OF PRIMATOLOGY, and SUE SAVAGE-RUMBAUGH, Ph. D.,<br><br>Defendants. | Case No. 4:10-cv-00052<br><br>MOTION FOR CLARIFICATION RE: STATUS CONFERENCE<br>**EXPEDITED RELIEF REQUESTED** |

COMES NOW, the Interpleader Plaintiff, Iowa Primate Learning Sanctuary d/b/a Great Ape Trust, ("Trust"), and for its Motion for Clarification regarding the upcoming status conference, respectfully states as follows:

1. On December 6, 2011, attorney William Zifchak filed a letter with the Court requesting a status conference and threatening that, if certain ultimatums were not met, his client, Sue Savage Rumbaugh would file a motion, much of which would appear to be irrelevant to the issues before the Court in this matter. (Docket #33)

2. On December 7, 2011, the Trust filed a Motion to Strike Mr. Zifchak's improper and inflammatory letter and for a scheduling conference to set deadlines for a fair and orderly process to resolve any remaining issues in this litigation. (Docket #34)

3. In response, on December 8, 2011, Zifchak, on behalf of Sue Savage Rumbaugh filed yet another letter making inflammatory and untrue allegations concerning the Trust. (Docket #35)

4. Sue Savage Rumbaugh has filed no Motion or request for relief with this court beyond her counsel's request for a status conference.

5. On December 11, 2011, the undersigned counsel asked attorney Zifchak in an email whether Dr. Savage Rumbaugh intended to file a motion in this case or some other legal action against the Trust.  Mr. Zifchak has not responded to that inquiry.

6. In light of the incorrect and defamatory statements that Sue Savage Rumbaugh and her attorneys have apparently made to the media, and the public statement that Dr. Savage Rumbaugh has filed a lawsuit against the Trust (we are unaware of any such lawsuit) and that a hearing regarding ape welfare is scheduled next week in this case (see attached copy of the Des Moines Register Article that appeared in print and online on December 14, 2011) the Trust requests that the Court clarify the nature of the status conference scheduled for Tuesday, December 20, 2011.

7. Should a Motion be filed by Sue Savage Rumbaugh to address ape welfare, the Trust is entitled to and respectfully requests: a.) appropriate notice of the Motion and an opportunity to respond; and b.) that if the Court believes a hearing should be held in this matter, that it be scheduled on a date that allows all parties an opportunity to prepare and present relevant evidence.

WHEREFORE, the Trust respectfully prays that the Court clarify the nature of the status conference and that, should a motion be filed by Savage Rumbaugh or should the Court believe

an evidentiary hearing is appropriate, that this matter be set for hearing, and for such further relief that the Court deems appropriate under the circumstances.

        WHITFIELD & EDDY, P.L.C.
317 Sixth Avenue, Suite 1200
Des Moines, IA 50309-4195
Phone: 515-288-6041
Fax: 515-246-1474

By: \_\_\_\_\_/s/_____
      Jaki K. Samuelson        AT0006940
      samuelson@whitfieldlaw.com

By: \_\_\_\_\_/s/_____
      B. MacPaul Stanfield      AT0007422
      stanfield@whitfieldlaw.com

ATTORNEYS FOR PLAINTIFFS, IOWA PRIMATE LEARNING SANCTUARY d/b/a GREAT APE TRUST

Electronically filed.

Service List:

Gregory M. Lederer
Kimberly K. Hardeman
LEDERER WESTON CRAIG, PLC
118 Third Avenue SE, Suite 700
P.O. Box 1927
Cedar Rapids, IA 52406-1927

ATTORNEYS FOR ZOOLOGICAL FOUNDATION OF GEORGIA, INC., D/B/A ZOO ATLANTA

William C. Zifchak

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause or to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on December 14, 2011.

By: ☐ U. S. Mail      ☐ eMail
     ☐ Hand Delivered      ☐ Overnight Courier
     ☐ Certified Mail      **X** Other: CM/ECF Filing
     ☐ FAX

Signature: \_\_\_\_/s/ Julie R. McCain_____

3

KAYE SCHOLER
425 Park Avenue
New York, NY  10022-3598

ATTORNEY FOR SUE SAVAGE
RUMBAUGH

William C. Graham
317 – 6th Ave., Ste. 900
Des Moines, IA 50309

ATTORNEY FOR DEMOCRATIC
REPUBLIC OF CONGO

Japan Monkey Centre Institute and
Museum of Primatology
26 Kanrin, Inuyama, Aichi
484-0081, Japan

DEFENDANTS