IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **IOWA PRIMATE LEARNING SANCTUARY d/b/a GREAT APE TRUST,**<br><br>Plaintiff,<br><br>v.<br><br>**ZOOLOGICAL FOUNDATION OF GEORGIA, INC. d/b/a ZOO ATLANTA, DEMOCRATIC REPUBLIC OF CONGO, JAPAN MONKEY CENTRE INSTITUTE AND MUSEUM OF PRIMATOLOGY, and SUE SAVAGE-RUMBAUGH, Ph.D.,**<br><br>**Defendants.** | No.: 10-52<br><br><br><br>**DEFENDANT DEMOCRATIC REPUBLIC OF CONGO'S SUBMISSION OF CORRESPONDENCE FOR CONSIDERATION BY COURT** |

Defendant Democratic Republic of Congo ("DRC") hereby submits the attached correspondence in its original French version and in an English translation for the convenience of the Court so that it may be considered by the Court prior to the hearing scheduled for Tuesday, December 20, 2011 at 1:30 p.m.

/s/ William W. Graham
William W. Graham     AT0002953
GRAHAM, ERVANIAN & CACCIATORE, L.L.P.
317 – Sixth Avenue, Suite 900
Des Moines, IA  50309
Telephone:  (515) 244-9400
Facsimile:  (515) 282-4235
wwg@grahamlawiowa.com

ATTORNEYS FOR DEFENDANT
DEMOCRATIC REPUBLIC OF CONGO

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2011, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Jaki K. Samuelson
B. MacPaul Stanfield
Whitfield & Eddy, P.L.C.
317 6th Avenue, Ste. 1200
Des Moines, IA 50309
samuel@whitfieldlaw.com
stanfield@whitfieldlaw.com

Todd P. Langel
Andrew R. Anderson
Faegre & Benson, LLP
801 Grand Avenue, Ste 3100
Des Moines, IA 50309


Gregory Lederer
Kimberly Hardeman
118 Third Avenue SE, Ste. 700
P.O. Box 1927
Cedar Rapids, IA 52406
glederer@lwclawyers.com
khardeman@lwclawyers.com

William C. Zifchak
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

            /s/ William W. Graham
            William W. Graham

**ENGLISH TRANSLATION**

Letter from Dr. Mwanza Ndunda, Ministry of Scientific Research, Democratic Republic of the Congo

To : Honorable James E. Gritzner
 Chief Judge
 U.S. District Court for the Southern District of Iowa
 123 East Walnut Street
 U.S.A.

CC: - Senator Harkin
 - Dr. Ursula Goodenough for the Matata Initiative

Kinshasa, December 17, 2011

It has come to my attention that the Great Ape Trust of Des Moines, Iowa, USA (the Trust), has been considering plans to move the bonobos (*Pan paniscus*) resident there since its inception, including Matata, an adult female, and her offspring, away from the Trust sometime in December 2011 or soon thereafter, allegedly for lack of funding at the Trust.

Such a move would violate the sovereignty of the Democratic Republic of the Congo (DRC), on behalf of the national government of which I am writing. It would also demonstrate a conspicuous absence of regard for a United States federal lawsuit, ongoing in Iowa, concerning the ownership and therefore the fate of Matata and one of her offspring.

Furthermore, any relocation of Matata from Iowa during the winter is a threat to her health. Were she to die or be incapacitated as a result of such a move, the US Government and anyone facilitating the Great Ape Trust's move of Matata would be held responsible and pursued by the government of the DRC for damages.

Although the DRC is party to the US federal lawsuit, in which the DRC's ownership of Matata is no longer seriously disputed (further information available on request), the Trust has neither advised the DRC of their plans to move the bonobos, nor sought the DRC's permission to move Matata or her offspring, nor sought permission for a move from the US federal court.

Please register the formal protest of the government of the Democratic Republic of the Congo to this proposed move.

Matata is a priceless cultural asset of the DRC, the only country in which free living bonobos are found, and accordingly, where national, provincial, and local authorities and leaders, and their communities, are committed to the conservation of bonobos and their habitat. As an endemic and charismatic species, and one of the two closest

living relatives of human beings, the bonobo is an iconic flagship for our efforts to conserve our rainforests not just for ourselves, but for the whole world. Matata and her family, thanks to the lifelong commitment and innovative work of Dr Sue Savage-Rumbaugh, have brought world attention to bonobos and thus to their habitats in the DRC.

It remains the position of the DRC that the welfare of Matata and the other bonobos at the Great Ape Trust is best served by maintenance of their current residence at the Trust, provided there is continued participation by the bonobos in research projects of the longstanding and internationally recognized calibre that have merited decades of funding from the US government and other competitive sources.

It is categorically the case that Matata cannot be moved from the Great Ape Trust without the consent of the Democratic Republic of the Congo.

Furthermore, we understand that Dr. Sue Savage-Rumbaugh, the distinguished and world-renowned scientist who has cohabited with and studied Matata and her bicultural group for more than 30 years, and who, it should be noted, is the principal reason why the DRC has allowed Matata to remain in the United States, until very recently had been indefinitely denied access to the bonobos without any serious justification. This was a grave injustice, to Dr. Savage-Rumbaugh, to the bonobos, and to science. The DRC insists, in no uncertain terms, that the US Government be apprised of this state of affairs and ensure that Dr Savage-Rumbaugh have free access to Matata and the other members of her research family henceforth. The DRC is proud of and culturally enhanced by the stellar scientific work of Dr Savage-Rumbaugh and her team in the United States, as well as her research at our original bonobo field study site at Wamba here in the DRC.

