IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| IOWA PRIMATE LEARNING SANCTUARY d/b/a GREAT APE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ZOOLOGICAL FOUNDATION OF GEORGIA, INC. d/b/a ZOO ATLANTA, DEMOCRATIC REPUBLIC OF CONGO, JAPAN MONKEY CENTER INSTITUTE AND MUSEUM OF PRIMATOLOGY, and SUE SAVAGE-RUMBAUGH, Ph.D.<br><br>Defendants. | Case No.  4:10-cv-00052<br><br><br><br><br><br>**UNOPPOSED MOTION TO CONTINUE JURISDICTION** |

COMES NOW Defendant, Dr. Sue Savage-Rumbaugh ("Dr. Rumbaugh"), and for her Unopposed Motion to Continue Jurisdiction states to the Court as follows:

1.    Dr. Rumbaugh hereby requests that this Court retain jurisdiction over the settlement agreement previously entered into by the parties for an additional 120 days (until on or around June 17, 2014).

2.    This was an action in interpleader to determine the lawful ownership of certain of the bonobos that have been in residence since on or about 2004 at the Iowa Primate Learning Sanctuary d/b/a Great Ape Trust ("IPLS"). This action was filed by IPLS on February 5, 2010. [Dkt. 1]. On December 29, 2011, the matter was referred to Magistrate Judge Walters for mediation. [Dkt. 42]. After a lengthy period of time, a settlement was accomplished in principle in or about January 2012. However, because of

shifting circumstances at IPLS (which primarily included issues of governance, control, and finances), the settlement agreement was not finalized until the beginning of 2013.

3.   The Stipulation of Dismissal provided that "the parties agree and consent to the continued jurisdiction of the court to oversee compliance with the settlement agreement for a period of twelve months from signature." [Dkt. 59]. The last party to sign the settlement agreement was Democratic Republic of the Congo, which signed on February 17, 2013. The Stipulation of Dismissal was filed with the Court on February 21, 2013. [Dkt. 59].

4.   The parties continue to dispute issues relating to the governance and administration of IPLS, and they are working in earnest to resolve their differences. The parties wish to continue attempting to resolve their differences while maintaining the ability to seek this Court's assistance if it becomes necessary at a later date.

5.   Dr. Rumbaugh thus respectfully requests that this Court retain jurisdiction of the cause, for an additional 120 days from February 17, 2014 (until June 17, 2014) to allow time for the parties to attempt to work out their difference and, if necessary, to pursue their legal rights under the settlement agreement and other applicable law.

6.   Counsel for co-defendant Democratic Republic of the Congo and counsel for co-defendant Zoological Foundation of Georgia d/b/a Zoo Atlanta have consented to this request. It is unclear who is counsel to plaintiff IPLS for purposes of any motion practice. Paul Burns, Esq., counsel of record to IPLS has stated to counsel for Dr. Rumbaugh that he is no longer employed by IPLS. Lyle Simpson, Corporate Counsel to IPLS, has consented to this request.

WHEREFORE, Dr. Rumbaugh respectfully requests that the Court (i) grant this motion; (ii) retain jurisdiction over the settlement agreement for an additional 120 days from February 17, 2014 (until June 17, 2014), and (iii) grant such other relief as the Court deems just and equitable.

DATED:  February 14, 2014                         FAEGRE BAKER DANIELS LLP


/s/ Todd P. Langel
Todd P. Langel
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309-8011
Telephone:  (515) 248-9000
Facsimile:  (515) 248-9010
todd.langel@faegrebd.com

ATTORNEYS FOR DR. SUE SAVAGE-RUMBAUGH, PH.D.

## Certificate of Service

The undersigned hereby certifies that a true copy of **Unopposed Motion to Continue Jurisdiction** was served upon the following parties through the court's CM/ECF electronic filing system on the 14th day of February, 2014:

Paul D. Burns
Bradley & Riley PC
Tower Place
One South Gilbert
Iowa City, IA 52240-3914

Gregory M. Lederer
Kimberly K. Hardeman
Lederer Weston Craig, PLC
118 Third Avenue Se, Suite 700
P.O. Box 1927
Cedar Rapids, IA 52406-1927

William W. Graham
Graham Ervanian & Cacciatore, LLP
317 Sixth Avenue
Suite 900
Des Moines, IA 50309

A copy was also served upon the following attorney via US Mail on the 14th day of February, 2014:

Lyle Simpson
Simpson, Jensen, Abels, Fischer & Bouslog, P.C.
604 Locust Street, Suite 222
Des Moines, Iowa 50309

/s/ Todd Langel

FaegreBD.US.53661666.01