EXHIBIT B

## SUPPLEMENTAL AGREEMENT FOR SETTLEMENT
## AND ACKNOWLEDGMENT OF OWNERSHIP

This Agreement for Settlement and Acknowledgment of Ownership ("Agreement") is entered into on the dates set forth below, by and between the Iowa Primate Learning Sanctuary d/b/a Great Ape Trust of Iowa ("Trust"); Emily Sue Savage-Rumbaugh ("Savage-Rumbaugh"); and Bonobo Hope Initiative, Inc. ("Bonobo Hope") an Iowa non-profit corporation according to the terms set forth below:

**WHEREAS**, all parties to that certain Interpleader Action filed in the Iowa District Court for the Southern District of Iowa on or about February 9, 2010, with the exception of the Japanese Monkey Centre Institute and Museum of Primatology ("JMC") which is in default, have resolved their respective claims to ownership of certain of the bonobos (pan paniscus), Matata and Maisha who reside at the Trust;

**WHEREAS**, the Trust and Savage-Rumbaugh wish to resolve their respective remaining claims to ownership of the remaining bonobos at the Trust and to provide for their care and safety going forward;

**NOW, THEREFORE**, in consideration of the foregoing and the mutual promises, and other good and valuable consideration as set forth herein, the parties do now agree as follows:

1. All parties stipulate and agree that the Trust and Bonobo Hope jointly are the owners of the bonobos Kanzi, Nyota, Elikya and Teco, now residing at the Trust (the "Bonobo 4").

2. The Bonobo 4 shall continue to reside at the Trust for at least so long as they continue to be involved in research in the fields of experimental psychology; use of language and tools; and ape intelligence and human cultural modes (including but not limited to art, music, tools, agriculture, fire, animal domestication, habitat construction, use of water, hunting, mimits, sociological role construction, normative child rearing practices, play, or normative religious/mythological practices.)

3. The Trust shall use its best efforts to provide complete and competent care of the Bonobo 4; and shall take all reasonable precautions to ensure their complete safety.

4. Should the Trust cease to exist or otherwise, in its sole discretion, determine that it is unable to provide a home and proper care and support for the Bonobo 4, the Trust shall provide Savage-Rumbaugh (or her legal representative) and Bonobo Hope (or its legal representative or successor, if any) sixty (60) days written notice prior to the date upon which the Trust will no longer be available as a residence for the Bonobo 4 or the date as of which the Trust proposes to place the Bonobo 4 in a new residence, whichever date is earlier. The notice will include any information in the Trust's possession concerning the status of the research in which the Bonobo 4 are participating, and any options, of which the Trust is aware, for new residences for the

Bonobo 4.  Savage- Rumbaugh or her legal representative and Bonobo Hope acting in unison shall have sole discretion regarding placement of the Bonobo 4 under such circumstances and the Trust or its legal representative shall cooperate fully in that endeavor, at no cost to Savage-Rumbaugh or Bonobo Hope.  Should Savage-Rumbaugh or Bonobo Hope fail to exercise such discretion regarding placement of the Bonobo 4, including making appropriate arrangements to transport the Bonobo 4 to a new residence, the Trust (or its legal successor, if any) will use its best efforts to place the Bonobo 4 in a new residence, preferably a private sanctuary, with preference given to placement in a new residence together with the bonobos Matata and Maisha, at no cost to Savage-Rumbaugh or Bonobo Hope.

5.   Savage-Rumbaugh, in consideration of the terms and premises set forth herein, hereby agrees to relinquish all claims of ownership that she may have or claim to have, based on contract, statute or regulation, common law, or on any other basis, to the Bonobo 4 or any of them.

Savage-Rumbaugh acknowledges and agrees that relinquishing her claim to ownership includes, but is not limited to relinquishing any and all rights to determine the residence, breeding, activities, or use of the Bonobo 4, subject to her contingent rights and those of Bonobo Hope in paragraph 4 above, which contingent rights are absolute and unqualified; and without prejudice to her rights, responsibilities or professional judgments, as a member of the boards of the Trust and Bonobo Hope and as Director of Science of Bonobo Hope or any other officer position of either entity to which she may be appointed, elected or hired.

