# EXHIBIT H



William C. Zifchak
+1 212 836 8743 office
william.zifchak@kayescholer.com

425 Park Avenue
New York, NY 10022-3598
+1 212 836 8000 main
+1 212 836 6743 fax

February 10, 2014

VIA EMAIL AND FAX

Lyle Simpson, Esq.
Simpson, Jensen, Abels, Fischer & Bouslog, P.C.
The Equitable Building
604 Locust Street, Suite 222
Des Moines, Iowa 50309-3723
Fax: (515) 288-7718

      Re:   Dr. Sue Savage-Rumbaugh adv.
               <u>Iowa Primate Learning Sanctuary</u>

Dear Lyle:

I write to you on behalf of Dr. Sue Savage-Rumbaugh ("Dr. Sue") in your capacity as legal counsel to Iowa Primate Learning Sanctuary ("IPLS") or to any successor. I also wish to advise that I have been designated as special litigation counsel by the Board of Bonobo Hope Initiative, Inc. ("BHI") and also am writing to you here in that capacity.

I formally request the following:

1. That you apprise us of whatever steps you have taken to reverse or bypass the administrative dissolution of IPLS by the Iowa Secretary of State, and the status of any such efforts.

2. That you do all in your power to have Dr. Sue immediately reinstated both as a director on the IPLS board, and as Director of Science, positions from which she was removed illegitimately.

3. That you do all in your power to immediately rescind George Caudill's "gag order" of November 4, 2013, and his and your order of November 9, 2013 barring Dr. Sue from access, and that Dr. Sue be granted immediate physical access, to the research center as is necessary to continue to perform and oversee the scientific bonobo research contemplated under the settlement agreement in the federal interpleader action, including as specified

Chicago    Los Angeles    Shanghai
Frankfurt    New York    Washington, DC
London    Palo Alto    West Palm Beach

61902056_7.docx

Lyle Simpson, Esq.          February 10, 2014 | Page 2

       under what is referred to as the "Teco proposal" and, if funded, under the new grant proposal now in process.

4.      That you immediately do all in your power to carry out the mandate of IPLS Board resolutions adopted on or about December 14, 2012 (attached), which among other things directed you as Corporate Counsel to

> "develop a contract with the IPLS that clearly vests the control and management of the science and bonobo colony with the Bonobo Hope Initiative, Inc. board"

and further resolving that:

> "e. The Bonobo Hope Initiative, Inc. board will continue to oversee and to develop the science program of the Great Ape Trust and be solely responsible for the protection of the bonobo colony."

5.      That you do all in your power to immediately rescind the illegitimate appointments in or about September 2013 of Dr. Taglialatela as Science Program Manager and Dr. Hopkins as Science Director of Great Ape Trust instead of Dr. Sue; and improperly electing Dr. Hopkins to the BHI board.

As you know, the federal court has retained jurisdiction to oversee compliance with the settlement agreement. I renew my request of February 5 that you consent to a 120-day extension of that jurisdiction, subject of course to the consent of the court.

Please respond by close of business Tuesday.

Dr. Sue and Bonobo Hope reserve all rights.

Thank you for your attention.


Sincerely,

*Bill Zifchak*

William C. Zifchak


cc      Dr. Savage-Rumbaugh (via email)
        Dr. Carmen Mate (")
        Dr. Duane Rumbaugh (")
        Todd Langel, Esq. (")
        William Graham, Esq. (")

Resolutions of December 14, 2012

a. "Resolved, that the boards and current officers of Bonobo Hope Initiative, Inc. and the Iowa Primate Learning Sanctuary, Inc. are currently the officers and board members of the Iowa Primate Learning Sanctuary, Inc."

b. "Resolved, that Corporate Counsel is authorized to file for tax exempt status for Bonobo Hope Initiative, Inc. with the Internal Revenue Service based upon the organizational structure set forth in this concept Memorandum of the Corporate Counsel dated December 4, 2012."

c. "Resolved, that the officers of the Iowa Primate Learning Sanctuary are authorized to form a board of directors for that corporation for the purpose of continuing to own the real estate, and to lease the bonobo building and its immediate surrounding property to Bonobo Hope Initiative, Inc. under terms and conditions acceptable to this board."

d. "Resolved that Corporate Counsel is directed to develop a contract with the Iowa Primate Learning Sanctuary, Inc. that clearly vests the control and management of the science and bonobo colony with the Bonobo Hope Initiative, Inc. board."

e. The Bonobo Hope Initiative, Inc. board will continue to oversee and to develop the science program of the Great Ape Trust and be solely responsible for the protection of the bonobo colony

f. The Iowa Primate Learning Sanctuary, Inc. board will continue to own, manage and develop the Great Ape Trust site.