# EXHIBIT I



William C. Zifchak
+1 212 836 8743 office
william.zifchak@kayescholer.com

425 Park Avenue
New York, NY 10022-3598
+1 212 836 8000 main
+1 212 836 6743 fax

February 10, 2014

VIA EMAIL AND FAX

Lyle Simpson, Esq.
Simpson, Jensen, Abels, Fischer & Bouslog, P.C.
The Equitable Building
604 Locust Street, Suite 222
Des Moines, Iowa 50309-3723
Fax: (515) 288-7718

       Re:    Dr. Sue Savage-Rumbaugh adv.
              <u>Iowa Primate Learning Sanctuary</u>

Dear Lyle:

I write to you on behalf of Dr. Sue Savage-Rumbaugh ("Dr. Sue") in your capacity as legal counsel to Iowa Primate Learning Sanctuary ("IPLS") or to any successor.

We request the following:

1. That you do all in your power to see that IPLS returns to Dr. Sue, together with statutory interest, the $200,000 that she has loaned from her personal funds to IPLS, or otherwise to arrange security for that loan.

2. That you arrange to provide an accounting of the disposition of all funds received by IPLS from the Community Foundation of Iowa fund, most of which funds as you know were deposited by Dr. Sue for the exclusive benefit of the bonobos.

3. That you do all in your power to assist Dr. Sue in filing a workers' compensation application in connection with her falling accident that occurred in the research center in or about May 2013. Please arrange to provide us with a copy of the IPLS's workers' compensation insurance policy.

4. That you immediately disclose all plans, contracts, agreements or proposals, including with Georgia State, Iowa State, Yerkes, the Language Research Center, or with any

Chicago   Los Angeles   Shanghai
Frankfurt   New York   Washington, DC
London   Palo Alto   West Palm Beach

61902649_3.docx

Lyle Simpson, Esq.  February 10, 2014 | Page 2

    public or private commercial concerns or developers, that IPLS has purported to make or enter into.

5. That you disclose the 2014 business/strategic plan and budget for IPLS or conversely, any plans or proposals for the winding down of IPLS and the disposition of its assets.

Thank you for your attention.

Please respond at your earliest convenience.

Dr. Sue reserves all rights.

Sincerely,

*[signature]*
William C. Zifchak

cc:    Dr. Savage-Rumbaugh (via email)