# EXHIBIT K

**Zifchak, William**

| | |
|---|---|
| **From:** | Sue Rumbaugh [suerumbaugh@gmail.com] |
| **Sent:** | Friday, March 14, 2014 10:22 AM |
| **To:** | Zifchak, William; Sheila Knoploh-Odole; Julie Flaherty |
| **Subject:** | Fwd: Update from Jared Taglialatela |

---------- Forwarded message ----------
From: **Jared Taglialatela** <jtaglial@kennesaw.edu>
Date: Fri, Mar 14, 2014 at 8:30 AM
Subject: Update from Jared Taglialatela
To: carmenmate@bcnecologia.net, ursula@biology2.wustl.edu, ai0825@wayne.edu, dwildman@wayne.edu, jbenson.jim@gmail.com, jbenson@glendon.yorku.ca, sboers@mchsi.com, gobonobo@mac.com, ld79@cornell.edu, jgilmoredvm@gmail.com, greaves@glendon.yorku.ca, whopkins4@gsu.edu, howellnr@spst.edu, itairoffman@gmail.com, iroffman@gmail.com, kanzipanbanisha@gmail.com, suerumbaugh@gmail.com, schweller@bvu.edu
Cc: Lyle Simpson <lsimpson@iowafirm.com>, George Caudill <geocaudill@mac.com>, Tom Watson <tomwatson@hy-vee.com>, Meg Schneider-Fitz <mfitz@desmoinesmetro.com>

Dear Directors,

It is with great pleasure that I provide you with an update regarding the Iowa Bonobo family.

Although it has only been a few short months since Bill Hopkins and I have accepted our positions, we have been extremely busy. Since December, Bill and I have made monthly trips to Des Moines, and have had the opportunity to meet with faculty and administrators from local universities, as well as private donors and business leaders in the community. We continue to be thoroughly impressed with the volunteer efforts by the care staff in the face of a number of significant challenges. Their energy and spirit rejuvenates and reinforces our efforts on each visit and continues to an inspiration. Our immediate goal is straightforward: stabilize the financial situation and provide a sustainable path forward. To this end, I would like to provide you with the following information that summarizes some of our major efforts, as well as our vision of the path for the future. To this end, I will begin with our overall vision for the organization, and then provide specific information.

A couple of notes, first, however. I am trying to provide relevant information, while keeping my remarks as succinct as possible. To this end, if you would like any additional information, please do not hesitate to ask. Second, you will notice that I am referring to a new organization, "The Ape Cognition and Communication Institute (ACCI)". Without going into too much detail, it was necessary for us to form a new entity – but ACCI basically assumes all of the responsibilities of IPLS. Moving forward, IPLS will no longer exist, and we will be known as THE APE COGNITION AND COMMUNICATION INSTITUTE.

Mission Statement

The Ape Cognition and Communication Institute (ACCI) is dedicated to the conservation and protection of Great Apes worldwide, as well as responsible and sustainable research aimed at uncovering the evolutionary origins of human language, cognition, and behavior. We aim to use the knowledge we gain from studies with

1

great apes to better humanity by increasing public knowledge of our species' origins and our connection with the natural world.

Vision Statement

Our vision is four fold. First, we aim to be a world-class and internationally recognized research facility for the study of ape cognition and communication. From the previous research led by Duane Rumbaugh and Sue Savage-Rumbaugh, the abilities of the 6 bonobos currently housed at ACCI are already well known by many individuals in the scientific community. However, in the past 10 years and under previous management, the focus moved away from traditionally-defined scientific inquiry and the associated governmental and, private and public sector support for scientific research. Our goal is to restore and expand the research program at ACCI by:

1. initiating a rigorous and sustained effort to secure grants from major governmental and private foundations to support the scientific research, and

2. disseminating the results of this research to the public by publishing these findings in high impact, peer-reviewed scientific journals.

The results of this work will not only shed light on our own human origins, but provide valuable insight that can be used in the treatment of human developmental and language disorders.

As evidence of ACCI's unique ability to attract research funds, we cite the following statement from the Institute of Medicine's and National Research Council's 2011 document, (where Bill Hopkins was an expert witness speaking on behalf of the importance of chimpanzee research) "CHIMPANZEES IN BIOMEDICAL AND BEHAVIORAL RESEARCH: ASSESSING THE NECESSITY"

"Having explored and analyzed contemporary and anticipated behavioral research questions, the committee concludes that chimpanzees may be necessary for obtaining otherwise unattainable insights to support understanding of social, neurological, and behavioral factors that include the development, prevention, or treatment of disease."

I realize that the above statement is in reference to chimpanzees, Pan troglodytes, but I think that one can make an even stronger argument that our unique population of bonobos, Pan paniscus, provide the potential for obtaining otherwise unobtainable insights into understanding social and behavioral factors that are relevant for typical and atypical human development and could be used in the treatment or prevention of disease. I would further add that one of the behavioral and neurofunctional imaging studies that Bill and I have published together was singled out by the Institute of Medicine and included in their report as an example of high impact research with chimpanzees with significant translational value.

