# EXHIBIT M

## BILL OF SALE

**KNOW ALL BY THESE PRESENTS:**

For the value of One Dollar ($1.00) and other good and valuable consideration, **The Iowa Primate Learning Sanctuary ("Transferor")**, does hereby assign, transfer and set over unto **Ape Cognition & Communication Institute ("Transferee")**, all right title and interest in:

1) Kanzi;
2) Teco;
3) Maisha;
4) Nyota;
5) Elikya; and
6) all assets, inventory, equipment and property currently owned by The Iowa Primate Learning Sanctuary which is now located on the premises, legal description of such premises is attached as the "Addendum," and in the possession of The Iowa Primate Learning Sanctuary, an Iowa Nonprofit Corporation.

Matata is owned by the Democratic Republic of the Congo; therefore, any equitable interests held by The Iowa Primate Learning Sanctuary are hereby transferred to Transferee and all conditions applicable to Matata shall continue, as she continues to reside on location within the colony, are accepted by Transferee.

Ape Cognition & Communication Institute does hereby assent to becoming the owner of the property described in this Bill of Sale.

Effective this 18th day of December, 2013.

**The Iowa Primate Learning Sanctuary**

By _____
William D. Hopkins, President

By _____
Meg Fitz, Secretary

**Ape Cognition & Communication Institute**

By _____
William D. Hopkins, President

By _____
Meg Fitz, Secretary

ADDENDUM

1. That Part of Lot Eight (8) which lies East of the Railroad Right-of-Way, Lot Nine (9), except the Railroad Right-of-Way, Lots Ten (10), Eleven (11), Twelve (12), Thirteen (13), Fourteen (14), Fifteen (15), and Sixteen (16) of the Official Plat of Government Lots Four (4), Five (5), and Six (6) in Section 20, Township 78 North, Range 23, West of the 5th P.M.; and The East Half (E1/2) of the Northeast Quarter (NE1/4) of the Southwest Quarter (SW1/4) of Section 20, Township 78 North, Range 23 West of the 5th P.M.; Also, the full and free right of ingress egress to the above described premises over the permanent road as now established on the east fifty-five (55) feet of that part of the West One-Half (W ½) of the Northeast Quarter (NE ¼) of the Southwest Quarter (SW ¼) of Section 20, Township 78 North Range 23 West of the 5th P.M., Polk County, Iowa, Lying North and East of the Right of Way of the C.R.I. & P Railroad, (as recorded in Book 1925, Page 299)

And

All that part of the West Half (W1/2) of the Northeast Quarter (NE ¼) of the Southwest Quarter (SW1/4) and all of that part of the Northwest Quarter (NW1/4) of the Southwest Quarter (SW1/4) lying North and East of right-of-way of the C.R.I. & P. railroad extending across said land in Section 20, Township 78 North, Range 23, West of the 5th P.M., the Southeast Corner of the above described land extending to the Public Highway Extending Along the South Line of the North Half of the Southwest Quarter of Said Section 20, Township 78 North, Range 23 West of the 5th P.M., Polk County, Iowa (As Recorded in Book 2263, Page 22)

And

All now included in and forming a part of the City of Des Moines, Polk County, Iowa

And

Accretions to Lots Eight (8), Nine (9), Ten (10), Eleven (11), Twelve (12) and Sixteen (16) of the Official Plat of Government Lots Four (4), Five (5), and Six (6) in Section 20, Township 78 North, Range 23 West of the 5th P.M., all now included in and forming a part of the City of Des Moines, Polk County, Iowa

And

Except street and road rights-of-way of record and any easements of record for public utilities or otherwise.

2. Parcel "B" of the Plat of Survey of the West One-Half of the Northeast Quarter (W1/2 NE1/4) and the Northwest Quarter of the Southeast Quarter (NW¼ SE1/4) in Section 20, Township 78 North, Range 23 West of the 5th P.M., Polk County, Iowa, Which is to be recorded on February 3, 2005, in the Polk County Iowa Recorder's Office, said parcel described as follows:

    A Parcel of Land in the West 1/2 of the NE 1/4 of Section 20, Township 78 North, Range 23 West of the 5th P.M, Polk County, Iowa (which includes that portion of Land caused by accretion along the Des Moines River and also includes part of Lots 17, 18 and 19 of the Official Plat of Government Lots 4, 5 and 6 in Section 20, Township 78 North, Range 23 West, and Blocks "L", "M" and "N", Southeast Riverside, An official plat part of Lots "E", "F", "G" and "H" in said Plat, and part of Block "K" in said Plat) lying South of the Des Moines River and Southwest of the Abandoned Railroad Right-of-Way, Except the East 400.0 Feet thereof, and the NW 1/4 of the SE 1/4 of Section 20 (which includes the S 1/2 of the NW 1/4 of the SE 1/4 of said Section and Blocks "C", "D", "E", "F", "G", and "H", Lots "C" and "D", Part of lots "B", "E", "F" and "G", and part of Blocks "B" and "I", Southeast Riverside) Except the East 400.0 Feet thereof and except the East 1266.38 Feet, as Measured along the South line of Said NW 1/4, SE 1/4, of the South 400.0 Feet, Said Parcel is more particularly described as follows:

    Beginning at the SW Corner of the NW 1/4 of the SE 1/4 of Said Section 20, thence N00°08'55"E along the West Line of said NW 1/4, SE 1/4, 1322.83 Feet to the Center of Said Section 20, Thence N00°08'55"E Along the West Line of the NE 1/4 of said Section 20, 2255.60 Feet to a Point; Thence S29°32'33"E, 580.54 Feet to a Point; Thence S51°57'55"E, 319.66 Feet to a Point; thence S84°56'28"E, 181.63 Feet to a Point on the Southwesterly Right-of-Way Line of an Abandoned Railroad Right-of-Way, thence S28°54'24"E along said Abandoned Right-of-Way Line 398.43 Feet to a Point, thence S00°09'32"W, 1235.40 Feet to a Point on the South Line of said NE ¼, thence S00°06'48"W, 922.43 Feet to a Point; thence N87°04'29"W, 865.65 Feet to a Point; Thence S00°08'55"W, 400.47 Feet to a Point on the South Line of said NW1/4, SE1/4; Thence N87°04'29"W along the South Line of said NW ¼, SE1/4, 50.06 Feet to the Point of Beginning Except Lots 35 and 36 in Block "M", and Lots 52 and 53 in Block "K" of Southeast Riverside. Said Parcel contains 55.300 Acres, more or less, including 0.046 acres, more or less, of public road right-of-way. The aforesaid real estate is subject to zoning, easements and restrictions now of record, if any.

3. Lots 52 & 53 Blk K Southeast Riverside, an Official Plat, now in and forming a part of Polk County, Iowa (Dist. 130 Parcel 00764-001-000).