# EXHIBIT N

4/22891

# STATE of IOWA
# ARTICLES of INCORPORATION
# A NONPROFIT CORPORATION

### ARTICLE I.

The name of this corporation is Bonobo Hope Initiative Inc.

### ARTICLE II.

Said corporation is organized exclusively for charitable, religious, educational, and scientific purposes, including, for such purposes, the making of distributions to organizations that qualify as exempt organizations under Section 501(c)(3) of the Internal Revenue Code, or the corresponding section of any future federal tax code.

### ARTICLE III.

The manner in which the directors are elected or appointed shall be specified in the bylaws of the corporation.

### ARTICLE IV.

The names and addresses of the directors who shall act until the first meeting or until their successors are duly chosen and qualified are:

Sue Savage Rumbaugh
3131 Fleur Drive unit 804
Des Moines, Ia 50321

### ARTICLE V.

The initial registered agent and street address of the corporation shall be Pacific Registered Agents, Inc. at 6165 NW 86th Street Johnston, IA 50161.

### ARTICLE VI.

The name and address of the incorporator is Marsha Siha at 10943 Mayfield Road, Houston, TX 77043.

### ARTICLE VII.

The corporation will not have members.

Articles of Incorporation                                                Page 1 of 2

00397

## ARTICLE VIII.

No part of the net earnings of the corporation shall inure to the benefit of, or be distributable to its members, trustees, officers, or other private persons, except that the corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in these articles.

No substantial part of the activities of the corporation shall be the carrying on of propaganda, or otherwise attempting to influence legislation, and the corporation shall not participate in, or intervene in (including the publishing or distribution of statements) any political campaign on behalf of or in opposition to any candidate for public office. Notwithstanding any other provision of these articles, the corporation shall not carry on any other activities not permitted to be carried on (a) by a corporation exempt from federal income tax under Section 501(c)(3) of the Internal Revenue Code, or the corresponding section of any future federal tax code, or (b) by a corporation, contributions to which are deductible under Section 170(c)(2) of the Internal Revenue Code, or the corresponding section of any future federal tax code.

Upon the dissolution of the corporation, assets shall be distributed for one or more exempt purposes within the meaning of Section 501(c)(3) of the Internal Revenue Code, or the corresponding section of any future federal tax code, or shall be distributed to the federal government, or to a state or local government, for a public purpose. Any such assets not so disposed of shall be disposed of by a Court of Competent Jurisdiction of the county in which the principal office of the corporation is then located, exclusively for such purposes or to such organization or organizations, as said Court shall determine, which are organized and operated exclusively for such purposes.

## ARTICLE IX.

The corporation shall indemnify its directors, officers, employees, and agents to the fullest extent provided by the laws of the State of Iowa now or hereafter in force, including the advance of expenses under the procedures provided by such laws.

Date: Sept. 8, 2011

IN WITNESS WHEREOF, I have signed these articles and acknowledge the same to be my act.

SIGNATURE OF INCORPORATOR:

By: _Marsha Siha_
Marsha Siha, Incorporator

FILED
IOWA
SECRETARY OF STATE
9-8-11
2:24 PM
W757474



**MATT SCHULTZ**
*Secretary of State*
*State of Iowa*

**IOWA 2013 BIENNIAL REPORT for an IOWA NONPROFIT CORPORATION**
Required by Iowa Code Chapter 504

FOR OFFICE USE ONLY   AR-3



*A1342891*

1. Name of the corporation, its registered agent and registered office.

   504RDN-422891

   BONOBO HOPE INITIATIVE INC.
   IOWA REGISTERED AGENTS INC
   604 LOCUST ST STE 222
   DES MOINES IA 50309

   DO NOT MAKE CHANGES IN THIS BOX – SEE ENCLOSED FORM

**FILED**
Iowa Secretary of State
NOV 1 2 2013
4:30 p.m.

SEE INSTRUCTIONS ON BACK

2. The corporation has no officers. [ ]

3.

| | | |
|---|---|---|
| | 10/90 | Pres [X]  Sec [ ]  Treas [ ]  Dir [X]<br>NAME Julie Gilmore, DVM<br>ADDRESS 4200 Evergreen Avenue<br>ADDRESS Des Moines, Iowa 50320<br>ADDRESS |
| | 90 | Pres [ ]  Sec [ ]  Treas [ ]  Dir [X]<br>NAME Sue Savage-Rumbaugh<br>ADDRESS 4200 Evergreen Avenue<br>ADDRESS Des Moines, Iowa 50320<br>ADDRESS |
| | 90 | Pres [ ]  Sec [ ]  Treas [ ]  Dir [X]<br>NAME Kenneth Schweller<br>ADDRESS 4200 Evergreen Avenue<br>ADDRESS Des Moines, Iowa 50320<br>ADDRESS |
| | 30/90 | Pres [ ]  Sec [X]  Treas [ ]  Dir [X]<br>NAME Ursula Goodenough<br>ADDRESS 4200 Evergreen Avenue<br>ADDRESS Des Moines, Iowa 50320<br>ADDRESS |

4. Address of the principal office of the corporation.

   None

   Change the principal office to:
   4200 Evergreen Avenue
   Des Moines, Iowa 50320

5. Does the corporation have members? Yes [ ] No [X]

6. Does the corporation hold an interest in agricultural land in Iowa? YES [ ] NO [X]

7. Email address (Registered Agent): ███████████

8. SIGNED: _[signature]_ , DIRECTOR    09/27/2013
   Signature/Title                      Date              Phone

The report must be signed by the corporation's presiding officer of the board of directors, or the president or other officer.
Under certain circumstances, an incorporator or fiduciary must sign the report.

DELIVER BY APRIL 1, 2013