IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA-CENTRAL DIVISION

IOWA PRIMATE LEARNING
SANCTUARY d/b/a GREAT
APE TRUST

    Plaintiff

vs.

ZOOLOGICAL FOUNDATION OF
GEORGIA, INC. dba ZOO ATLANTA,
DEMOCRATIC REPUBLIC OF CONGO,
JAPAN MONKEY CENTRE INSTITUTE
AND MUSEUM OF PRIMATOLOGY, AND
SUE SAVAGE- RUMBAUGH, Ph. D

    Defendant

Case No. 4:10-CV-00052

Affidavit of Service

I, Linda Mathews, being first duly sworn, depose and state that I am over the age of 18 years and do not have an interest in nor am I a part of the above-referenced action.

**Documents Served Were:** Letter, Motion for Joinder, Exhibits

**To Be Served On:** Ape Cognition and Communication Institute, Iowa Registered Agents, Inc.

**Date and Time Served:** June 20, 2014, 3:30 PM
**Method of Service:** Corporate
**Recipient Name, Relationship and Address Where Served:** C. J. Kennedy, Receptionist, 604 Locust St, Suite 222, Des Moines, IA 50309.

**Description:** Gender: Female   Race/Skin: White   Hair: Brown   Glasses: No   Age: 30   Height: 5'6"   Weight: 150

Linda Mathews, Process Server
Ind. Contractor for Iowa Process Service
3101 Ingersoll Avenue, Suite 210
Des Moines, IA 50312
Phone: 877-816-4696
Job Number: 14-012282

Subscribed and sworn to before me this 20th day of June, 2014, by the affiant who is personally known to me.

Notary Public in and for the State of Iowa

Michelle Weddington
Notarial Seal
Commission No. 775251
My Commisson Expires 10/11/15