IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| IOWA PRIMATE LEARNING SANCTUARY d/b/a GREAT APE TRUST, <br><br> Plaintiff, <br><br> v. <br><br> ZOOLOGICAL FOUNDATION OF GEORGIA, INC. d/b/a ZOO ATLANTA, DEMOCRATIC REPUBLIC OF CONGO, JAPAN MONKEY CENTRE INSTITUTE AND MUSEUM OF PRIMATOLOGY, and SUE SAVAGE-RUMBAUGH, Ph. D., <br><br> Defendants. | Case No. 4:10-cv-00052 <br><br> BONOBO HOPE INITIATIVE, INC.'S MOTION TO INTERVENE |

COMES NOW non-party Bonobo Hope Initiative, Inc. ("BHI"), and for its Motion to Intervene states to the Court as follows:

1.     BHI moves to intervene in the above captioned case as of right, pursuant to Federal Rule of Federal Procedure 24 ("Rule 24"), in order to protect its interests in five of the six bonobos at issue in this litigation.

2.     According to Rule 24(a)(2), on timely motion, the court must permit anyone to intervene who: (i) claims an interest relating to the property that is the subject of this action; and (ii) is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless (iii) existing parties adequately represent that interest.

1

3.     Co-Defendant Sue Savage-Rumbaugh ("Dr. Rumbaugh") has filed a
Motion for Specific Performance and Related Relief ("Motion for Specific Performance")
[Dkt. 69], which asks this Court to determine issues related to the ownership of the six
bonobos that are housed at the Iowa Primate Learning Sanctuary ("IPLS") facility.[1]
Specifically, Dr. Rumbaugh asks this Court to determine the ownership rights established by
two agreements the parties executed in the beginning of 2013 that purported to settle this case.[2]
Under those Agreements, BHI claims ownership rights to at least four of the bonobos housed
at the IPLS facility.  BHI signed the Settlement Agreement, recognizing certain paragraphs,
and BHI is a party to the Supplemental Agreement.

4.     BHI was formed in September 2011 when IPLS divided itself into two
separate Boards of Directors, IPLS and BHI, and, upon information and belief, was tasked
with overseeing the welfare of the bonobos and the science in which they were involved.[3]

5.     The BHI Board of Directors is composed of prominent scientists and
conservationists who have extensive experience with bonobos and the development of human
language and culture.  Those members include Dr. Rumbaugh as well as:

-   **Sally Jewell Coxe** is president and co-founder of the Bonobo Conservation Initiative (BCI), an
    international non-profit organization. Known as "Mama Bonobo," Sally has worked for over 20 years to
    protect bonobos, preserve the rainforest in the Democratic Republic of the Congo ("DRC"), and empower
    Congolese communities as leaders in conservation. BCI and its partners' collaborative efforts have
    resulted in the official establishment of two protected areas in the DRC — the Kokolopori Bonobo
    Reserve and the Sankuru Nature Reserve—plus additional sites where local communities are protecting
    bonobos.  This innovative work has been featured in the New York Times, National Geographic, The

---

[1] BHI understands that IPLS has been administratively dissolved by the Iowa Secretary of State and may no longer
exist. That issue is currently before the Court under Dr. Rumbaugh's Motion for Specific Performance.

[2] Those agreements are: (i) the *Agreement for Settlement and Acknowledgment of Ownership*, by and between the
Iowa Primate Learning Sanctuary, Zoological Foundation of Georgia, Democratic Republic of the Congo, and
Dr. Rumbaugh, last to sign on February 17, 2013 (the "Settlement Agreement"), attached hereto as Exhibit A; and
(ii) the *Supplemental Agreement for Settlement and Acknowledgement of Ownership*, by and between Iowa
Primate Learning Sanctuary, Emily Sue Savage-Rumbaugh, and Bonobo Hope Initiative, Inc., signed on January 31,
2013 (the "Supplemental Agreement"), attached hereto as Exhibit B.  These will be referred collectively as the
"Agreements." BHI understands that the Agreements were conceived and approved of in concept in 2012 and
finalized and executed in early 2013.

[3] BHI is prepared to present evidence on this point if the Court desires.

2

Washington Post, Smithsonian Magazine, Time Magazine, among other prominent publications.

