# EXHIBIT A

The undersigned certifies that a true copy of the attached July 14, 2014 Ruling on Motion to Withdraw as Counsel for Iowa Primate Learning Sanctuary d/b/a Great Ape Trust was served upon the following at the addresses indicated below by enclosing the same in envelopes with postage fully paid and by depositing said envelopes in a United States Post Office depository this 15th day of July, 2014. The mailing addresses are the last known address for each entity, the address listed with the Iowa Secretary of State, and/or the address listed on the website URL http://www.iowaprimatelearning.org. I declare under penalty of perjury that the foregoing is true and correct.

The Iowa Primate Learning Sanctuary
d/b/a Great Ape Trust
4200 SE 44th Avenue
Des Moines, IA 50320

Ape Cognition & Communication Institute
d/b/a The Iowa Primate Learning Sanctuary
d/b/a Great Ape Trust
c/o Iowa Registered Agents Inc.
604 Locust St. Ste. 222
Des Moines, IA 50309

The Iowa Primate Learning Sanctuary
4200 Evergreen Avenue
Des Moines, IA 50320

_____
Paul D. Burns      July 15, 2014

{01709426.DOCX}

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| IOWA PRIMATE LEARNING SANCTUARY d/b/a GREAT APE TRUST, <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>ZOOLOGICAL FOUNDATION OF GEORGIA, INC. d/b/a ZOO ATLANTA, DEMOCRATIC REPUBLIC OF CONGO, JAPAN MONKEY CENTRE INSTITUTE AND MUSEUM OF PRIMATOLOGY, and SUE SAVAGE-RUMBAUGH, Ph. D., <br><br>　　　　Defendants. | NO. 4:10-cv-00052-JEG-RAW <br><br><br><br><br><br><br>RULING ON MOTION TO WITHDRAW AS COUNSEL FOR IOWA PRIMATE LEARNING SANCTUARY D/B/A GREAT APE TRUST |

　　　　Before the Court is Mr. Burns' motion to withdraw as counsel for plaintiff Iowa Primate Learning Sanctuary d/b/a Great Ape Trust ("IPLS")[72]. Defendant Sue Savage-Rumbaugh does not oppose the motion so long as reasonable time limits are imposed within which substitute counsel must enter an appearance and IPLS directed to respond to Dr. Rumbaugh's pending motion for specific performance and related relief [69].

　　　　The motion [72] is conditionally granted. Not later than 10 days from the date hereof Mr. Burns shall file a certificate stating that he has served IPLS by mail at the last known address of IPLS with a copy of this Order. The certificate shall state the most current address for IPLS. Upon the filing of said certificate Mr. Burns and his law firm are relieved from further representation of IPLS.

Not later than **August 14, 2014** IPLS shall file a statement with the Clerk of this Court stating (1) whether it intends to retain substitute counsel to represent it in this matter and, if so, what efforts it has made to obtain substitute counsel; or (2) if IPLS does not intend to obtain substitute counsel, how IPLS proposes to proceed. In conjunction with this response, IPLS should advise when it will be able to respond to the pending motion for specific performance [69]. IPLS is advised that failure to file the required statement may result in sanctions, including forfeiture of its right to respond to Dr. Rumbaugh's pending motion.

Motion [72] **conditionally granted** as above. IPLS shall file the statement as required. The Clerk's address is 123 E. Walnut, P.O. Box 9344, Des Moines, IA, 50306-9344.

IT IS SO ORDERED.

Dated this 14th day of July, 2014.

_____
ROSS A. WALTERS
UNITED STATES MAGISTRATE JUDGE