# BONOBOHOPE

## THE HUMAN-BONOBO FAMILY

Bonobo Hope Sanctuary is home to a unique community—a place where two species have broken through the species barrier to establish a common family. For over thirty years, humans and bonobos ("pygmy chimpanzees") have lived as a loving family—communicating via a keyboard language.

*This bonobo/human family is made up of three generations.* Matata, the born-wild bonobo grandmother, has three birth children: Panbanisha, Elikya and Maisha. Kanzi is Matata's adopted son. He and Elikya have their own son now, two-year old Teco. Nyota rounds out the seven bonobos. The founding human generation consists of grandmother Sue Savage Rumbaugh, her sister Liz Pugh and Liz's husband Sam. The next generation includes Sue's son Shane and Liz's daughter Heather, who were raised together with bonobo babies. Shane's wife, Stacy, and Martha, his daughter, complete the human side of the family.

Shortly after birth, Teco did not cling to his mom's fur in the way usual for bonobo babies. Rather, like a human baby, he constantly kicked his feet and waved his hands. As a result, Teco was in great danger of falling. He began to be afraid of falling all the time and developed some autistic behavior. By two months, his mom, Elykia, could neither carry nor successfully care for Teco and so she asked Sue to foster him. Sue has mothered Teco for two years: 24 hours a day and seven days a week. Teco is thriving and rapidly learning the culture of his bonobo/human family.



TECO AND HIS FOSTER MOM SUE

## WHAT WE HAVE LEARNED

By coming to understand human language— not as a series of acquired commands, but as a way of knowing, being and relating to others—Kanzi and Panbanisha have crossed a threshold into our world that other "animals" have yet to cross. They are the harbingers of a new dimension of connection between humanity and other sentient minds on this planet. Like us they seem to express individual goals, a sense of the future, hopes and aspirations for Teco, and they desire a closer connection with humanity. They seek to learn about us even as we seek to learn about them. Language is now an open door through which we both may pass as long as it is pure, patient, loving, kind, true, and filled with right desire.



KANZI

## WHY IT MATTERS

Our work draws worldwide attention to the bonobos, who are endangered across their natural habitat in the Congo. The attention focused on the bonobos, due to their extraordinary language capabilities, will help ensure their conservation and survival. By studying how Bonobos acquire language, we are also beginning to open a door to children with communicative and attachment difficulties—especially those on the autistic spectrum. We plan to develop a Bonobo science module, for grades 6-12, that will teach cross species language acquisition, and the acceptance of keyboard-aided communication.

## PLEASE VOLUNTEER AND DONATE!

Help save this world recognized cultural treasure—these bonobos who have talked to and played music with Sir Paul McCartney, Peter Gabriel, and Oprah Winfrey. Donations of all sizes are needed to help close a transitional budget gap of $240,000. Volunteers are needed and welcomed. Make Bonobo Hope into a home and sanctuary for these magnificent beings.

**EXHIBIT C**

## DON'T LET TECO GO TO A ZOO!

**Your Help Needed Now:**
Money for feeding the bonobos, caring for them and maintaining the building in which they are housed.

Tax Deductible Contributions at www.bonobohope.org



or by check made out to:
Bonobo Hope
c/o David Olisar, Treasurer
1648 Brentford Drive
Naperville, IL 60563-1350

Information on bonobos, volunteering, finances, and future plans at www.bonobohope.org

Great Ape Trust (2002) was originally funded by Des Moines philanthropist Ted Townsend and is committed to education, research, and community outreach. Bonobo Hope (2011) supports its work. These two nonprofit charitable organizations are merging in 2012 into a single bonobo sanctuary. All donations go to support its work with no administrative fees, and are tax-deductible.



KANZI AND HIS SON

PANBANISHA AND LIZ COMMUNICATE VIA KEYBOARD AND DIRECTLY



# bonobo
# HOPE
GREAT APE TRUST SANCTUARY

Kanzi and Panbanisha think about themselves and the world around them and then communicate with humans via keyboard. Through the medium of language they give us a glimpse into a mental reality somewhat different from our own.

www.bonobohope.org

**EXHIBIT C**