| MATT SCHULTZ | | LUCAS BUILDING, FIRST FLOOR |
|---|---|---|
| IOWA SECRETARY OF STATE |  | DES MOINES, IOWA  50319 |

No: W00857177
504RDN-258465

THE IOWA PRIMATE LEARNING SANCTUARY
SUE SAVAGE-RUMBAUGH
4200 SE 44TH AVE
DES MOINES, IA  50320

Date: August 14, 2013

## CERTIFICATE OF ADMINISTRATIVE DISSOLUTION

The corporation named above is hereby administratively dissolved pursuant to Iowa Code sections 504.1421(1) and 504.1422 effective August 9, 2013 for failure to deliver the 2013 Biennial Report as required by Iowa Code section 504.1613.

_____
MATT SCHULTZ    SECRETARY OF STATE

TEL (515) 281-5204    FAX (515) 242-5953    www.sos.iowa.gov    sos@sos.iowa.gov

**EXHIBIT E**