# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| IOWA PRIMATE LEARNING SANCTUARY d/b/a GREAT APE TRUST and APE COGNITION AND COMMUNICATION INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>ZOOLOGICAL FOUNDATION OF GEORGIA, INC. d/b/a ZOO ATLANTA, DEMOCRATIC REPUBLIC OF CONGO, JAPAN MONKEY CENTRE INSTITUTE AND MUSEUM OF PRIMATOLOGY, SUE SAVAGE-RUMBAUGH, Ph.D., and BONOBO HOPE INITIATIVE, INC.<br><br>Defendants. | Case No. 4:10-cv-00052<br>Hon. Magistrate Judge Ross Walters<br><br><br><br>**CLAIMANTS/DEFENDANTS' SUE SAVAGE RUMBAUGH AND BONOBO HOPE INITIATIVE'S EXHIBIT LIST** |

COME NOW Claimants/Defendants' Sue Savage Rumbaugh and Bonobo Hope Initiative and hereby provide their Exhibit List as follows:

| Defs. Ex. No. | Defendants Dr. Rumbaugh's and BHI's Exhibits | Bates Numbers | Objections [Cite Fed. R. Evid.] | Cat. A, B, C | Offered | Admitted/ Not Admitted (A)-(NA) |
|---|---|---|---|---|---|---|
| Ex. 1 | Agreement for Settlement and Acknowledgment of Ownership, by and between the Iowa Primate Learning Sanctuary, Zoological Foundation of Georgia, Democratic Republic of the Congo, and Dr. Rumbaugh ("Settlement Agreement") (Last to sign on 2/17/13) | BHI 3007-11 | | | | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| Ex. 2 | Supplemental Agreement for Settlement and Acknowledgement of Ownership, by and between Iowa Primate Learning Sanctuary, Emily Sue Savage-Rumbaugh, and Bonobo Hope Initiative, Inc. ("Side Agreement") (Signed on 1/31/13) | BHI 3002-06 | | | | |
| Ex. 3 | IPLS Board Minutes (10/24/06) | BHI 3832 | | | | |
| Ex. 4 | IPLS Board Minutes (7/28/08) | BHI 3882-84 | | | | |
| Ex. 5 | IPLS Board Minutes (10/6/08) | BHI 3891-92 | | | | |
| Ex. 6 | IPLS Board Minutes (3/9/09) | BHI 3899-3900 | | | | |
| Ex. 7 | IPLS Board Minutes (8/12/09) | BHI 3919-20 | | | | |
| Ex. 8 | Overview and Structure of the Program of Research: Great Ape Trust of Iowa, by William Fields (8/12/09) | BHI 3926-32 | | | | |
| Ex. 9 | IPLS Board Minutes (7/27/10) | BHI 3952-53 | | | | |
| Ex. 10 | Letter from J. Ellen Gainor to Laurent Dubreuil (3/14/11) | BHI 5337 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Ex. 11 | IPLS Board Minutes (8/1/11) | BHI 3954-56 | | | | |
| Ex. 12 | D. Rumbaugh and L. Simpson (12/26/11) | BHI 4929-37 | | | | |
| Ex. 13 | K. Schweller e-mail to Bonobo Hope (2/2/12) | BHI 5268-70 | | | | |
| Ex. 14 | BHI Bylaws (7/20/12) | BHI 1764-74 | | | | |
| Ex. 15 | Email chain, last email from L. Simpson (10/3/12) | BHI 4938-43 | | | | |
| Ex. 16 | K. Schweller email transmitting GATI Board meeting minutes (10/20/12) | BHI 4944-55 | | | | |
| Ex. 17 | Email from Dr. Rumbaugh attaching research proposal (11/1/12) | BHI 3599-3637 | | | | |
| Ex. 18 | Email chain, last email from Dr. Rumbaugh (11/4/12) | BHI 4956-66 | | | | |
| Ex. 19 | Email from L. Simpson to Bonobo Hope addressees (11/26/12) | BHI 4977-86 | | | | |
| Ex. 20 | Email chain, last email from Ursula Goodenough (11/27/12) | BHI 4969-76 | | | | |
| Ex. 21 | K. Schweller emails to Bonobo Hope (11/27/12) | BHI 4977-86 | | | | |

