# EXHIBIT 3

258465



**MATT SCHULTZ**
*Secretary of State*
*State of Iowa*

# STATEMENT OF CHANGE OF REGISTERED OFFICE AND/OR REGISTERED AGENT

Pursuant to Iowa law, the undersigned submits this Statement to change the business entity's registered office and/or registered agent in Iowa. Read the instructions on the back of this form before completing the information and signing below.

1. The <u>name</u> of the business entity is: _The Iowa Primate Learning Sanctuary dba Great Ape Trust_

2. The <u>address</u> of the CURRENT registered OFFICE, as indicated on the Secretary of State's records is:

   _4200 SE 44th Ave_     _Des Moines_     _IA_     _50320_
   Street Address          City              State    Zip

3. The <u>address</u> of the NEW registered OFFICE is:

   _4200 SE 44th Ave_     _Des Moines_     _IA_     _50320_
   Street Address          City              State    Zip

4. The <u>name</u> of the CURRENT registered AGENT as indicated on the Secretary of State's records is:

   _Susan A McKee_
   (If more than one AGENT is registered, indicate which one is being replaced.)

5. The <u>name and email address</u> of the NEW registered AGENT is:

   _Sue Savage-Rumbaugh_          [redacted]
   Name                            Email Address

   ---
   **6.** If the REGISTERED AGENT has changed, the NEW Registered Agent must sign here, consenting to their appointment, or attach their written consent to this form.

   _____
   Signature of NEW Registered Agent

   Complete ONLY if the Registered Agent changes.     _See Attached Form for Signature_

   ---
   **7.** If the REGISTERED AGENT <u>changes the street address of their business office</u> on this form, the Registered Agent must sign here indicating that NOTICE of the change has been given to the business entity.

   _____
   Signature of Registered Agent

   Complete ONLY if the Registered Agent changes the street address of their business office.

   ---

8. After any/all change(s) are made, the <u>street address of the registered office</u> and the <u>street address of the business office of the registered agent</u> will be identical.     _See Attached Form for Signature_

9. Signature by authorized* representative: _____     Date: _1/19/2012_
   *See Instruction #9 on back

   PRINT Name and Title: _Sue Savage-Rumbaugh_     ( _515_ ) _537-3000_
                         Name and Title                Telephone Number
                         _Executive Director_

(2)



# MATT SCHULTZ
## Secretary of State
### State of Iowa

# STATEMENT OF CHANGE OF REGISTERED OFFICE AND/OR REGISTERED AGENT

Pursuant to Iowa law, the undersigned submits this Statement to change the business entity's registered office and/or registered agent in Iowa. Read the instructions on the back of this form before completing the information and signing below.

1. The **name** of the business entity is: _The Iowa Private Learning Sanctuary dba Grant Ayer Trust_

2. The **address** of the CURRENT registered OFFICE, as indicated on the Secretary of State's records is:
   _4200_  _SE 44th Ave_   _Des Moines_   _IA_   _50320_
   Street Address        City           State   Zip

3. The **address** of the NEW registered OFFICE is:
   _4200_  _SE 44th Ave_   _Des Moines_   _IA_   _50320_
   Street Address        City           State   Zip

4. The **name** of the CURRENT registered AGENT as indicated on the Secretary of State's records is:
   _Susan A McKay_
   (If more than one AGENT is registered, indicate which one is being replaced.)

5. The **name and email address** of the NEW registered AGENT is:
   _Sue Savage-Rumbaugh_                    [REDACTED]
   Name                                     Email Address

6. If the REGISTERED AGENT has changed, the NEW Registered Agent must sign here, consenting to their appointment, or attach their written consent to this form.
   _[signature]_
   Signature of NEW Registered Agent

   Complete ONLY if the Registered Agent changes.

7. If the REGISTERED AGENT changes the street address of their business office on this form must sign here indicating that NOTICE of the change has been given to the business entity.

   _____
   Signature of Registered Agent

   Complete ONLY if the Registered Agent changes the street address of their business office.

FILED
IOWA
SECRETARY OF STATE
1-24-12
8:25AM
W772060

8. After any/all change(s) are made, the **street address of the registered office** and the **street address of the business office of the registered agent** will be identical.

9. Signature by authorized* representative: _[signature]_    Date: _1/19/12_
   *See Instruction #3 on back

PRINT Name and Title: _Sue Savage-Rumbaugh_                 (515) _537-3000_
                        Name and Title                       Telephone Number
                      _Executive Director_