# EXHIBIT 4

```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF IOWA
 2                        CENTRAL DIVISION

 3    IOWA PRIMATE LEARNING      )
      SANCTUARY d/b/a GREAT      )
 4    APE TRUST and APE          ) No.
      COGNITION AND              ) 4:10-cv-00052-JEG-RAW
 5    COMMUNICATION INSTITUTE,)
                                 )
 6         Plaintiffs,           )
                                 )
 7         vs.                   )
                                 )
 8    ZOOLOGICAL FOUNDATION      ) DEPOSITION OF
      OF GEORGIA, INC., d/b/a    ) JARED TAGLIALATELA,
 9    ZOO ATLANTA, DEMOCRATIC    ) Ph.D.
      REPUBLIC OF CONGO,         )
10    JAPAN MONKEY CENTRE        )
      INSTITUTE AND MUSEUM OF    )
11    PRIMATOLOGY, SUE           )
      SAVAGE-RUMBAUGH, Ph.D.,    )
12                               )
           Defendants,           )
13                               )
           and                   )
14                               )
      BONOBO HOPE INITIATIVE,    )
15    INC.,                      )
                                 )
16         Intervenor            )
           Defendant.            )
17    ------------------------)

18
            **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**
19

20            THE DEPOSITION OF JARED
      TAGLIALATELA, Ph.D., taken before Chris A.
21    Quinlin, Certified Shorthand Reporter and Notary
      Public of the State of Iowa, commencing at
22    9:30 a.m., January 23, 2015, at 801 Grand
      Avenue, Suite 3300, Des Moines, Iowa.
23

24

25        Reported by:  Chris A. Quinlin, C.S.R.
```

**HUNEY-VAUGHN COURT REPORTERS, LTD.**
**(515) 288-4910**

## Page 2

**A P P E A R A N C E S**

Plaintiffs by:

    WILLIAM J. MILLER
    BRIAN A. MELHUS
    Attorneys at Law
    DORSEY & WHITNEY, LLP
    801 Grand Avenue
    Suite 4100
    Des Moines, IA 50309
    (515) 283-1000
    miller.william@dorsey.com
    melhus.brian@dorsey.com

Defendant Sue Savage-Rumbaugh, Ph.D., and Intervenor Defendant Bonobo Hope Initiative, Inc., by:

    WILLIAM ZIFCHAK
    Attorney at Law
    KAYE SCHOLER, LLP
    250 West 55th Street
    New York, NY 10019
    (212) 836-8000
    william.zifchak@kayescholer.com

    ROSS H. NEIHAUS
    Attorney at Law
    KAYE SCHOLER, LLP
    70 West Madison Street
    Suite 4200
    Chicago, IL 60602
    (312) 583-2300
    ross.neihaus@kayescholer.com

Also present: SUE SAVAGE-RUMBAUGH, Ph.D.

HUNEY-VAUGHN COURT REPORTERS, LTD.
(515) 288-4910

## Page 3

**I N D E X**

| Examination by: | Page |
|---|---|
| Mr. Zifchak | 4 |

| Exhibit | Marked |
|---|---|
| 1 | 95 |
| 2 | 95 |
| 3 | 95 |
| 4 | 114 |
| 5 | 160 |
| 6 | 165 |
| 7 | 174 |

| Request by: | Page:Line |
|---|---|
| Mr. Zifchak | 10:15 |
| Mr. Zifchak | 49:2 |
| Mr. Zifchak | 58:20 |
| Mr. Zifchak | 86:1 |
| Mr. Zifchak | 115:13 |
| Mr. Zifchak | 130:24 |
| Mr. Zifchak | 178:20 |

HUNEY-VAUGHN COURT REPORTERS, LTD.
(515) 288-4910

## Page 4

    JARED TAGLIALATELA, Ph.D.,
called as a witness, having been first duly
sworn, testified as follows:
    DIRECT EXAMINATION
BY MR. ZIFCHAK:

**Q.** Morning, Jared.

**A.** Morning.

**Q.** Would you please state your name and business address for the record?

**A.** Jared Taglialatela. My business address -- I have a couple of them, but my home institution is Kennesaw State University. It's 1000 Chastain Road, Kennesaw, Georgia 30144.

**Q.** Just a few preliminaries. Have you ever been deposed before, given testimony in a legal action?

**A.** No.

**Q.** If I ask a question that you don't understand, please say so, and I'll try to explain it or rephrase it.

**A.** Okay.

**Q.** Your counsel may state objections to certain of my questions, principally if they are stated ineloquently, but unless he directs you not to answer, you should answer the question.

