IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| IOWA PRIMATE LEARNING SANCTUARY d/b/a GREAT APE TRUST and APE COGNITION AND COMMUNICATION INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>ZOOLOGICAL FOUNDATION OF GEORGIA, INC. d/b/a ZOO ATLANTA, DEMOCRATIC REPUBLIC OF CONGO, JAPAN MONKEY CENTRE INSTITUTE AND MUSEUM OF PRIMATOLOGY, SUE SAVAGE-RUMBAUGH, Ph. D., and BONOBO HOPE INITIATIVE, INC.,<br><br>Defendants. | Case No. 4:10-cv-00052-RAW<br><br>**PLAINTIFFS' EXHIBIT LIST** |

COME NOW Plaintiffs Iowa Primary Learning Sanctuary d/b/a Great Ape Trust ("IPLS") and Ape Cognition and Communication Institute ("ACCI"), pursuant to Federal Rule of Civil Procedure 26(a)(3)(C), Local Rule 83.6, the Court's Order Following Status Conference Concerning Evidentiary Hearing and Other Deadlines, and Court's Order Continuing Status Conference entered herein, and provide their Exhibit List:

**EXHIBIT LIST**

Plaintiffs hereby submit the following Exhibit List:

| | **Defendant's Exhibits** | **Objections** | **Category A, B, C** | **Offered** | **Admit/Not Admitted (A) – (NA)** |
|---|---|---|---|---|---|
| **1** | Email string between Simpson and D. Rumbaugh (between Apr. | | | | |

1

| | | | | | |
|---|---|---|---|---|---|
| | 2, and 3, 2012) (Rumbaugh Dep. Ex. 2) | | | | |
| 2 | Email from Simpson to Rumbaugh (August 29, 2012) (Rumbaugh Dep. Ex. 3) | | | | |
| 3 | Email from S. Rumbaugh to Goodenough, et al. (Sept. 26, 2012) (Rumbaugh Dep. Ex. 4) | | | | |
| 4 | Email from S. Rumbaugh to Goodenough, et al. (Oct. 6, 2012) (Rumbaugh Dep. Ex. 5 | | | | |
| 5 | Statement of Change of Registered Office and/or Registered Agent for The Iowa Primate Learning Sanctuary dba Great Ape Trust (Filed Jan. 24, 12) (Rumbaugh Ex. 6) | | | | |
| 6 | Email from Rumbaugh to G. Caudill, et al. (Oct. 26, 2013) (Rumbaugh Dep. Ex. 7) | | | | |
| 7 | ACCI Active Research Protocols (ACCI00043) | | | | |
| 8 | Taglialatela CV | | | | |
| 9 | Hopkins CV | | | | |
| 10 | Any exhibits listed by Defendants | | | | |
| 11 | Any demonstrative exhibits | | | | |
| 12 | Any exhibits necessary to explain, refute, or otherwise address | | | | |

|    |                                                                                                                                                                            |  |  |  |
|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--|--|--|
|    | evidence which is admitted over the objection of Plaintiffs including, but not limited to, the evidentiary matters addressed in any motion or briefing filed by Plaintiffs |  |  |  |
| 13 | Any exhibits necessary for rebuttal and/or impeachment                                                                                                                     |  |  |  |

Date: May 13, 2015

/s/ William J. Miller
William J. Miller (AT0005414)
Brian A. Melhus (AT0011421)
Dorsey & Whitney LLP
801 Grand Avenue, Suite 4100
Des Moines, Iowa 50309-2790
Tel: (515) 283-1000
Fax: (515) 283-1060
E-mail: miller.william@dorsey.com
melhus.brian@dorsey.com
**ATTORNEYS FOR PLAINTIFFS**

Original filed.  Copy to:

Todd P. Langel
Faegre Baker Daniels LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309

William C. Zifchak
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Ross Neihaus
Kaye Scholer LLP
Three First National Plaza
70 West Madison Street, Suite 4200
Chicago, Illinois 60602

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 13, 2015, the foregoing instrument was served upon all parties to the above case and/or to each of the attorneys of record herein at their respective addresses disclosed on the pleadings:

**By:**   Electronic Filing and/or
\_\_\_\_\_ U.S. Mail          \_\_\_\_\_ FAX
\_\_\_\_\_ Hand Delivered     \_\_\_\_\_ Overnight Courier
\_\_\_\_\_ E-mail             \_\_\_\_\_ Other _____

/s/ Brian A. Melhus

3

Joshua S. Stambaugh
Kaye Scholer LLP
1999 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067

ATTORNEYS FOR DEFENDANTS
DR. SUE SAVAGE-RUMBAUGH,
PH.D. and BONOBO HOPE
INITIATIVE, INC.

Gregory M. Lederer
Kimberly K. Hardeman
Lederer Weston Craig, PLC
118 Third A venue Se, Suite 700
P.O. Box 1927
Cedar Rapids, IA 52406-1927
ATTORNEYS FOR DEFENDANT
JAPAN MONKEY CENTRE
INSTITUTE AND MUSEUM OF
PRIMATOLOGY

William W. Graham
Graham Ervanian & Cacciatore, LLP
317 Sixth Avenue
Suite 900
Des Moines, IA 50309
ATTORNEYS FOR DEFENDANT
DEMOCRATIC REPUBLIC OF
CONGO