UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF IOWA
OFFICE OF THE CLERK
P.O. BOX 9344
DES MOINES, IA 50306-9344
515-284-6248

# Civil Case Notice of Appeal Supplement

COUNSEL FOR APPELLANT PLEASE COMPLETE AND SUBMIT
WITH NOTICE OF APPEAL

Case Name: ZOOLOGICAL FOUNDATION OF GEORGIA. INC. d/b/a ZOO IOWA PRIMATE LEARNING SANCTUARY d/b/a GREAT APE ATLANTA; DEMOCRATIC REPUBLIC OF CONGO; JAPAN TRUST end APE COGNITION & COMMUNICATION INSTITUTE MONKEY CENTRE INSTITUTE AND MUSEUM OF vs. PRIMATOLOGY and SUE SAVAGE-RUMBAUGH, Ph.D.

District Court Case # 4:10-cv-00052

Appeal Fee ($505.00)   Status Pd ✓   Pending ___   Govt. Appeal ___

Counsel   Appointed ___   CJA ___   Retained ✓   Pro Se ___

Appeal filed by   Counsel ✓   Pro Se ___

Any reason why counsel should not be appointed: __N/A__

Pending post Judgment motions:   Yes ___   No ✓

Type of Motion(s) Rule 59(e) (Doc. No. 141)

High Public Interest Case   Yes ✓   No ___

Simultaneous Opinion Release Requested   Yes ✓   No ___

Trial Held   Yes ✓   No ___

Jury Trial Held   Yes ___   No ✓

Court Reporter   Yes ✓   No ___   Length of Trial: 3 days

Reporter's Name   Terri Martin

Address   US Court House, Room 189
Des Moines, IA 50309
Phone (515)284-6444

Transcript Ordered   Yes ___   No ✓

Appealing: Order prior to final judgment ✓   Final Judgment ___

Completed Form "A" Enclosed   Yes ✓   No ___

US.106283568.01