Thank you for your consideration.

Signed:

Mwanza Ndunda, Ph.D.
Ministry of Scientific Research
General Director of the Research Center of Matadi
Representing the Government of the Democratic Republic of Congo

REPUBLIQUE DEMOCRATIQUE DU CONGO
MINISTERE DE LA RECHERCHE SCIENTIFIQUE

*Kinshasa, le 17 Décembre 2011*

**CONSEIL SCIENTIFIQUE NATIONAL
SECRETARIAT PERMANENT**

114, Avenue du Dépôt
**KINSHASA / GOMBE**

---

A l'Hon. James E. Gritzner
  Chief Judge
  U.S. District Court for the Southern District of Iowa
  123 East Walnut Street
  U.S.A.

CC:

  - Senator Harkin
  - Dr. Ursula Goodenough for the Matata Initiative

*Honorable,*

        Mon attention est attirée par le fait que le Great Ape Trust de Des Moines, Iowa, Etats-Unis (la Fiducie), a envisagé des plans pour déplacer les bonobos (*Pan paniscus*) qui y résident depuis sa création, y compris Matata, une femelle adulte, et son progéniture, loin de la Fiducie au cours du mois de Décembre 2011, sous prétexte de manque de fonds à la fiducie.

        Une telle démarche violerait la souveraineté de la République Démocratique du Congo (RDC) sur ces bonobos, au nom du Gouvernement dont je vous écris. Il serait également démontrer une absence flagrante de respect pour un procès fédéral américain, en cours dans l'Iowa, concernant la propriété et le sort de Matata et un de ses descendants.

        En outre, toute relocalisation de Matata de l'Iowa pendant l'hiver est une menace pour sa santé. Si elle mourait ou elle est frappée d'incapacité par suite d'une telle démarche, le Gouvernement américain et toute personne facilitant cette démarche sera tenu responsable et passible de poursuites par le Gouvernement de la RDC pour dommages et intérêts.

        Bien que la RDC soit parti en procès contre les Etat Unis, dans laquelle la propriété de Matata à la RDC n'est plus sérieusement contesté (de plus amples informations sont disponibles sur demande), la Fiducie n'a ni informé le RDC de leurs plans pour déplacer les bonobos, ni sollicité une permission à la RDC de déplacer Matata ou sa progéniture, ni formuler une autorisation pour un déménagement de la cour fédérale américaine.

Veuillez, s'il vous plaît, inscrire la protestation officielle du Gouvernement de la République Démocratique du Congo à cette proposition de déplacement.

Matata est un atout culturel inestimable de la RDC, le seul pays au monde dans lequel les bonobos vivent en liberté dans leur milieu naturel, et en conséquence, les autorités nationales, provinciales, locales, les chefs coutumiers et leurs communautés, se sont engagés à la conservation des bonobos et de leur habitat. Comme une espèce endémique et charismatique, et l'un des deux plus proches parents vivants des êtres humains, le bonobo est un être phare et emblématique de nos efforts pour conserver nos forêts, non seulement pour nous-mêmes, mais pour le monde entier. Grâce à l'engagement à vie et de travail innovant du Dr Sue Savage-Rumbaugh sur Matata et sa famille, l'attention du monde sur la conservation des bonobos a été ainsi attirée y compris pour leurs habitats en RDC.

La position de la RDC est que le bien-être de Matata et les autres bonobos au Great Ape Trust soit mieux servie par l'entretien de leur résidence actuelle, condition pour qu'il y ait une participation continue de ces bonobos dans des projets de recherche à long terme et à la reconnaissance internationale que mérité des décennies de financement du Gouvernement américain et d'autres sources de compétitivité.

Il est impérativement nécessaire que Matata ne soit pas déplacés de Great Ape Trust, sans le consentement de la République Démocratique du Congo.

Par ailleurs, nous comprenons que Dr Sue Savage-Rumbaugh, l'éminent scientifique de renommée mondiale qui a cohabité avec Matata et a étudié son groupe biculturel depuis plus de 30 ans, et qui, il convient de noter, c'est la raison principale pour laquelle la RDC a permis le maintient de Matata aux Etats-Unis, jusqu'à très récemment il avait été indéfiniment refusé l'accès à ces bonobos, sans aucune justification valable. Ce fut une grave injustice, pour Dr Savage-Rumbaugh, pour les bonobos, et à la Science. La RDC insiste, en termes non équivoques, que le Gouvernement américain soit au courant de cet état de choses et de s'assurer que Dr Savage-Rumbaugh a désormais l'accès gratuit à Matata et les autres membres de sa famille de recherche. La RDC est fière et culturellement renforcée par l'excellent travail scientifique du Dr Savage-Rumbaugh et son équipe aux Etats-Unis, ainsi que ses recherches sur notre site d'étude originale de bonobo sur le terrain à Wamba ici en RDC.

Veuillez agréer Honorable, mes remerciements et mes sentiments de très grande considération.

**Nicolas MWANZA NDUNDA, Ph.D.**
*Ministère de la Recherche Scientifique*
*Directeur Général du CRMD/Matadi*
*Représentant du Gouvernement de la RDC*