6.   The Trust shall indemnify and hold Savage-Rumbaugh and Bonobo Hope harmless against and from any and all claims or demands of every kind or character that may be asserted against the Trust, Savage-Rumbaugh or Bonobo Hope as a result of or related to any actions by any of the bonobos now residing at the Trust.  This indemnity shall extend to all costs, expenses and attorney's fees which may be incurred by Savage-Rumbaugh or Bonobo Hope in connection with any such claim or demand.

7.   The parties agree that they have executed this Agreement of their own free will, and with full understanding of its content and the impact of this Agreement on their legal rights, and that they have had an opportunity to discuss and evaluate the terms of this Agreement with their attorneys as they deem appropriate.

8.   Each party to this Agreement agrees to release each other party to the Agreement, including the other parties' respective corporate affiliates, current and former officers, directors, employees, agents, representatives, and attorneys (collectively "Released Parties"), from any and all actions, causes of action, suits, claims, expenses, costs (including court costs), claims for attorneys fees, or demands of any kind whatsoever arising prior to the date hereof and relating in any way to: the ownership of the Bonobo 4 (or the deceased bonobo, Panbanisha), assertion of any claim to ownership of the Bonobo 4 (or Panbanisha ["Panbanisha"]), and any other action taken by any other of the Released Parties as it relates to the ownership, care, custody, or possession

of the Bonobo 4 (or Panbanisha), provided that this release shall not preclude Savage-Rumbaugh from asserting counter-claims or cross-claims, as the case may be, against any of the Released Parties, who makes a claim against Savage-Rumbaugh relating to the ownership, care, custody or possession of the Bonobo 4 (or Panbanisha) or any of them.

9.     The parties each represent and warrant that the signatories below are authorized to enter into this Agreement and bind the parties with respect to the matters addressed herein.

10.    Any notices required by this Agreement shall be forwarded both by email and by the regular mail service of the country from which they originate to the parties at the following addresses:

> Iowa Primate Learning Sanctuary d/b/a Great Ape Trust of Iowa
> 4200 Southeast 44th Avenue, Des Moines IA 50320
> Email: CarmenMaté@bcnecologia.net
>
> Dr. Sue Savage-Rumbaugh
> 3950 Evergreen Avenue
> Des Moines, IA  50320
> cc: William C. Zifchak
> Kaye Scholer, LLP
> 425 Park Avenue
> New York, NY  10022
>
> Bonobo Hope Initiative, Inc.
> c/o Dr. Sue Savage-Rumbaugh, Director of Science
> 4200 Southeast 44th Avenue
> Des Moines, IA  50320

11.    Administrative Provisions

a)    The Agreement shall be governed by the laws of the state of Iowa; and any action to enforce it must be brought in the State or Federal Courts located in Des Moines, Iowa, provided that the Trust remains a going concern in Polk County, Iowa and those courts can acquire personal jurisdiction over the Trust or its representatives.

b)    The language of this Agreement shall in all cases be construed as a whole, according to its fair meaning, and not strictly for or against any of the parties.

c)    The foregoing constitutes the entire agreement among the parties concerning the subject matter of this Agreement, and there exists no other Agreement, oral or written, among or between the parties related to the matters covered by this Agreement, with the exception of the "Agreement for Settlement and Acknowledgment of Ownership"

dated _January 31_, 2013. This Agreement may be executed by facsimile signature and in counterparts, and each signed counterpart shall be treated as an original.

d) This Agreement shall not be modified except by an express written understanding between parties.

      **IN WITNESS WHEREOF**, the parties to this Agreement do now execute this Agreement on the date set forth below.

IOWA PRIMATE LEARNING SANCTUARY
D/B/A GREAT APE TRUST

By: _Julie Gilmore, DVM_
     Julie Gilmore, DVM
     Director
     Iowa Primate Learning Sanctuary d/b/a
     Great Ape Trust of Iowa

Date: _1/31/13_

DR. EMILY SUE SAVAGE-RUMBAUGH

_Sue Savage-Rumbaugh_

Date: _1/31/13_


BONOBO HOPE INITIATIVE, INC.

By: _Julie Gilmore, DVM_

_Julie Gilmore, DVM_

Title: _Director_

Date: _1/31/13_

Side Agreement re Bonobo 4 (AGREEMENT FOR SETTLEMENT AND ACKNOWLEDGMENT) (61012879)

By: _____

Dr. Sue Savage-Rumbaugh

Title: Science Director

Date: 1/31/13