Second, we aim to recruit the best and brightest investigators from across the globe to collaborate with ACCI scientists to carry out the most sophisticated and impactful research on great ape communication and cognition in the world. The abilities of the apes at ACCI are unique and the potential for bringing international recognition and additional research funding support to ACCI through these collaborative efforts cannot be understated. Our goal here is two-fold: Expand the science that is being done and expand the publication of this work in top-tier, peer-reviewed scientific journals. In this way, ACCI and Des Moines, Iowa will become an international destination for comparative ape cognition and communication studies.

Third, we aim to expand ACCI in terms of both the number of bonobos at the facility and the range of species available for research. The National Institutes of Health is currently seeking to "retire" a significant number of

their chimpanzees in the coming years. The vacant building that used to house orangutans as well as the fact that there are 230 acres for potential expansion, places ACCI in a unique position to fulfill the needs of NIH. This has the potential to bring financial stability to ACCI and, at the same time, enable unprecedented comparative behavioral work in the two species that are most closely related to humans, chimpanzees and bonobos.

Fourth, we plan to expand our education initiatives by establishing partnerships between ACCI and the local educational institutions to foster our long-term goals of increasing science education in the Des Moines area and beyond. These initiatives would include working closely with local elementary and high school educators to provide our facility and unique population of apes as a resource to supplement and expand existing STEM initiative in the greater Des Moines school system. We further hope to foster relationships with local universities to provide educational and research opportunities such as training programs in the behavioral sciences and internship programs for veterinary medicine.

In addition, we are developing a scientifically grounded conservation education program for students of all ages. We seek to work closely with local schools to develop a curriculum that teaches students about global stewardship and sustainability. We will also work closely with collaborating scientists and educators to assess the efficacy of our program, and examine not only if we are changing individual's knowledge, but their behavior as well.


Goals and Objectives

Our initial goal is to place ACCI on a stable financial trajectory, and establish a sustainable financial future. To accomplish this goal, we are seeking private sector donations that will serve as a source for supporting the infrastructure and staff. Additionally, we are seeking funding from federal and state governments to support current and future research. This will involve grant submissions to agencies such as the National Institutes of Health, National Science Foundation and Department of Education. We will also approach private funding agencies with missions that align with the scientific aims of the ACCI such as Autism Speaks, The Simon Foundation, The Leakey Foundation, and the Whitehall and Wenner Gren Foundations.

Finally, we are forming a consortium comprised of universities in Iowa and across the country. This consortium, currently using the working name, Iowa Ape Consortium, will provide much-needed financial stability, as well as enhance and expand our scientific and education programs. The basic model we are working from is one in which universities would pay an annual fee that would grant access to the facility and our resources. In this way, ACCI will remain an autonomous entity – not affiliated with any particular institution - but supported by the consortium as whole. In our initial discussions with Drake University in Des Moines as well as Kennesaw State University (my home institution in Atlanta), we have had very positive feedback regarding this model.


Our second goal is to dramatically increase scientific productivity. To accomplish this, we will develop collaborations with nationally and internationally-recognized primatologists with the aim of encouraging them to carry out studies with our apes. This will maximize the use of the bonobos and, through the publication of these research findings, increase our visibility worldwide. Related to this objective is our goal to join the bonobo Species Survival Program (SSP) which will provide us with the opportunity to have new bonobos come to our facility for breeding purposes and thereby promote conservation efforts as well as showcase the quality of our facility and the care that ACCI bonobos receive. By joining SSP, it will also build connections between ACCI researchers and scientists working with bonobos in their natural habitat.

Our third objective is to more efficiently utilize the available resources at ACCI in a manner that both enriches the research program and is financial stabilizing and self-sustaining. We currently have a vacant building designed to house great apes, and we are actively seeking opportunities to move chimpanzees into this facility. Specifically, the National Institutes of Heath (NIH) is retiring ~ 400 chimpanzees that they own and currently reside in biomedical research facilities in the USA. ACCI has approached NIH officials about taking between 20-30 of these chimpanzees and housing them at our facility. Financial support to manage and care for the chimpanzees would be largely provided by NIH and therefore increase the number of available apes for behavioral research at no direct cost to ACCI. The fact that ACCI sits on 230 acres, the potential for expanding the chimpanzee retirement program is possible provided that funding for new facilities can be secured.

Our fourth objective is to aggressively pursue partnerships between ACCI and the local school systems as a means of having our facility serve as a research and educational resource for elementary, high school and collegiate students. By having great apes at our facility that are critically endangered, ACCI is in a unique position to educate the next generation of scientists with a focus on biology and conservation. We will partner with local schools to develop curricula and internship programs that utilize our unique research animals and resources. We will further work to collaborate with universities to provide research opportunities for undergraduate and graduate students in both academic and professional programs as described above.