- **Nancy R. Howell** is a professor of Theology and Philosophy of Religion at Saint Paul School of Theology in Greater Kansas City. Howell also teaches at the Kansas City University of Medicine and Biosciences in the Bioethics Department, where she helped develop the Bioethics degree program. Howell writes and publishes about the impact of primate studies on conceptions of human uniqueness, and she is an associate editor of the Encyclopedia of Science and Religion. Howell is a founding member of the International Society for Science and Religion, and she holds positions on committees of the National Museum of Natural History at the Smithsonian Institution and the American Association for the Advancement of Science. Howell is also a member of the Steering Committee of the Science, Technology, and Religion Group of the American Academy of Religion.

- **Carmen Maté** is a world renowned primatologist. Maté served as the CEO of Barcelona Zoo from 2004 to 2008 and as its Director of Research from 2000 to 2008. She was also a professor at the Universitat Pompeu Fabra from 1999 to 2009. Maté has performed research with bonobos since her time as a doctoral student at the University of Barcelona when she studied the ethology of primates. Maté's research continues to focus on primate behavior, and she currently collaborates with organizations including the Mona Foundation and the Fundación para el Asesoramiento y Acción en Defensa de los Animales (Foundation for Advising and Action in Defense of Animals).

- **Itai Roffman** is completing his PhD studies at the International Graduate Center of Evolution of Haifa University, Israel. His dissertation topic is "Studying Suite of Homo Traits in Pan: Supporting Cultural and Genetic evidence for their inclusion in Homo Genus." Roffman helped found the Israeli Hominid Welfare Association, which is working to establish a sanctuary for chimpanzees in Israel. He has also started an initiative to help autistic and mentally disabled children to express themselves through video-assisted sessions with bonobo-chimpanzees who competently converse in English Lexigram Language. Itai is supported by the Adams Fellowship Program of the Israel National Academy of Sciences and Humanities.

- **Derek Wildman** is an Associate Professor at Wayne State University with a specialization in primate evolution, among other areas. Wildman obtained his Ph.D. from New York University in 2000 and went on to study with Dr. Morris Goodman as a Postdoctoral Fellow at Wayne State University. Wildman's Molecular Evolution Laboratory uses molecular evolutionary and comparative genomic approaches to study the molecular evolution of mammalian pregnancy with the long-term goal being to accurately describe the evolution of parturition in mammals. Wildman's laboratory also studies the evolution of brain to body size in mammals as well as New World monkey phylogeny. Wildman is the current Editor-in-Chief of *Molecular Phylogenetics and Evolution*.

- **Laurent Dubreuil** is a tenured Professor at Cornell University in the Department of Comparative Literature, the Department of Romance Studies, and the Cognitive Science Program and Graduate Field. He is the author of six scholarly books, including The Empire of Language and The Intellective Space: Thinking Beyond Cognition, and two books on creative writing. Dubreuil has published dozens of articles in academic journals and has edited many collections of articles, including one special issue of the French periodical *Labyrinthe*, about apes and language. Since 2011, Dubreuil has been the editor of *Diacritics*, a world leading journal of literary theory and Continental philosophy. In 2013, he was made a "Knight of Academic Palms" by the French Government. Dubreuil is a graduate of the École Normale Supérieure, holds a doctorate in Literature from the University of Bordeaux, and holds a doctorate in Philosophy and Women Studies from the University of Paris.

- Physicist **Amory B. Lovins** (Board Advisor) is an ex-Oxford don, honorary architect, and Swedish engineering academician—has written 500 papers and 31 books, taught at ten universities, redesigned numerous buildings, vehicles, and over $40 billion worth of factories, and advised major firms for 40+ years in 50+ countries. A member of the National Petroleum Council, he advises the Chief of Naval Operations. He received the "Alternative Nobel," Blue Planet, Volvo, Zayed, Onassis, Nissan, Shingo, and Mitchell Prizes, MacArthur and Ashoka Fellowships, 12 honorary doctorates, and the Heinz,

Lindbergh, National Design, and World Technology Awards. In 2009, Time named him one of the world's 100 most influential people; Foreign Policy, one of the 100 top global thinkers.

- **Duane M. Rumbaugh** (Board Advisor) was born in Iowa in 1929 and has enjoyed a 60-year career that entailed extensive teaching and research in the field of comparative psychology—animal learning and behavior. His interests focus upon how various species of primates can become proficient learners and users of symbols and master important dimensions of language and counting. He developed the first word-lexigram keyboard for language research with Lana chimpanzee in 1971. It was the Lana Chimpanzee Language Project that led to the foundation of the Language Research Center at Georgia State University in 1981 and, in due course, to the bonobo colony being moved from there to Des Moines, Iowa in 2005. Duane Rumbaugh continues publishing and researching in his active retirement. He serves as an advisor to the Bonobo Hope Initiative and currently resides in Highland Park, NJ.