US.56736735.01

| | | | | | | |
|---|---|---|---|---|---|---|
| Ex. 22 | Email from L. Simpson (12/4/12) | BHI 4998 | | | | |
| Ex. 23 | Memorandum from L. Simpson (12/4/12); Followed by minutes of IPLS Board meeting (12/12/12) | L. Simpson Dep. Ex. 11 | | | | |
| Ex. 24 | Email chain, last email from Dr. Rumbaugh (12/4/12) | BHI 4996-97 | | | | |
| Ex. 25 | Letter from L. Simpson (2/4/13) | BHI 5090-93 | | | | |
| Ex. 26 | Email from C. Mate (4/25/13) | BHI 59-61 | | | | |
| Ex. 27 | IPLS Board Minutes (5/22/13) | BHI 3994-95 | | | | |
| Ex. 28 | Email from L. Simpson (6/4/13) | BHI 5116-17 | | | | |
| Ex. 29 | Emails L. Simpson to boards (7/1/13) | BHI 5373-81 | | | | |
| Ex. 30 | Email from L. Simpson | BHI 976-77 | | | | |
| Ex. 31 | IPLS Form 990 for 2012 (7/15/13) | BHI 5727-46 | | | | |
| Ex. 32 | Email from G. Caudill (7/30/13) | L. Simpson Dep. Ex. 14 | | | | |

| Ex. 33 | IPLS Board meeting agenda (7/31/13) | BHI 5122-23 | | | | |
|---|---|---|---|---|---|---|
| Ex. 34 | Certificate of Administrative Dissolution (8/14/13) (eff. 8/9/13) | L. Simpson Dep. Ex. 15 | | | | |
| Ex. 35 | Emails with G. Caudill and Dr. Rumbaugh (8/30/13) | BHI 5680-83 | | | | |
| Ex. 36 | Email form L. Simpson to IPLS Board (9/24/13) | BHI 5778-79 | | | | |
| Ex. 37 | Email from L. Simpson (9/27/13) | | | | | |
| Ex. 38 | Yerkes request for "guarantee" | L. Simpson Dep. Ex. 32 | | | | |
| Ex. 39 | IPLS Application for Reinstatement (11/7/13) | BHI 3969 | | | | |
| Ex. 40 | Email from Dr. Rumbaugh (11/9/13) | BHI 5321-22 | | | | |
| Ex. 41 | Email from G. Caudill (11/9/13) | | | | | |
| Ex. 42 | Email from G. Caudill (11/10/13) | L. Simpson Dep. Ex. 26 | | | | |
| Ex. 43 | Email from G. Caudill (11/9/13) | BHI 4826 | | | | |

US.56736735.01

| Ex. 44 | [OMITTED] | | | | | |
|---|---|---|---|---|---|---|
| Ex. 45 | Email from Gaila Conklin (11/12/13) | BHI 1610 | | | | |
| Ex. 46 | Email from L. Simpson (11/12/13) | L. Simpson Dep. Ex. 28 | | | | |
| Ex. 47 | Letter from Iowa Workforce Development (11/14/13) | BHI 2938 | | | | |
| Ex. 48 | D. Rumbaugh email forwarding G. Caudill memo to staff (11/20/13) | L. Simpson Dep. Ex. 30 | | | | |
| Ex. 49 | Email chain, last email from B. Greaves (11/28/13) | BHI 4524-29 | | | | |
| Ex. 50 | Email from L. Simpson (12/11/13) | L. Simpson Dep. Ex. 45 | | | | |
| Ex. 51 | Email chain, last email from L. Simpson (12/12/13) | BHI 4465-69 | | | | |
| Ex. 52 | Email from Dr. Rumbaugh (12/12/13) | BHI 4472 | | | | |
| Ex. 53 | Email from Dr. Rumbaugh (12/17/13) | BHI 4447 | | | | |
| Ex. 54 | IPLS board meeting minutes (12/18/13) | ACCI 25-27 | | | | |