HUNEY-VAUGHN COURT REPORTERS, LTD.
(515) 288-4910

## Page 5

**A.** Um-hum.

**Q.** Are you taking any medication or anything that would impact your ability to testify today?

**A.** No.

**Q.** And again, these are preliminary questions. How did you prepare for today's deposition?

**A.** I -- I guess I've met with counsel and looked over some previous correspondences.

**Q.** In the last week or so have you seen any specific document requests that we provided to your counsel?

**A.** I'm trying to recall. Yes.

**Q.** Would you please recap your educational background?

**A.** Sure. I have an undergraduate degree from the University of Virginia which was awarded in 1997. It's in biology. I have a Ph.D. in neurobiology and behavior from Georgia State University. It was awarded in 2004. I have an NIH postdoctoral fellowship that was from 2004 to 2008, and I have -- was a professor since that time in 2008, two different universities, Clayton State University from 2008

HUNEY-VAUGHN COURT REPORTERS, LTD.
(515) 288-4910

**66**

1 question to answer, Bill, because when I was
2 appointed, it was my understanding that Doctor
3 Rumbaugh wasn't at the lab.
4    Q.   Meaning of her own volition she was not
5 at the lab?  She was not active at the lab?  Is
6 that what you mean?
7    A.   She was not active at the lab, it was
8 my understanding.
9    Q.   Sitting here today --
10   A.   Yeah.
11   Q.   -- is it correct that Doctor Rumbaugh
12 is not permitted access to the lab?
13   A.   Yes.
14   Q.   And for how long has that, I'll call
15 it, embargo been in place?
16   A.   I don't know, but let's say since
17 the --
18   Q.   Since your appointment?
19   A.   Right.
20   Q.   And you agree with or you condone that
21 ban?
22   A.   At this point in time.
23   Q.   And can you explain why that is?
24   A.   Yes.
25   Q.   All right.  Please do.

**67**

1    A.   I think Doctor Rumbaugh poses a risk, a
2 health and safety risk to the bonobos and to the
3 people that work around her.
4         Also, Doctor Rumbaugh told me in
5 the fall of 2013, and I subsequently educated
6 myself and found her remarks at that time to be
7 accurate, that her involvement with the
8 organization would be detrimental to our ability
9 to fundraise or rebuild a -- you know, a
10 reputation -- a credible reputation and that if
11 my -- I'm trying to do what's best for the
12 bonobos, so we would have her continue to not be
13 involved so as not to compromise those things.
14        MR. ZIFCHAK:  Could you read back
15 the last answer, please?
16        (Requested portion of the record
17    was read.)
18   Q.   What is the basis for your statement
19 that Doctor Rumbaugh would pose a health and
20 safety risk to the bonobos since she hasn't had
21 access to the bonobos for over a year?
22   A.   I'm basing that on historical things
23 that have occurred.
24   Q.   Like what?
25   A.   How far do you want me to go back?

**68**

1    Q.   Go back as far as you want.
2    A.   I'll just kind of cherry-pick a couple
3 things that come off the top of my head.
4         Due to Doctor Rumbaugh's
5 negligence, slash, breaking of protocol, Kanzi
6 escaped and maimed Bill Fields, landing him in
7 the hospital for an extended period of time.
8 And I think he had to endure multiple surgeries.
9    Q.   When was that?
10   A.   I don't remember the exact year.  I
11 would say it's on or about 2001, maybe.
12   Q.   Okay.  Anything else?
13   A.   I am aware that Doctor -- under Doctor
14 Rumbaugh's care Nyota, when he was young, was
15 left unattended with two pitbull dogs in
16 Atlanta.  Those dogs and Nyota subsequently went
17 into a neighborhood, where a neighbor notified
18 us, I believe, and that was fortunate.  And
19 Nyota had to be retrieved, as were the dogs.
20        Doctor Rumbaugh then proceeded to
21 bring the dogs in with the bonobos and
22 instructed Kanzi and Panbanisha to physically
23 punish them.
24        THE COURT REPORTER:  I'm sorry,
25 say it again.