Immediate Challenge

The immediate challenge that we face now is simply a lack of financial resources to maintain the facility for the next 12 months while we seek private and public sector support. As a result of long-term financial negligence and previous mismanagement, the current financial situation is extremely difficult. Therefore, we are seeking bridging funds to place ACCI on firm financial ground, and give us the necessary time to prepare and submit applications to granting agencies and develop the programs described above.

Our bonobo colony represents the culmination of over 3 decades of research, training, and human enculturation, and is simply without comparison in any other ape population worldwide. In this way, ACCI is uniquely positioned to emerge as a leader in a new era in ape language and cognition research.

Notable Accomplishments

1. We have been given access to the Blank Park Zoo's veterinary facilities and equipment

2. We have consulted with veterinarians at AZA accredited Zoo's to provide Julie with additional support and resources

3. We have begun training with Matata and Kanzi so that they may participate in the Great Ape Heart Project

4. We have SKYPED with the head of the bonobo SSP and received the necessary paperwork for membership

5. We have met with local university faculty and administrators to discuss the Iowa Primate consortium

6. We have had several email and phone conversations with NIH officials in the Office of the Director to discuss chimpanzee retirement to ACCI

7. We have formed a scientific advisory panel for ACCI. This panel is comprised of experts working in the field of nonhuman primate (specifically chimpanzee and bonobo) behavior, cognition, comparative genomics,

captive care and management.

The names and affiliations of the individuals on this panel are:

Steven J. Schapiro, PhD
University of Texas MD Anderson Cancer Center
Michale E. Keeling Center for Comparative Medicine and Research

Jill Pruetz, PhD
Iowa State University

Sally Boysen, PhD
Ohio State University

Peter J. Pierre, PhD
Wisconsin National Primate Research Center

Derek E. Wildman, PhD
Wayne State University School of Medicine

Chet Sherwood, PhD
George Washington University

8. Given the new organization, we needed to form a new Institutional Animal Care and Use Committee (IACUC). The names of the individual IACUC members are listed below. All of these individuals have either completed or are in the process of completing CITI certification. In addition, we have developed and implemented a new Animal Use Protocol form that will be used for all proposed protocols in the future.

IACUC members:

Julie Gilmore, DVM
Chair

Jared P. Taglialatela, PhD
Kennesaw State University

Allyson J. Bennett, PhD
University of Wisconsin, Madison

Tami Watson

Jack J. Price

9. In our attempts to strengthen our connections to the local community, we have formed the following partnerships with local organizations:

· Partnering with the Science Center of Iowa for educational classes

· Partner / member Greater DSM Partnership

· Member, DSM Convention Visitors Bureau

· Member, Carlisle Chamber of Commerce

· Member, Ankeny Chamber of Commerce

· We have established a pro-bono agreement with REDdot marketing

· Partnered with Power Profit - fund raising entity


10. We have had some very promising support from the local community. A couple of notable recent donations include:

· $1,000.00 donation Willis Auto Campus

· $1,000.00 donation Carlisle motor coach tour


Current support

Taglialatela (PI)
"New insights into human origins through the study of linguistically competent bonobos"
$9,920
Office of the Vice President for Research, Kennesaw State University

Taglialatela (PI)
"Multimodal communication in language-competent bonobos"
$30,000
College of Science and Mathematics & Graduate College, Kennesaw State University

Hopkins (PI)
"Neural Foundations of Cognitive Control"
$25,000 with an additional $50,000 in September 2014
National Institutes of Child Health and Human Development


Pending support

Hopkins (PI)
"Bridge-Funding for Pilot Studies on Language and Communication in Bonobos"
Georgia State University

Hopkins (PI)
"Ape Cognition Consortium"
Georgia State University

Hopkins (PI)
"Neural Correlates of Language and Communication in Apes"
National Institutes of Child Health and Human Development

Hopkins (PI)
Sex and Species Differences in the Neural Basis of Hemispheric Specialization
National Institutes of Neurological Disorders and Stroke

Hopkins (PI)
"The Role of Tool Use in the Evolution of Cortical Organization and Connectivity in Chimpanzees and Bonobos"
National Science Foundation

Lyn (PI)
"A survey of cognitive abilities in nonhuman primates and typically and atypically developing children"
National Institutes of Health


As you can see, we have accomplished quite a bit in the first three months - and this is on top of our already previously committed Spring semester schedules. As we come into the summer, our plans and work are accelerating and we anticipate even more impressive accomplishments in the coming months.

Bill Hopkins and I are committed to fully utilize and develop the opportunity and responsibility that has been bestowed on us so that we can all be proud of our collective efforts to preserve this bonobo community.

Again, if you have any questions, please do not hesitate to contact me.

Sincerely,

Jared Taglialatela


<=><=><=><=><=><=><=><=>
Jared P. Taglialatela, PhD
Assistant Professor of Biology
Department of Biology and Physics
Kennesaw State University
jtaglial@kennesaw.edu
http://science.kennesaw.edu/~jtaglial
770.499.3678