6.      Although BHI was formed after this action had been commenced in

February 2010, BHI clearly has an interest in the bonobos that are the subject of the Motion for

Specific Performance. For example, under the Supplemental Agreement, BHI and IPLS

"jointly are the owners of bonobos Kanzi, Nyota, Elikya and Teco." (Supplemental

Agreement ¶ 1.) This interest also establishes implicit rights in BHI, such as access to and

oversight over the care and any scientific research efforts planned for the bonobos that vary

from the original design. Additionally, pursuant to both Agreements, if IPLS "cease[s] to

exist" (which, as noted, may in fact have occurred), then BHI and Dr. Rumbaugh have sole

discretion regarding placement of five of the six bonobos currently housed at the IPLS facility.

(Settlement Agreement ¶ 6; Supplemental Agreement ¶ 4.)

7.      Without this Court allowing intervention, BHI would have no way of

protecting its ownership interests in the bonobos as those interests are the precise subject of

this action.

8.      Additionally, BHI's interest is not adequately protected by the existing

parties, all of whom have different, and usually competing, claims to ownership in the bonobos

or, in the case of IPLS/ACCI, the enforceability of the settlements. While Dr. Rumbaugh is a

member of the BHI board of directors, any claims as to ownership which she might retain are

mutually exclusive with those of BHI: if the settlement agreements are set aside and the

4

lawsuit reopened, her contingent claims as to ownership would supersede those of BHI.

9.     This Motion has been approved by all voting members of BHI, that is, Dr. Rumbaugh, Sally Jewell Coxe, Nancy Howell, Carmen Maté, Itai Roffman, Derek Wildman, and Laurent Dubreuil.

10.     Counsel for DRC has consented to this Motion, and counsel for IPLS has taken no position.  Counsel for BHI sent an email attaching this Motion to counsel for Zoo Atlanta on Friday, June 27, 2014, and counsel for Zoo Atlanta has not yet indicated whether or not Zoo Atlanta consents to this Motion.

WHEREFORE, BHI respectfully requests that the Court (i) grant this motion; (ii) allow BHI to intervene in this action, and (iii) grant such other relief as the Court deems just and equitable.

DATED:  June 30, 2014                    FAEGRE BAKER DANIELS LLP


/s/ Todd P. Langel
Todd P. Langel
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309-8011
Telephone:  (515) 248-9000
Facsimile:  (515) 248-9010
todd.langel@faegrebd.com

and

KAYE SCHOLER LLP

William C. Zifchak*
425 Park Avenue
New York, NY 10022
Tel:   212-836-8743
Fax:  212-836-6743
Cell: 347-525-5143
wzifchak@kayescholer.com
*admitted pro hac vice

Ross Neihaus*
Three First National Plaza
70 West Madison Street, Suite 4200
Chicago, Illinois  60602
Tel:  (312)583-2458
Fax:  (312)583-2558
ross.neihaus@kayescholer.com
*pro hac vice admission pending

ATTORNEYS FOR DR. SUE SAVAGE-
RUMBAUGH, PH.D.

## Certificate of Service

The undersigned hereby certifies that a true copy of **Bonobo Hope Initiative, Inc.'s Motion to Intervene** was served upon the following parties through the court's CM/ECF electronic filing system on the 13th day of June, 2014:

Paul D. Burns
Bradley & Riley PC
Tower Place
One South Gilbert
Iowa City, IA 52240-3914

Gregory M. Lederer
Kimberly K. Hardeman
Lederer Weston Craig, PLC
118 Third Avenue Se, Suite 700
P.O. Box 1927
Cedar Rapids, IA 52406-1927

William W. Graham
Graham Ervanian & Cacciatore, LLP
317 Sixth Avenue
Suite 900
Des Moines, IA 50309

A copy was also served upon the following attorney via email on the 30th day of June, 2014:

William J. Miller
Dorsey & Whitney
801 Grand Avenue, Suite 4100
Des Moines, IA  50309
miller.william@dorsey.com

US.54433971.01

/s/ Todd Langel

6