6

| | | | | | | |
|---|---|---|---|---|---|---|
| Ex. 55 | IPLS board meeting minutes (12/18/13) | BHI 2947-51 | | | | |
| Ex. 56 | Bill of Sale (12/18/13) | Jared Dep. Ex. 4 | | | | |
| Ex. 57 | ACCI Articles of Incorporation (12/18/13) | Ex. F to Motion For Specific Performance and Related Relief [Dkt. 69-2] | | | | |
| Ex. 58 | ACCI board meeting minutes (12/18/13) | ACCI 28-36 | | | | |
| Ex. 59 | Email from L. Simpson (12/18/13) | L. Simpson Dep. Ex. 40 | | | | |
| Ex. 60 | Email chain, last email from W. Zifchak (12/18/13) | Ex. G to Motion For Specific Performance and Related Relief [Dkt. 69-2] | | | | |
| Ex. 61 | Email from G. Caudill (12/19/13) | | | | | |
| Ex. 62 | Email chain, last email from Dr. Rumbaugh (1/28/14) | BHI 4179-95 | | | | |
| Ex. 63 | IPLS Press Release (1/28/14) | BHI 3020-21 | | | | |
| Ex. 64 | Email chain, last email from J. Taglialatela (1/29/14) | BHI 4405-16 | | | | |

US.56736735.01

| | | | | | | |
|---|---|---|---|---|---|---|
| Ex. 65 | Letter from W. Zifchak (2/10/14) | Ex. H to Motion For Specific Performance and Related Relief [Dkt. 69-2] | | | | |
| Ex. 66 | Letter from W. Zifchak (2/10/14) | BHI 4116-17 | | | | |
| Ex. 67 | Email chain, last email from L. Simpson (2/18/14) | BHI 3577-81 | | | | |
| Ex. 68 | Email chain, last email from L. Simpson (3/12/14) | BHI 3548-53 | | | | |
| Ex. 69 | Email chain, last email from L. Simpson (3/18/14) | BHI 3515-27 | | | | |
| Ex. 70 | Email chain, last email from S. Boers (3/18/14) | BHI 3498-3514 | | | | |
| Ex. 71 | Email chain, last email from J. Taglialatela (3/18/14) | BHI 3490-97 | | | | |
| Ex. 72 | Email chain, last email from J. Taglialatela (03/24/14) | Jared Dep. Ex. 7 | | | | |
| Ex. 73 | Email chain, last email from L. Simpson (4/15/14) | BHI 3431-40 | | | | |
| Ex. 74 | Email chain, last email from S. Knoploh-Odole (4/22/14) | BHI 3316-26 | | | | |

| Ex. 75 | Email chain, last email from L. Simpson (4/25/14) | BHI 3283-86 | | | | |
|---|---|---|---|---|---|---|
| Ex. 76 | Email chain, last email from L. Simpson (4/28/14) | BHI 3270-78 | | | | |
| Ex. 77 | Email chain, last email from S. Knoploh-Odole (5/7/14) | BHI 3180-87 | | | | |
| Ex. 78 | IPLS Form 990 for 2013 (5/14/14) | BHI 5747-05769 | | | | |
| Ex. 79 | Email chain, last email from G. Caudill (6/22/14) | | | | | |
| Ex. 80 | Email chain, last email from Dr. Rumbaugh (6/23/14) | BHI 3131-32 | | | | |
| Ex. 81 | Email chain, last email from Dr. Rumbaugh (6/23/14) | BHI 3127-30 | | | | |
| Ex. 82 | ACCI Board Minutes 2014 (7/25/14) | ACCI 41-42 | | | | |
| Ex. 83 | [OMITTED] | | | | | |
| Ex. 84 | Email from Dr. Rumbaugh (8/20/14) | BHI 4830-31 | | | | |
| Ex. 85 | BHI Board Minutes (9/5/14) | BHI 4875-77 | | | | |