**69**

1    A.   Doctor Rumbaugh proceeded to bring
2 those dogs in and place them inside the
3 enclosure with Kanzi and Panbanisha, adult apes,
4 and it was -- and instructed Kanzi and
5 Panbanisha to physically punish them.
6    Q.   When did that occur?
7    A.   I don't remember exactly.  On or around
8 that 2001 time period.
9    Q.   All right.  Anything else?
10   A.   I'm aware Doctor Rumbaugh brought Teco,
11 who was a young baby at the time, to a public
12 event, exposing him to a number of different,
13 you know, pathogens that potentially could be
14 involved in public -- and I'm not 100 percent
15 sure, but I actually think it violated USDA law
16 transporting him in that way.  I'm aware of --
17 So that was a separate incident.  Separate
18 incident.
19        Doctor Rumbaugh exposed Teco to
20 numerous visitors.  This has been reported to me
21 over and over again, exposing -- that are
22 neither providing health documentation or
23 wearing appropriate protective equipment to make
24 sure that they are not transmitting diseases to
25 young Teco.

Page 70

1  Q. Anything else?
2  A. I'm aware of a number of incidences in
3  which Doctor Rumbaugh allowed baby Teco to get
4  into various over-the-counter medications and --
5  and was -- had to be treated a number of times.
6  And I believe even one of them included a burn
7  from coffee.
8  Q. Anything else?
9  A. I'm aware of an incident that occurred
10 with Nyota and Kanzi. There may have, in fact,
11 been multiple incidences, Doctor Rumbaugh has
12 not been clear to me on that in e-mail, in which
13 it resulted in Nyota fracturing his maxilla,
14 which is the upper part of the jaw.
15 Q. When did that occur? Do you know?
16 A. I believe that occurred sometime in
17 2010.
18 Q. What about the coffee burning episode?
19 A. I'm not -- I'd have to check the
20 record. I don't recall. It's since Teco has
21 been alive.
22 Q. Anything else?
23 A. I'm aware of a -- I believe a fight
24 between Maisha and Nyota in which they sustained
25 an injury. And it's my understanding that for

Page 71

1  whatever reason protocols dictated that they not
2  be placed together at the time.
3  Q. When was that?
4  A. I think that was around the -- sometime
5  in -- I would -- I don't recall exactly. I'd
6  have to check. In Iowa.
7  Q. It was in Iowa?
8  A. Um-hum.
9  Q. Anything else?
10 A. I'm aware of an incident in which
11 Doctor Rumbaugh placed a small dog with the
12 entire group of bonobos and that the bonobos
13 harmed the dog to the point where it had to
14 basically be given surgery -- I think it was
15 multiple surgeries. It was practically dead.
16 It was removed by staff with the help of one of
17 the bonobos.
18 Q. When was that?
19 A. I think -- I'm not sure. I can't say
20 for certain.
21    Do you want to continue?
22 Q. Sure.
23 A. I'm aware of -- Well, never mind. I'm
24 not going to say that one.
25    Not to jump out of order, but

Page 72

1  in -- sometime, I believe, in 1999 Doctor
2  Rumbaugh placed a new graduate student in close
3  proximity of the cage with -- with -- this
4  person was basically brand new, and Doctor
5  Rumbaugh instructed her to sit with her back up
6  against the cage with the bonobos inside. It's
7  extremely risky behavior that could have
8  resulted in an injury.
9  Q. Anything else?
10 A. Again in Atlanta Doctor Rumbaugh put a
11 research technician in the position where she
12 was bitten, I think, twice on the leg.
13 Q. What was the name of the technician?
14 A. Mary -- Mary Minahan at the time.
15 M-I-N-A-H-A-N.
16 Q. Anything else?
17 A. I'm thinking. I don't want to repeat
18 myself.
19    At some point when Doctor
20 Rumbaugh was -- At some point since 2010 Nyota's
21 canines have been surgically removed as far as
22 we know or have been removed by some other
23 mechanism. I conclude that they've been
24 surgically removed because I've talked with a
25 number of primate and great ape veterinarians

Page 73

1  who have never heard of an instance where both
2  canines would be gone. We will verify that with
3  radiographs. Okay? Removal of canines of a
4  great ape is cruel and inhumane.
5  Q. Anything else?
6  A. I'm just -- I'm just thinking at this
7  point. There were a number of times when I was
8  in graduate school that I came into the lab to
9  work and found locks off the cages, which would
10 be locks that -- that means the primary
11 mechanism by which to keep the apes inside the
12 enclosure and me on the outside.
13 Q. Anything else?
14 A. I think at this point I probably have
15 exhausted my, you know, short-term memory for
16 doing things like this. I'd have to check my
17 notes. I believe there are additional
18 incidences.
19 Q. Do you have notes that you've collected
20 on all of these incidents?
21 A. Not in a systematic way, no.
22 Q. But you do have notes?
23 A. I think I have e-mail correspondences
24 that may jog my memory.
25 Q. How many of the incidents that you've