9

| | | | | | | |
|---|---|---|---|---|---|---|
| Ex. 86 | Email from Duane Rumbaugh (11/19/14) | BHI 3046-47 | | | | |
| Ex. 87 | Email from Dr. Rumbaugh (12/14/14) | BHI 3039-41 | | | | |
| Ex. 88 | [OMITTED] | | | | | |
| Ex. 89 | BHI Board minutes (2/8/15) | BHI 5806-07 | | | | |
| Ex. 90 | Emails exchanged between J. Taglialatela and BHI board members re: requests for information and visitation | | | | | |
| Ex. 91 | Letter from B. Zifchak and attachments to L. Simpson re: US Army Corps of Engineers assessment of the Des Moines Campus and the ARUP flood condition opinion (04/27/15) | BHI 4839-74; BHI 4903-08; BHI 4915-16 | | | | |
| Ex. 92 | Aihua Tang, Floodplain Manager Certificate | BHI 4878 | | | | |
| Ex. 93 | Letter from S. Knowploh-Odole to J. Taglialatela (5/12/15) | BHI 5726 | | | | |
| Ex. 94 | Standby Letter of Credit from Ryan Sheldon for Missouri facility operation | | | | | |
| Ex. 95 | Prof. Laurent Dubreuil CV | BHI 5660-71 | | | | |

| Ex. 96 | Dr. Rumbaugh CV | BHI 5685-5725 | | | | |
|---|---|---|---|---|---|---|
| Ex. 97 | Prof. Russ Tuttle CV (5/6/15) | BHI 5637-59 | | | | |
| Ex. 98 | SSR video compilation of bonobos in research settings | BHI 5770-77 | | | | |
| Ex. 99 | L. Simpson to C. Mate (11/12/13) | BHI 47-65 | | | | |
| Ex. 100 | Dr. Rumbaugh to L. Simpson (11/13/13) | BHI 1632 | | | | |
| Ex. 101 | Dr. Rumbaugh to L. Simpson (11/13/13) | BHI 1633 | | | | |
| Ex. 102 | L. Simpson to Dr. Rumbaugh (11/13/13) | BHI 1637-39 | | | | |
| Ex. 103 | G. Caudill to Dr. Rumbaugh (11/9/13) | BHI 5780-81 | | | | |

DATED:  May 13, 2015                    FAEGRE BAKER DANIELS LLP

/s/ Todd Langel
Todd P. Langel
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309-8011
Tel:  515-248-9000
Fax: 515-248-9010
todd.langel@faegrebd.com

US.56736735.01

KAYE SCHOLER LLP

William C. Zifchak*
250 West 55th Street
New York, NY 10019-9710
Tel:   212-836-8743
Fax:  212-836-6743
Cell: 347-525-5143
wzifchak@kayescholer.com
*admitted pro hac vice

Joshua Stambaugh*
1999 Avenue of the Stars, Suite 1600
Los Angeles, California 90067
Tel:  310-788-1244
Fax: 310-229-1844
Joshua.Stambaugh@kayescholer.com
*admitted pro hac vice

Ross Neihaus*
Three First National Plaza
70 West Madison Street, Suite 4200
Chicago, Illinois  60602
Tel:  312-583-2458
Fax: 312-583-2558
ross.neihaus@kayescholer.com
*admitted pro hac vice

ATTORNEYS FOR DR. SUE SAVAGE-RUMBAUGH, PH.D. and BONOBO HOPE INITIATIVE, INC.

Certificate of Service

    The undersigned hereby certifies that a true copy of Defendants Dr. Sue Savage-Rumbaugh's and Bonobo Hope Initiative's Exhibit List was served upon the following parties through the ECF filing sytem on the 13th day of May, 2015.

| | |
|---|---|
| Paul D. Burns<br>Bradley & Riley PC<br>Tower Place<br>One South Gilbert<br>Iowa City, IA 52240-3914 | Gregory M. Lederer<br>Kimberly K. Hardeman<br>Lederer Weston Craig, PLC<br>118 Third Avenue SE, Suite 700<br>P.O. Box 1927<br>Cedar Rapids, IA 52406-1927 |
| William W. Graham<br>Graham Ervanian & Cacciatore, LLP<br>317 Sixth Avenue<br>Suite 900<br>Des Moines, IA 50309 | William J. Miller<br>Dorsey & Whitney<br>801 Grand Avenue, Suite 4100<br>Des Moines, IA  50309 |
| Jack Pennington<br>Simpson, Jensen, Abels, Fischer &<br>Bouslog, P.C.<br>604 Locust Street, Ste. 222<br>Des Moines, Iowa 50309 | |

                                                /s/ Todd Langel

US.56736735.01